B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Western District of Washington

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Cascadia Project LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba Cascadia**<br>**dba Cascadia EBPC** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-4188863** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**11232 NE 15th St #201**<br>**Bellevue, WA**<br>ZIPCODE **98004** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Pierce County, WA** | ZIPCODE |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **The Cascadia Project LLC** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)           Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **The Cascadia Project LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Geoffrey Groshong*<br>Signature of Attorney for Debtor(s)<br><br>**Geoffrey Groshong 6124**<br>**Miller Nash LLP**<br>**601 Union Street, Suite 4400**<br>**Seattle, WA 98101**<br>**(206) 622-8484 Fax: (206) 622-7485**<br>**geoff.groshong@millernash.com**<br><br>**October 15, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Steven Ahrens*<br>Signature of Authorized Individual<br><br>**Steven Ahrens**<br>Printed Name of Authorized Individual<br><br>**CFO**<br>Title of Authorized Individual<br><br>**October 15, 2009**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Washington

**IN RE:** Case No. _____

**The Cascadia Project LLC** Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Cascadia Land LLC**<br>11232 NE 15th St #201<br>Bellevue, WA 98004 | | | | **3,515,932.74** |
| **City Of Bonney Lake**<br>P O Box 7380<br>Bonney Lake, WA 98391 | (253) 862-8602 | **Trade debt** | **Subject to Setoff** | **204,525.85** |
| **Tacoma Water**<br>3628 S 35th St<br>Tacoma, WA 98409 | (253) 591-5856 | **Trade debt** | | **97,722.74** |
| **Teufel Landscape**<br>24202 Frager Rd S<br>Kent, WA 98032 | | **Trade debt** | | **92,867.16** |
| **Pierce County Assessor/Treasurer**<br>Current Use Dept<br>2401 S 35th St Rm 142<br>Tacoma, WA 98409 | | | **Disputed** | **83,923.40** |
| **Michels Corporation**<br>P O Box 128<br>Brownsville, WI 53006 | (920) 583-3132 | **Trade debt** | **Disputed** | **67,295.25** |
| **Tacoma Pump & Drilling Co, Inc**<br>P O Box 5371<br>Spanaway, WA 98387 | (253) 847-9352 | **Trade debt** | | **49,144.94** |
| **The Highridge Corporation**<br>P O Box 260<br>Issaquah, WA 98027 | | **Trade debt** | | **46,293.25** |
| **Goldsmith & Associates Inc**<br>P O Box 3565<br>Bellevue, WA 98009 | (425) 462-1080 | **Trade debt** | | **37,802.30** |
| **City Treasurer**<br>City Of Tacoma<br>P O Box 11010<br>Tacoma, WA 98411 | | **Trade debt** | | **25,119.46** |
| **Creekside Associates LLC**<br>11232 NE 15th St #101<br>Bellevue, WA 98004 | (425) 747-1726 | **Trade debt** | | **24,842.71** |
| **Gordon Thomas Honeywell LLP**<br>P O Box 1157<br>Tacoma, WA 98401 | (253) 620-6565 | **Trade debt** | | **21,292.65** |
| **Foundation Specialists LLC**<br>C/O David Linville Law Firm<br>800 Fifth Ave #3850<br>Seattle, WA 98104 | (206) 515-0640 | **Trade debt** | | **17,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Thompson Smitch Consulting Group**<br>P O Box 2192<br>Tacoma, WA 98401 | | **Trade debt** | **16,665.06** |
| **Associated Earth Sciences Inc**<br>911 Fifth Ave #100<br>Kirkland, WA 98033 | **(425) 827-7701** | **Trade debt** | **14,140.91** |
| **The Herbrand Co**<br>315 - 39th Ave SW #6<br>Puyallup, WA 98373 | **(253) 848-7700** | **Trade debt**    **Disputed** | **13,000.00** |
| **Teufel Nursery**<br>100 SW Miller Rd<br>Portland, OR 97225 | **(503) 646-1111** | **Trade debt** | **12,388.67** |
| **Stanley Patrick Striping Co**<br>1628 Third St #101<br>Enumclaw, WA 98022 | **(360) 825-1198** | **Trade debt** | **9,067.66** |
| **ESM Consulting Engineers LLC**<br>33915 First Wy S #200<br>Federal Way, WA 98003 | **(253) 838-6113** | **Trade debt** | **8,294.80** |
| **Tacoma Plumbing & Heating Inc**<br>1817 - 112th St E #G<br>Tacoma, WA 98445 | **(253) 531-3444** | **Trade debt** | **6,000.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October 15, 2009**     Signature: ***/s/ Steven Ahrens***

                                            **Steven Ahrens, CFO**
(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

RESOLUTION OF THE CASCADIA PROJECT LLC

The Cascadia Project LLC (the "Company"), by and through its undersigned sole Member and Manager, Patrick Kuo, hereby resolves as follows:

**Resolved:** The Company shall file a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Western District of Washington.

**Resolved:** The Company shall employ attorney Geoffrey Groshong and the law firm of Miller Nash LLP to provide Chapter 11 legal services, under a general retainer. The Company shall pay Miller Nash LLP for pre-filing services, and shall additionally pay Miller Nash LLP a retainer of $125,000 prior to the filing of the Chapter 11 petition.

**Resolved:** The Manager may take all acts on behalf of the Company reasonably necessary to facilitate the Chapter 11 process, including the execution of documents, resolutions and pleadings. Further, pursuant to Article III, paragraphs 3.3 and 3.4 of the Limited Liability Company Agreement of The Cascadia Project LLC dated as of October 1, 2005, the Manager appoints Steven E. Ahrens to execute documents and pleadings including the Chapter 11 petition on behalf of the Company, as reasonably necessary to facilitate the Chapter 11 process for the Company.

Dated this 15th day of October, 2009

_____
Patrick Kuo
Member and Manager

Associated Earth Sciences Inc
911 Fifth Ave #100
Kirkland, WA  98033


AT&T Mobility
P O Box 30459
Los Angeles, CA  90030


Atlas Construction Specialties Co
4044 - 22nd Ave W
Seattle, WA  98199


Bucknell Stehlik Sato & Stubner
2003 Western Ave #400
Seattle, WA  98121


Cascadia Development Corp
11252 NE 15th St #201
Bellevue, WA  98004


Cascadia Land LLC
11232 NE 15th St #201
Bellevue, WA  98004


CDC Management Services LLC
11211 Slater Ave NE #200
Kirkland, WA  98033


Centex Homes
27200 Tourney Rd #200
Valencia, CA  91355


Centex Homes
11241 Slater Ave NE #100
Kirkland, WA  98033

```
CH2M Hill Inc
917 Pacific Ave #601
Tacoma, WA  98402


Charles Lappenbusch Consulting LLC
3418 - 76th Pl SE
Mercer Island, WA  98040


City Of Bellevue
Tax Office
P O Box 90012
Bellevue, WA  98004


City Of Bonney Lake
P O Box 7380
Bonney Lake, WA  98391


City Of Orting
110 Train St
Orting, WA  98360


City Of Tacoma Dept Of Public Utilities
Water Division
3628 S 35th St
Tacoma, WA  98409


City Treasurer
City Of Tacoma
P O Box 11010
Tacoma, WA  98411


Clear Channel Outdoor
3601 Sixth Ave S
Seattle, WA  98134
```

Corr Cronin Michelson Baumgardner Preece
1001 Fourth Ave #3900
Seattle, WA  98154


Creekside Associates LLC
11232 NE 15th St #101
Bellevue, WA  98004


Crystal Springs / Sierra Springs
P O Box 660579
Dallas, TX  75266


Davis Wright Tremaine LLP
1201 Third Ave #2200
Seattle, WA  98101


Denise J Lukins, Successor Trustee
Salmon Creek Law Offices
1412 NE 134th St #130
Vancouver, WA  98685


Dept Of Labor & Industries
Third Floor Legal
P O Box 44170
Olympia, WA  98504-4170


Dept Of Revenue
Bankruptcy/Claims Unit
2101 Fourth Ave #1400
Seattle, WA  98121


Eagle Pest Eliminators Inc
1710 - 100th Pl SE #104
Everett, WA  98208

Employment Security Dept
P O Box 9046
Olympia, WA  98507-9046


ESM Consulting Engineers LLC
33915 First Wy S #200
Federal Way, WA  98003


ESM Consulting Engineers LLC
33915 First Way S #200
Federal Way, WA  98003


Fidelity Investments Institutional
Operations Co, Inc
P O Box 73307
Chicago, IL  60673


Foundation Specialists LLC
C/O David Linville Law Firm
800 Fifth Ave #3850
Seattle, WA  98104


GE Capital
P O Box 802585
Chicago, IL  60680


Goldsmith & Associates Inc
P O Box 3565
Bellevue, WA  98009


Gordon Thomas Honeywell LLP
P O Box 1157
Tacoma, WA  98401

Hentschell & Associates Inc
621 Pacific Ave #400
Tacoma, WA  98402


HomeStreet Bank
Attn: Residential Construction Lending
601 Union St #2000
Seattle, WA  98101


Integra Telecom
P O Box 3034
Portland, OR  97208


Internal Revenue Service
Centralized Insolvency Operations
P O Box 21125
Philadelphia, PA  19114-0326


Islander Tech
2933 Sixth Ave SE #13D
Mercer Island, WA  98040


JR Hayes & Sons Inc
22430 SE 231st
Maple Valley, WA  98038


Judith Ann Harding
CPA
3401 Evanston Ave N #B
Seattle, WA  98103


Kimberly L McCullough
Ball Janik Llp
101 SW Main St #1100
Portland, OR  97204

King County Treasury
Attn: Linda Nelson
500 Fourth Ave #600
Seattle, WA  98104


KPFF Consulting Engineers
1601 Fifth Ave #1600
Seattle, WA  98101


Master Builder Association
335 - 116th Ave SE
Bellevue, WA  98004


Media Portfolio
35 N Raymond Ave #202
Pasadena, CA  91103


Michels Corporation
P O Box 128
Brownsville, WI  53006


Miles Sand & Gravel Co
P O Box 130
Auburn, WA  98071


National Maintenance Contractors LLC
1801 - 130th Ave NE #100
Bellevue, WA  98005


Neopost Inc
P O Box 45800
San Francisco, CA  94145


New Home Trends
4314 - 148th St SE
Bothell, WA  98012

Northward Properties
11232 NE 15th St #101
Bellevue, WA  98004


Office Depot Credit Plan
P O Box 689020
Des Moines, IA  50368


Office Of The Attorney General
Bankruptcy & Collections Unit
800 Fifth Ave #2000
Seattle, WA  98104


Pacific Mobile Structures Inc
P O Box 1404
Chehalis, WA  98532


Perkins Coie
1201 Third Ave
40th Floor
Seattle, WA  98101


Pierce County
615 S Ninth St #100
Tacoma, WA  98405


Pierce County Assessor/Treasurer
Current Use Dept
2401 S 35th St Rm 142
Tacoma, WA  98409


Pierce County Security
P O Box 958
Tacoma, WA  98401

```
Pierce County Treasurer-Assessor
2401 S 35th St #142
Tacoma, WA   98409


Port Of Tacoma
P O Box 1837
Tacoma, WA   98401


PriceWaterhouseCoopers
1420 Fifth Ave #1900
Seattle, WA   98101


Public Storage
12385 Northrup Wy
Bellevue, WA   98005


Puget Sound Energy
P O Box 91269
Bellevue, WA   98009


Pulte Homes Inc
100 Bloomfield Hills Pkwy #300
Bloomfield Hills, MI   48304


Quarles & Brady Llp
One S Church Ave #1700
Tucson, AZ   85701


Ricoh Americas Corp
P O Box 100345
Pasadena, CA   91189


Stanley Patrick Striping Co
1628 Third St #101
Enumclaw, WA   98022
```

```
Sutter Paving Inc
775 Fourth Ave NW
Issaquah, WA  98027


Tacoma Plumbing & Heating Inc
1817 - 112th St E #G
Tacoma, WA  98445


Tacoma Pump & Drilling Co, Inc
P O Box 5371
Spanaway, WA  98387


Tacoma Water
3628 S 35th St
Tacoma, WA  98409


Terra Associates Inc
12525 Willows Rd #101
Kirkland, WA  98034


Teufel Landscape
24202 Frager Rd S
Kent, WA  98032


Teufel Nursery
100 SW Miller Rd
Portland, OR  97225


The Hartford
P O Box 2907
Hartford, CT  06104


The Herbrand Co
315 - 39th Ave SW #6
Puyallup, WA  98373
```

The Highridge Corporation
P O Box 260
Issaquah, WA  98027


Thompson Smitch Consulting Group
P O Box 2192
Tacoma, WA  98401


Transport Group
11730 - 118th Ave NE #600
Kirkland, WA  98034


Tucci & Sons Inc
4224 Waller Rd
Tacoma, WA  98443


U S Attorney
Attn: Bankruptcy Assistant
700 Stewart St #5220
Seattle, WA  98101


U S Treasury
Secretary Of The Treasury
1500 Pennsylvania Ave NW
Washington, DC  20220


United Site Services Of Nevada Inc
3408 Hillcap Ave
San Jose, CA  95136


Valtus Capital Group
3800 Howard Hughes Pkwy
7th Floor
Las Vegas, NV  89169

Water Buffalo Inc
21512 S Prairie Rd
Bonney Lake, WA  98391


Weisman Design Group Inc
2329 E Madison St
Seattle, WA  98112


Western Asphalt Inc
P O Box 980
Maple Valley, WA  98038


Y.K. Chen
14210 NE 40th Pl
Bellevue, WA  98007