## United States Bankruptcy Court
## Western District of Washington

**IN RE:**

Case No. **09-20780-KAO**

**The Cascadia Project LLC**

Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 76,240,000.00 | | |
| B - Personal Property | Yes | 3 | $ 15,328,670.56 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 76,819,261.09 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 83,923.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 4,329,899.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 25 | $ 91,568,670.56 | $ 81,233,084.08 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**        Case No. **09-20780-KAO**

_____
Debtor(s)                                                     (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Partially developed real property of approx. 4,200 acres Located in Pierce County, Washington See attached legal descriptions Includes zoning entitlement granted by Pierce County to be developed as a planned unit development** | | | **76,240,000.00** | **76,819,261.09** |
| | | **TOTAL** | **76,240,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The Cascadia Project LLC
Case No. 09-20780-KAO

# Schedule A
## Legal Descriptions

PARCEL 1:

THAT PORTION OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF
SECTION 8, TOWNSHIP 19 NORTH, RANGE 5 EAST, WILLAMETTE MERIDIAN,
LYING SOUTHERLY AND EASTERLY OF THAT CERTAIN TRACT OF LAND
CONVEYED TO THE CITY OF TACOMA BY SPECIAL WARRANTY DEED
DATED MARCH 2, 1933, RECORDED UNDER RECORDING NO. 1083485;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 2:

THE SOUTH HALF OF THE NORTH HALF OF THE SOUTHWEST QUARTER OF
THE SOUTHEAST QUARTER AND THE SOUTH HALF OF THE SOUTHWEST
QUARTER OF THE SOUTHEAST QUARTER AND THOSE PORTIONS OF THE
SOUTHEAST QUARTER OF THE NORTHWEST QUARTER AND THE
NORTHEAST QUARTER OF THE SOUTHWEST QUARTER AND THE SOUTH
HALF OF THE SOUTHWEST QUARTER, LYING SOUTHERLY AND EASTERLY
OF THE STRIP OF LAND CONVEYED TO THE CITY OF TACOMA BY SPECIAL
WARRANTY DEED DATED MAY 8, 1911, RECORDED UNDER RECORDING NO.
359284, ALL IN SECTION 9, TOWNSHIP 19 NORTH, RANGE 5 EAST,
WILLAMETTE MERIDIAN;

EXCEPT THAT CERTAIN TRACT OF LAND IN THE SOUTHWEST QUARTER OF
THE SOUTHWEST QUARTER CONVEYED TO THE CITY OF TACOMA BY
SPECIAL WARRANTY DEED DATED MARCH 25, 1933, RECORDED UNDER
RECORDING NO. 1083485;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 3:

THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER AND THE
SOUTH HALF OF THE NORTHEAST QUARTER AND THE NORTHWEST
QUARTER AND THE SOUTHWEST QUARTER AND THE SOUTHEAST
QUARTER, ALL IN SECTION 16, TOWNSHIP 19 NORTH, RANGE 5 EAST
WILLAMETTE MERIDIAN;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

EXCEPT ANY PORTION OF SECTION 16 LYING WITH THE PLAT OF
COLUMBIA VISTA AT CASCADIA, RECORDED JUNE 11, 2008 UNDER
RECORDING NO. 200806115002;

AND EXCEPT ANY PORTION OF SECTION 16 LYING WITHIN THE PLAT OF WHITMAN AT CASCADIA, RECORDED JULY 30, 2008 UNDER RECORDING NO. 200807305006;

AND EXCEPT ANY PORTION OF SECTION 16 LYING WITHIN THE PLAT OF LIBERTY RIDGE AT CASCADIA, RECORDED JULY 30, 2008 UNDER RECORDING NO. 200807305007;

AND EXCEPT ANY PORTION OF SECTION 16 LYING WITHIN THE PLAT OF WINTHROP AT CASCADIA, RECORDED NOVEMBER 20 2008 UNDER RECORDING NO. 200811205006;

PARCEL 4:

THE NORTHEAST QUARTER AND THE SOUTH HALF OF THE NORTHWEST QUARTER AND THE SOUTHWEST QUARTER AND THE SOUTHEAST QUARTER, ALL IN SECTION 17, TOWNSHIP 19 NORTH, RANGE 5 EAST, WILLAMETTE MERIDIAN;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 5:

THE EAST HALF OF THE SOUTHEAST QUARTER AND THE EAST 717.7 FEET OF THE SOUTH 30.0 FEET OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER, ALL IN SECTION 18, TOWNSHIP 19 NORTH, RANGE 5 EAST, WILLAMETTE MERIDIAN;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 6:

THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER AND THE EAST HALF OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER AND THE EAST HALF OF THE WEST HALF OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER AND THE SOUTH HALF OF THE NORTHEAST QUARTER AND THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER AND THAT PORTION OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER, LYING EASTERLY OF THE CARBON RIVER AND THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER, ALL IN SECTION 19, TOWNSHIP 19 NORTH, RANGE 5 EAST, WILLAMETTE MERIDIAN;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 7:

ALL OF SECTION 20, TOWNSHIP 19 NORTH, RANGE 5 EAST, WILLAMETTE
MERIDIAN;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 8:

THE NORTH HALF OF THE NORTHEAST QUARTER AND THE SOUTHEAST
QUARTER OF THE NORTHEAST QUARTER AND THE NORTH HALF OF THE
NORTHWEST QUARTER AND THE SOUTHWEST QUARTER AND THE
SOUTHEAST QUARTER, ALL IN SECTION 21, TOWNSHIP 19 NORTH, RANGE 5
EAST, WILLAMETTE MERIDIAN;

EXCEPT ANY PORTION OF SECTION 21 LYING WITH THE PLAT OF
COLUMBIA VISTA AT CASCADIA, RECORDED JUNE 11, 2008 UNDER
RECORDING NO. 200806115002;

AND EXCEPT ANY PORTION OF SECTION 21 LYING WITHIN THE PLAT OF
WHITMAN AT CASCADIA, RECORDED JULY 30, 2008 UNDER RECORDING NO.
200807305006;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 9:

THE NORTHEAST QUARTER AND THE NORTHWEST QUARTER AND THE
EAST HALF OF THE SOUTHWEST QUARTER AND THE SOUTHEAST
QUARTER, ALL IN SECTION 22, TOWNSHIP 19 NORTH, RANGE 5 EAST,
WILLAMETTE MERIDIAN;

EXCEPT THE NORTH 30 FEET OF THE NORTHEAST QUARTER;

ALSO EXCEPT THE NORTH 30 FEET OF THE NORTHWEST QUARTER;

ALSO EXCEPT THE FOLLOWING DESCRIBED TRACT OF LAND IN THE
NORTHWEST QUARTER:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 22;
THENCE EASTERLY ALONG THE NORTH LINE OF THE SAID SECTION 22, A
DISTANCE OF 2048.78 FEET;

THENCE SOUTHERLY AT A RIGHT ANGLE TO SAID NORTH LINE, A
DISTANCE OF 30.00 FEET TO THE TRUE POINT OF BEGINNING;
THENCE CONTINUING SOUTHERLY AT A RIGHT ANGLE TO SAID NORTH
LINE, A DISTANCE OF 300.00 FEET;
THENCE WESTERLY PARALLEL TO SAID NORTH LINE, A DISTANCE OF
693.00 FEET;
THENCE NORTHERLY AT A RIGHT ANGLE, A DISTANCE OF 300.00 FEET;
THENCE EASTERLY 30 FEET SOUTHERLY OF AND PARALLEL TO THE
NORTH LINE OF SAID SECTION 22, TO THE TRUE POINT OF BEGINNING; AND

ALSO EXCEPT THE FOLLOWING DESCRIBED TRACT OF LAND IN THE
SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER;

BEGINNING AT A POINT ON THE SOUTH LINE OF SAID SECTION 22 WHICH IS
660.00 FEET WEST OF THE SOUTHEAST CORNER OF SAID SECTION;
THENCE NORTHEASTERLY IN A DIRECT LINE TO THE NORTHEAST CORNER
OF SAID QUARTER OF THE SOUTHEAST QUARTER, A DISTANCE OF 1475.80
FEET, MORE OR LESS TO THE SOUTHEAST CORNER THEREOF;
THENCE SOUTH ALONG THE EAST LINE OF SAID SOUTHEAST QUARTER OF
THE SOUTHEAST QUARTER A DISTANCE OF 1320.00 FEET, MORE OR LESS,
TO THE SOUTHEAST CORNER THEREOF;
THENCE WEST ALONG THE SOUTH LINE THEREOF, A DISTANCE OF 660.00
FEET, MORE OR
LESS, TO THE POINT OF BEGINNING;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 10:

THE WEST HALF OF THE SOUTHWEST QUARTER OF THE NORTHWEST
QUARTER OF SECTION 23, TOWNSHIP 19 NORTH, RANGE 5 EAST,
WILLAMETTE MERIDIAN;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 11:

THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER AND THE
NORTHWEST QUARTER AND THE
NORTH HALF OF THE SOUTHWEST QUARTER AND THE SOUTHWEST
QUARTER OF THE SOUTHWEST QUARTER, ALL IN SECTION 27, TOWNSHIP
19 NORTH, RANGE 5 EAST, WILLAMETTE MERIDIAN

AND THAT PORTION OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 27 DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHEAST
QUARTER;
THENCE NORTH 1320.00 FEET TO THE NORTHWEST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER;
THENCE EAST 75O. 00 FEET ALONG THE NORTH LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER;
THENCE SOUTH 700.00 FEET PARALLEL TO THE WEST LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER;
THENCE SOUTHEASTERLY TO A POINT ON THE SOUTH LINE OF SAID SOUTHWEST QUARTER OF
THE NORTHEAST QUARTER, SAID POINT BEING 1120.00 FEET EAST OF THE POINT OF BEGINNING;
THENCE WEST ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER TO THE POINT OF BEGINNING;

EXCEPT THAT CERTAIN TRACT OF LAND IN THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER CONVEYED TO THE ORTING LIGHT & WATER CORPORATION BY DEED DATED JANUARY 16, 1914 AND RECORDED UNDER RECORDING NO. 398202, RECORDS OF PIERCE COUNTY, WASHINGTON, DESCRIBED AS FOLLOWS:

COMMENCING AT A STAKE LOCATED AT A SPRING IN THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 27, WHICH SPRING IS LOCATED ABOUT 400.00 FEET EAST OF THE WEST LINE OF SAID QUARTER SECTION AND 300.00 FEET SOUTH OF THE NORTH LINE OF SAID 16TH QUARTER SECTION LINE;
THENCE RUNNING WEST 150.00 FEET FOR POINT OF BEGINNING;
THENCE SOUTH 200.00 FEET ON A LINE PARALLEL WITH THE WEST LINE OF SAID QUARTER SECTION;
THENCE EAST 500.00 FEET ON A LINE PARALLEL WITH THE NORTH LINE OF SAID QUARTER SECTION;
THENCE NORTH 350.00 FEET ON A LINE PARALLEL WITH SAID WEST LINE OF SAID QUARTER SECTION;


THENCE WEST 500.00 FEET OF A LINE PARALLEL WITH THE NORTH LINE OF SAID QUARTER SECTION;
THENCE SOUTH 150.00 FEET TO THE POINT OF BEGINNING.

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 12:

THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER AND THE NORTHWEST QUARTER AND THE EAST HALF OF THE SOUTHWEST QUARTER AND THE SOUTHEAST QUARTER, ALL IN SECTION 28, TOWNSHIP 19 NORTH, RANGE 5 EAST, WILLAMETTE MERIDIAN;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 13:

THE NORTHEAST QUARTER AND THE NORTH HALF OF THE NORTHWEST QUARTER AND THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER AND THAT PART OF THE EAST 1020.36 FEET OF GOVERNMENT LOT 1 LYING NORTHERLY AND EASTERLY OF THE CARBON RIVER AND THAT PART OF THE SOUTHEAST QUARTER LYING NORTHERLY AND EASTERLY OF THE CARBON RIVER;

EXCEPT THOSE THREE (3) STRIPS OF LAND IN SAID SOUTHEAST QUARTER, EACH 60 FEET IN WIDTH, CONVEYED TO PIERCE COUNTY, WASHINGTON BY DEEDS RECORDED UNDER RECORDING NO(S). 264370, 264376 AND 264377, ALL IN SECTION 29, TOWNSHIP 19 NORTH, RANGE 5 EAST, WILLAMETTE MERIDIAN;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

PARCEL 14:

THE NORTH HALF OF THE NORTHEAST QUARTER AND THAT PART OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, LYING NORTHERLY OF THE CARBON RIVER AND THE EAST HALF OF THE NORTHWEST QUARTER AND THAT PART OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER AND THAT PART OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER LYING NORTHERLY OF THE CARBON RIVER, ALL IN SECTION 33, TOWNSHIP 19 NORTH, RANGE 5 EAST, WILLAMETTE MERIDIAN;

PARCEL 15:

LOTS 1 THROUGH 85, INCLUSIVE AND TRACTS A THROUGH D, INCLUSIVE, OF THE PLAT OF COLUMBIA VISTA AT CASCADIA PHASE 1, ACCORDING TO THE PLAT RECORDED JUNE 11, 2008 UNDER RECORDING NO. 200806115002;

PARCEL 16:

LOTS 1 THROUGH 57, INCLUSIVE AND LOTS 63 THROUGH 125, INCLUSIVE AND TRACTS A THROUGH H INCLUSIVE, OF THE PLAT OF WHITMAN AT

CASCADIA ACCORDING TO THE PLAT RECORDED JULY 30, 2008 UNDER RECORDING NO. 200807305006

PARCEL 17:

LOTS 1 THROUGH 119, INCLUSIVE, AND TRACTS A THROUGH F, INCLUSIVE, OF THE PLAT OF LIBERTY RIDGE AT CASCADIA, ACCORDING TO THE PLAT RECORDED JULY 30, 2008 UNDER RECORDING NO. 200807305007,

PARCEL 18:

LOTS 1 THROUGH 61, INCLUSIVE, AND TRACTS A THROUGH J, INCLUSIVE, OF THE PLAT OF WINTHROP AT CASCADIA, ACCORDING TO THE PLAT RECORDED NOVEMBER 20, 2008, UNDER RECORDING NO. 200811205006;

SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON;
/
/
/
/
/
/


LESS AND EXCEPT THE FOLLOWING DESCRIBED PROPERTY;

EXCEPT THAT CERTAIN PROPERTY LYING WITHIN THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 22, TOWNSHIP 19 NORTH, RANGE 5 EAST, W.M., AS CONVEYED TO PUGET SOUND ENERGY, INC. FOR ELECTRICAL POWER SUBSTATION BY DEED RECORDED MAY 10, 2006 UNDER RECORDING NO. 200605101410, RECORDS OF PIERCE COUNTY, WASHINGTON


ALSO EXCEPT THAT CERTAIN PROPERTY LYING WITHIN SECTIONS 16, 21 AND 22, TOWNSHIP 19 NORTH, RANGE 5 EAST,W.M., CONVEYED TO PIERCE COUNTY FO 198TH AVENUE EAST BY DEED RECORDED DECEMBER 15, 2006 UNDER RECORDING NO. 200612150638, RECORDS OF PIERCE COUNTY, WASHINGTON;


ALSO EXCEPT THAT CERTAIN PROPERTY LYING WITHIN SECTIONS 21 AND 16 OF TOWNSHIP 19 NORTH, RANGE 5 EAST, W.M., CONVEYED TO PIERCE COUNTY FOR CASCADIA BLVD. BY DEED RECORDED JULY 19, 2007 UNDER

RECORDING NO. 200707190856, RECORDS OF PIERCE COUNTY, WASHINGTON;

ALSO EXCEPT THAT CERTAIN PROPERTY LYING WITHIN SECTION 16 OF TOWNSHIP 19 NORTH, RANGE 5 EAST, W.M., CONVEYED TO PIERCE COUNTY FOR CANYON FALLS BLVD.. BY DEED RECORDED JULY 19, 2007 UNDER RECORDING NO. 200707190857, RECORDS OF PIERCE COUNTY, WASHINGTON;

ALSO EXCEPT THAT CERTAIN PROPERTY LYING WITHIN THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 16, TOWNSHIP 19 NORTH, RANGE 5 EAST, W.M., CONVEYED TO SUMNER SCHOOL DISTRICT NO. 320 BY DEED RECORDED SEPTEMBER 6, 2009 UNDER RECORDING NO. 200709060331, RECORDS OF PIERCE COUNTY, WASHINGTON;

ALSO EXCEPT PARCELS 1 THROUGH 22, INCLUSIVE, AND PARCELS 24 AND 25 OF THAT CERTAIN RECORD OF SURVEY ENTITLED CASCADIA PHASE ONE RESEGREGATION RECORDED DECEMBER 13, 2007 UNDER RECORDING NO. 200712135006 AND CONVEYED TO CASCADIA RESORT COMMUNITIES LLC, A WASHINGTON LIMITED LIABILITY COMPANY BY DEED RECORDED JANUARY 15, 2008 UNDER RECORDING NO. 200801150588, RECORDS OF PIERCE COUNTY, WASHINGTON

IN RE **The Cascadia Project LLC**                                    Case No. **09-20780-KAO**

_____                    _____
Debtor(s)                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Petty cash** | | **7.14** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HomeStreet Bank, Seattle money market 6012 Restoration bond required by City of Orting** | | **113,845.72** |
| | | **HomeStreet Bank, Seattle money market 5859 Sewer maintenance bond re interim drainfield** | | **234,219.29** |
| | | **KeyBank, Albany NY money market 7295** | | **21.83** |
| | | **The Commerce Bank of Washington checking 2367** | | **26,613.99** |
| | | **The Commerce Bank of Washington money market 2375** | | **1,529.29** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Assignment of funds under terms of loan with HomeStreet Bank for benefit of Pierce County See attached "assignment of funds" documents** | | **unknown** |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Two year prepaid general liability and excess liability insurance policies No cash value** | | **0.00** |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

The Cascadia Project LLC
Case No. 09-20780-KAO

# Schedule B, Question 3

## ASSIGNMENT OF FUNDS

Updated 7-18-07

PIERCE COUNTY APPLICATION PERMIT NUMBER  589357

At the direction of  The Cascadia Project LLC                                    as Principal,

                HomeStreet Bank                                          as Financial Institution,

is holding funds in the amount of $ 121,735.33

or Account Number  *Loan No RC80781  Line Item 27 (TE/SCP - Liberty Ridge)*

The purpose of this Assignment is to secure the completion and approval of the following requirements. Please check the applicable box (s).

| Resource Management [1] | Current Planning [1] | Development Engineering [1] |
|---|---|---|
| [ ] wetland installation [2] | [X] landscaping  Liberty Ridge | [ ] reclamation [2] |
| [ ] wetland monitoring [2] | [ ] park/play ground | [ ] construction [2] |
| [ ] reforestation | [ ] fencing | [ ] 18-month [2] |
| [ ] other: _____ | [ ] street trees | [ ] street lights [2] |
| | [ ] other: _____ | [ ] temporary approach [2] |
| **Fire Prevention** [1] | | [ ] expedited bonding for plats [2] |
| | | [ ] sidewalks [2] |
| [ ] fire hydrant (s) | | [ ] other: _____ |
| [ ] water system (s) | | |

Note  1.  Individual sections must be bonded separately.
         2.  These requirements must be bonded separately

The Principal is developing a certain parcel(s) of land in unincorporated Pierce County, in
Section    16                        , Township   19N                        , Range   5E                        , W.M.,

development known as    Cascadia

We have been instructed by the Principal that these funds are to be used for the sole purpose described above. In the event said Principal fails to complete said requirements within the required time limits and to the satisfaction of Pierce County said funds will be made available to Pierce County.

Failure of the Financial Institution to hold the required amount until released by Pierce County will bind the Financial Institution for the amount owed, and for legal fees and costs necessary to enforce collection of the Assignment.

This obligation shall remain in full force and effect until a written release is received from Pierce County. Pierce County may proceed with immediate collection of the funds upon expiration of the permit or at Pierce County's discretion.

The Financial Institution agrees that these funds will be paid to Pierce County within 10 days of receiving written notice that Pierce County has determined that the necessary requirements have not been satisfactorily performed. The Financial Institution shall have no duty to evaluate the correctness or appropriateness of such notice or determination by Pierce County and shall not interplead or in any manner delay said payment of funds to Pierce County. Any unexpended funds shall be returned to the Principal upon completion of the necessary requirements.

The obligations of the Financial Institution and Principal shall not be discharged and shall remain in effect in the event of any extension of time for the Principal's performance of the agreement or of any amendment of approved plans used for construction of the project. The Financial Institution hereby waives notice of any such extensions or amendments.

The Principal's obligation to perform the work or pay fees and other amounts is not limited to the amount of this Assignment of Funds.

In the event that this project becomes part of an incorporated area, Pierce County may transfer its rights and obligations under this Assignment of Funds to any successor jurisdiction without notice to the Principal or Financial Institution.

If this financial guarantee is collected for any reason, Pierce County will not accept subsequent financial guarantees from the above-named Principal.

Dated this _20th_ day of _June_, 20 _08_.

| PRINCIPAL | FINANCIAL INSTITUTION |
|---|---|
| | _HomeStreet Bank_ |
| Print Name of Company | Print Name of Financial Institution |
| | _Tara Alexander_ |
| Print Name of Principal | Print Name of Financial Institution Officer |
| | _2000 Two Union Square, 601 Union St_ |
| Address | Address |
| | _Seattle WA 98101_ |
| City          State          Zip | City          State          Zip |
| (          ) | _(206)  389-6293_ |
| Telephone Number | Telephone Number |
| | _Tara Alexander V.P._ |
| Signature of Principal | Signature of Financial Institution Officer |

**NOTICE! THE FINANCIAL INSTITUTION OFFICER'S SIGNATURE IS TO BE NOTARIZED NOT THE PRINCIPAL'S.**

I certify that I know or have satisfactory evidence that

_Tara Alexander_

is the person who appeared before me, and said person acknowledged that he/she signed this instrument, on oath stated that he/she was authorized to execute the instrument and acknowledge it as the officer of

_HomeStreet Bank_

to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument. Dated _June 20, 2008_

_Marcia K. Tidball_
Notary Public (Title) in and for the State of Washington. Residing at
_Kirkland_   My appointment expires _9-19-2009_
_Marcia K. Tidball_
Print Notary Name

[Notary seal: MARCIA K. TIDBALL / COMMISSION EXPIRES / NOTARY / PUBLIC / 9-19-09 / STATE OF WASHINGTON]

ONLY ORIGINAL SIGNATURES WILL BE ACCEPTED

QUESTIONS/COMMENTS
PLEASE CONTACT KIM
JASIONKOWSKI-253.798.2193

<u>*ASSIGNMENT OF FUNDS*</u>

Dated 7 5 07

PIERCE COUNTY APPLICATION PERMIT NUMBER  589359

At the direction of  The Cascadia Project LLC _____ as Principal,

_____ HomeStreet Bank _____ ... ...... as Financial Institution,
is holding funds in the amount of $ 113,597.40 _____
in Account Number  *Loan No RC 80781 Line Item 15 (TE/SCP - Whitman)*

The purpose of this Assignment is to secure the completion and approval of the following requirements. Please check the applicable box(es).

| Resource Management | Current Planning | Development Engineering |
|---|---|---|
| [ ] wetland installation | [X] landscaping Knoll Park (Whitman) | [ ] reclamation |
| [ ] wetland monitoring | [ ] park/playground | [ ] construction |
| [ ] reforestation | [ ] fencing | [ ] 18-month |
| [ ] other: _____ | [ ] street trees | [ ] street lights |
| **Fire Prevention** | [ ] other: _____ | [ ] temporary approach |
| | | [ ] expedited bonding for plats |
| [ ] fire hydrant(s) | | [ ] sidewalks |
| [ ] water system(s) | | [ ] other: _____ |

Note:  1.  Individual sections must be bonded separately.
        2.  These requirements must be bonded separately

The Principal is developing a certain parcel(s) of land in unincorporated Pierce County, in
Section __16__ _____, Township _19N_ _____, Range _5E_ _____, W.M.,

development known as  __Cascadia__

We have been instructed by the Principal that these funds are to be used for the sole purpose described above. In the event said Principal fails to complete said requirements within the required time limits and to the satisfaction of Pierce County, said funds will be made available to Pierce County.

Failure of the Financial Institution to hold the required amount until released by Pierce County will bind the Financial Institution for the amount owed, and for legal fees and costs necessary to enforce collection of the Assignment.

This obligation shall remain in full force and effect until a written release is received from Pierce County. Pierce County may proceed with immediate collection of the funds upon expiration of the permit or at Pierce County's discretion.

The Financial Institution agrees that these funds will be paid to Pierce County within 10 days of receiving written notice that Pierce County has determined that the necessary requirements have not been satisfactorily performed. The Financial Institution shall have no duty or right to evaluate the correctness or appropriateness of such notice or determination by Pierce County and shall not interplead or in any manner delay said payment of funds to Pierce County. Any unexpended funds shall be returned to the Principal upon completion of the necessary requirements.

The obligations of the Financial Institution and Principal shall not be discharged and shall remain in effect in the event of any extension of time for the Principal's performance of the agreement or of any amendment of approved plans used for construction of the project. The Financial Institution hereby waives notice of any such extensions or amendments.

The Principal's obligation to perform the work or pay fees and other amounts is not limited to the amount of this Assignment of Funds.

In the event that this project becomes part of an incorporated area, Pierce County may transfer its rights and obligations under this Assignment of Funds to any successor jurisdiction without notice to the Principal or Financial Institution.

If this financial guarantee is collected for any reason, Pierce County will not accept subsequent financial guarantees from the above-named Principal.

Dated this _20th_ day of _June_, 20 _08_.

| PRINCIPAL | FINANCIAL INSTITUTION |
|---|---|
| | _Home Street Bank_ |
| Print Name of Company | Print Name of Financial Institution |
| | _Tara Alexander_ |
| Print Name of Principal | Print Name of Financial Institution Officer |
| | _2000 Two Union Square, 601 Union St_ |
| Address | Address |
| | _Seattle WA 98101_ |
| City        State        Zip | City        State        Zip |
| (_____) | _(206) 389-6293_ |
| Telephone Number | Telephone Number |
| | _Tara Alexander_     V.P. |
| Signature of Principal | Signature of Financial Institution Officer |

**NOTICE: THE FINANCIAL INSTITUTION OFFICER'S SIGNATURE IS TO BE NOTARIZED NOT THE PRINCIPAL'S.**

I certify that I know or have satisfactory evidence that

_Tara Alexander_

is the person who appeared before me, and said person acknowledged that he/she signed this instrument, on oath stated that he/she was authorized to execute the instrument and acknowledge it as the officer of

_Home Street Bank_

to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument. Dated _June 20, 2008_

_Marcia K. Tidball_

Notary Public (Title) in and for the State of Washington, Residing at

_Kirkland_    My appointment expires _9-19-09_

_Marcia K. Tidball_
Print Notary Name

ONLY ORIGINAL SIGNATURES WILL BE ACCEPTED

QUESTIONS/COMMENTS
PLEASE CONTACT KIM
JASIONKOWSKI-253.798.2193

IN RE **The Cascadia Project LLC**                    Case No. **09-20780-KAO**

Debtor(s)                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% membership interest in Cascadia Resort Communities LLC** | | **9,275,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Advance made to New Care Construction ("NCC") for NCC to pay subcontractors. NCC did not make payments, defaulted on contract and has apparently gone out of business.** | | **138,340.00** |
| | | **Advance to Cascadia Development Corp.** | | **97,527.31** |
| | | **Advance to Cascadia Land, LLC** | | **59.00** |
| | | **Advance to Cascadia Project Management LLC** | | **517.00** |
| | | **Note in conjunction with loans advanced to Cascadia Resort Communities LLC to fund development activity** | | **899,066.63** |
| | | **Sumner School District - balance due from sale of real property used for elementary school #9**<br>**Due as the District receives school impact fees under the Pierce County School Impact Fee Ordinance** | | **2,700,000.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Note in conjunction with sale of 5 residential lots to Northward Homes**<br>**Contingent upon profit margin on constructed homes** | | **120,000.00** |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential right to refund of state forest protection fee paid as part of real property taxes** | | **unknown** |
| | | **Right to receive refund from deposit paid to Puget Sound Energy for connection fees**<br>**Potential refund is based on future house construction**<br>**See attached for additional explanation** | | **1,540,120.36** |
| | | **Right to refund of prepayment to City of Bonney Lake for future mitigation requirements** | | **150,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Domain: www.livecascadia.com** | | **unknown** |
| | | **Drawings, studies, plans, photographs, permits, proposals, etc.** | | **unknown** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The Cascadia Project LLC
Case No. 09-20780-KAO

# Schedule B, Question 21
## Re right to refund from Puget Sound Energy

## Cascadia Plat and Backbone PSE Refund Summary
### (Based on PSE Schedule 85 Rates as of September 1, 2007)

| | Lots | Refund Rate Per Unit | Date Energized | Potential Refund Amount | Refund Request Expiration |
|---|---|---|---|---|---|
| Columbia Vista Phase 1 | 85 | $1,368.44 | 4/25/2008 | $116,317.40 | 4/25/2014 |
| Liberty Ridge | 119 | $1,368.44 | 6/3/2008 | $162,844.36 | 6/3/2014 |
| Whitman | 125 | $1,368.44 | 8/4/2008 | $171,055.00 | 8/4/2014 |
| Winthrop | 60 | $1,368.44 | 10/1/2008 | $82,106.40 | 10/1/2014 |
| Backbone System | N/A | N/A | 4/18/2008 | $1,007,797.20 | 4/18/2014 |

Refund depends on additional plat and commercial growth rates

$1,540,120.36

Note: Potential refund amount. Refunds for homes constructed within 5 years of energized date only. Anything not completed within 5 years is non-refundable. Cascadia will have 6 years from energized date to request refund.

IN RE **The Cascadia Project LLC**                    Case No. **09-20780-KAO**
_____          _____
                    Debtor(s)                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | **Trademarked icon and company tag line**<br>**See attached** | | **unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Compilation of email addresses of approximately 600 persons who have expressed interest in buying homes** | | **unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See attached list** | | **31,803.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **High quality printed promotional materials** | | **unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Pending applications for timber harvest and sand and gravel extraction** | | **unknown** |
| | | **Right to harvest timber on portion of Parcel O that is owned by Cascadia Resort Communities LLC** | | **unknown** |

                                                      **TOTAL**    **15,328,670.56**

_____ **0** continuation sheets attached          (Include amounts from any continuation sheets attached.
                                                      Report total also on Summary of Schedules.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The Cascadia Project LLC
Case No. 09-20780-KAO

Schedule B, Question 22



UNITED STATES OF AMERICA

# The State of Washington

## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that according to records on file in this office,

trademark:

CASCADIA ART OF LIVING WITH A TRIANGLE DESIGN

registered in the State of Washington to

THE CASCADIA PROJECT LLC

names of partners: (if any)           ,

state of formation: (if any) Washington and I further certify that such trademark

with file # 52194 was  issued on November 7, 2007 and will expire on November 7, 2012.

I further certify that the classification  number of the trademark is 37 and the

actual goods or services with which the trademark is used are

land development services, namely, planning and laying out of residential
and commercial communities

The date the trademark was first used anywhere is October 1, 2007 and the date the

trademark was first used in Washington is October 1, 2007.

Date:     December 12, 2007



Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital

Sam Reed, Secretary of State



# UNITED STATES OF AMERICA

# The State of Washington

## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that according to records on file in this office,

trademark:

ART OF LIVING

registered in the State of Washington to

THE CASCADIA PROJECT LLC

names of partners: (if any)                  ,

state of formation: (if any) Washington and I further certify that such trademark

with file # 52193 was  issued on November 7, 2007 and will expire on November 7, 2012.

I further certify that the classification  number of the trademark is 37 and the

actual goods or services with which the trademark is used are

land development services, namely, planning and laying out of residential
and commercial communities

The date the trademark was first used anywhere is October 1, 2007 and the date the

trademark was first used in Washington is October 1, 2007.

Date:    December 12, 2007



Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital

Sam Reed, Secretary of State

The Cascadia Project LLC
Case No. 09-20780-KAO

Schedule B, Question 28

# 2008

WEU-YONG P. KUO & TSUEY-FANG N. CHEN

Description of Property

THE CASCADIA PROJECT LLC

KU0

## SCHEDULE C DEPRECIATION AND AMORTIZATION

### DEPRECIATION

| Asset description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduction in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated depreciation | Ending Accumulated depreciation | Me-thod | Conv | Life | ACRS class | MA CRS class | Current-year 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE CABINET | 03/12/2008 | 1,898 | 100.0000 | | 949 | 949 | | 136 | 200DB | HY | | | 7 | | 136 |
| CONFERENCE CABINET | 04/08/2008 | 2,065 | 100.0000 | | 1,053 | 1,032 | | 147 | 200DB | HY | | | 7 | | 147 |
| CONFERENCE CABINET | 05/28/2008 | 205 | 100.0000 | | 103 | 102 | | 15 | 200DB | HY | | | 7 | | 15 |
| Less: Retired Assets . . . . . . . . . . . | | | | | | | | | | | | | | | |
| Subtotals . . . . . . . . . . . . . | | 45,149 | | | 10,332 | 34,817 | 4,985 | 13,346 | | | | | | | 8,361 |
| Listed Property | | | | | | | | | | | | | | | |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| Subtotals . . . . . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . | | 45,149 | | | 10,332 | 34,817 | 4,985 | 13,346 | | | | | | | 8,361 |

### AMORTIZATION

| Asset description | Date placed in service | Cost or basis | Accumulated amortization | Ending Accumulated amortization | Code | Life | Current-year amortization |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS . . . . . . | | | | | | | |

*Assets Retired

JSA
8X9024 1.000

59496-010-4

MUU-JONG P. KUU & TSUEY-FANG N. CHEN

Description of Property

THE CASCADIA PROJECT LLC

SCHEDULE C DEPRECIATION AND AMORTIZATION

## DEPRECIATION

| Asset description | Date placed in service | Unadjusted Cost or Basis | Bus. % | 179 exp. reduction in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated depreciation | Ending Accumulated depreciation | Method | Conv. | Life | ACRS class | MA CRS class | Current-year 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIMBERLINE SOFTWARE | 07/14/2006 | 2,394 | 100.0000 | | | 2,394 | 1,197 | 1,995 | SL | | 3.000 | | | | 798 |
| OFFICE CALENDAR | 02/12/2007 | 840 | 100.0000 | | | 840 | 257 | 537 | SL | | 3.000 | | | | 280 |
| PROJECT SCHEDULING S | 03/05/2007 | 2,443 | 100.0000 | | | 2,443 | 679 | 1,493 | SL | | 3.000 | | | | 814 |
| DELL COMPUTER (RUTH) | 01/03/2007 | 1,450 | 100.0000 | | | 1,450 | 290 | 754 | 200DB | HY | | | 5 | | 464 |
| OFF FURNITURE (CHAIR | 04/30/2007 | 10,255 | 100.0000 | | | 10,255 | 1,465 | 3,976 | 200DB | HY | | | 7 | | 2,511 |
| PHONE SYSTEM | 05/01/2007 | 5,041 | 100.0000 | | | 5,041 | 720 | 1,955 | 200DB | HY | | | 7 | | 1,235 |
| DELL COMPUTER (KATE) | 06/15/2007 | 1,434 | 100.0000 | | | 1,434 | 287 | 746 | 200DB | HY | | | 5 | | 459 |
| OFF FURN (CHUCK'S CH | 09/27/2007 | 448 | 100.0000 | | | 448 | 64 | 174 | 200DB | HY | | | 7 | | 110 |
| OFFICE SHREDDER | 10/16/2007 | 185 | 100.0000 | | | 185 | 26 | 71 | 200DB | HY | | | 7 | | 45 |
| OFFICE FURNITURE | 02/29/2008 | 3,916 | 100.0000 | | 1,958 | 1,958 | | 280 | 200DB | HY | | | 7 | | 280 |
| BOOKCASE | 03/31/2008 | 250 | 100.0000 | | 125 | 125 | | 18 | 200DB | HY | | | 7 | | 18 |
| FURNITURE | 04/29/2008 | 5,285 | 100.0000 | | 2,643 | 2,642 | | 378 | 200DB | HY | | | 7 | | 378 |
| FURNITURE AND DECOR | 04/29/2008 | 1,137 | 100.0000 | | 569 | 568 | | 81 | 200DB | HY | | | 7 | | 61 |
| GE DISHWASHER | 02/29/2008 | 548 | 100.0000 | | 274 | 274 | | 55 | 200DB | HY | | | 5 | | 55 |
| GE MICROWAVE | 02/29/2008 | 244 | 100.0000 | | 122 | 122 | | 24 | 200DB | HY | | | 5 | | 24 |
| SAMSUNG PRINTER | 03/14/2008 | 436 | 100.0000 | | 218 | 218 | | 44 | 200DB | HY | | | 5 | | 44 |
| 3 DELL PC | 03/29/2008 | 2,931 | 100.0000 | | 1,466 | 1,465 | | 293 | 200DB | HY | | | 5 | | 293 |
| CORDLESS PHONE | 04/03/2008 | 604 | 100.0000 | | 302 | 302 | | 60 | 200DB | HY | | | 5 | | 60 |
| HP LAPTOP | 05/15/2008 | 1,140 | 100.0000 | | 570 | 570 | | 114 | 200DB | HY | | | 5 | | 114 |
| Less: Retired Assets . . . . | | | | | | | | | | | | | | | |
| Subtotals . . . . . . . | | | | | | | | | | | | | | | |
| Listed Property | | | | | | | | | | | | | | | |
| Less: Retired Assets . . . . | | | | | | | | | | | | | | | |
| Subtotals . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . | | | | | | | | | | | | | | | |
| Less: Retired Assets . . . . | | | | | | | | | | | | | | | |

## AMORTIZATION

| Asset description | Date placed in service | Cost or basis | Accumulated amortization | Ending Accumulated amortization | Code | Life | Current-year amortization |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| TOTALS . . . . . . . | | | | | | | |

*Assets Retired

JSA
8X9024 1.020

59496-010-4

IN RE **The Cascadia Project LLC**                                                    Case No. **09-20780-KAO**
_____          _____
                        Debtor(s)                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**        Case No. **09-20780-KAO**
_____
Debtor(s)                                         (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**City Of Tacoma Dept Of Public Utilities Water Division** <br>**3628 S 35th St** <br>**Tacoma, WA 98409** | | | **System development charges not otherwise collected from end user customers Secured against 9 parcels comprising approximately 197 acres, appraised at $30,000/acre.  used for valuation of collateral** <br> VALUE $ **5,910,000.00** | X | X | | **1,118,000.00** | |
| ACCOUNT NO. **0781** <br><br>**HomeStreet Bank** <br>**Attn: Residential Construction Lending** <br>**601 Union St #2000** <br>**Seattle, WA 98101** | X | | **Secured by deed of trust recorded on 8.30.07 Claim amount taken from Notice of Trustee's Sale recorded in Pierce County, Washington, on July 9, 2009, under recording no. 200907090560.  Debtor** | | | X | **35,189,590.86** | |
| ACCOUNT NO. | | | **does not know the total amount due as of the date of filing. NOTE: if two HomeStreet Bank loans are not cross-collateralized, amount and value of collateral would be reduced** <br> VALUE $ **76,240,000.00** | | | | | |
| ACCOUNT NO. <br><br>**Denise J Lukins, Successor Trustee** <br>**Salmon Creek Law Offices** <br>**1412 NE 134th St #130** <br>**Vancouver, WA 98685** | | | **Assignee or other notification for: HomeStreet Bank** <br> VALUE $ | | | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

   **2**  continuation sheets attached

Subtotal
(Total of this page)    $ **36,307,590.86**    $

Total
(Use only on last page)    $    $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **The Cascadia Project LLC**       Case No. **09-20780-KAO**

Debtor(s)       (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kimberly L McCullough<br>Ball Janik Llp<br>101 SW Main St #1100<br>Portland, OR 97204** | | | **Assignee or other notification for: HomeStreet Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **0549**<br>**HomeStreet Bank<br>Attn: Residential Construction Lending<br>601 Union St #2000<br>Seattle, WA 98101** | X | | **Secured by deed of trust recorded 6/29/05, as amended<br>Claim amount taken from Notice of Trustee's Sale recorded in Pierce County, Washington, on July 9, 2009, under recording no. 200907090561. Debtor** | | | X | 37,659,948.88 | |
| ACCOUNT NO. | | | **does not know the total due as of the date of filing.<br>NOTE: If two HomeStreet Bank loans are not cross-collateralized, amount and value of collateral would be reduced**<br>VALUE $ **76,240,000.00** | | | | | |
| ACCOUNT NO.<br>**Denise J Lukins, Successor Trustee<br>Salmon Creek Law Offices<br>1412 NE 134th St #130<br>Vancouver, WA 98685** | | | **Assignee or other notification for: HomeStreet Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Kimberly L McCullough<br>Ball Janik Llp<br>101 SW Main St #1100<br>Portland, OR 97204** | | | **Assignee or other notification for: HomeStreet Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**JR Hayes & Sons Inc<br>22430 SE 231st<br>Maple Valley, WA 98038** | | | **Creditor has filed three (3) liens claiming a total of 342,596.85<br>Liens affect only certain parcels, and the value of the liened parcels is unknown**<br>VALUE $ **76,240,000.00** | | | X | 305,768.93 | |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ **37,965,717.81** | $

Total
(Use only on last page)   $ | $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                                Case No. **09-20780-KAO**
_____
Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Pulte Homes Inc**<br>**100 Bloomfield Hills Pkwy #300**<br>**Bloomfield Hills, MI 48304** | | | **Earnest money**<br>**Liens affect only certain parcels, and the value of the liened parcels is unknown**<br><br>VALUE $ **76,240,000.00** | | | X | **1,425,900.00** | **579,261.09** |
| ACCOUNT NO.<br><br>**Centex Homes**<br>**27200 Tourney Rd #200**<br>**Valencia, CA 91355** | | | **Assignee or other notification for:**<br>**Pulte Homes Inc**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Centex Homes**<br>**11241 Slater Ave NE #100**<br>**Kirkland, WA 98033** | | | **Assignee or other notification for:**<br>**Pulte Homes Inc**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Tucci & Sons Inc**<br>**4224 Waller Rd**<br>**Tacoma, WA 98443** | | | **Three liens filed claiming a total of**<br>**1,232,848.77**<br>**Liens affect only certain parcels, and the value of the liened parcels is unknown**<br><br>VALUE $ **76,240,000.00** | | | X | **1,120,052.42** | |
| ACCOUNT NO.<br><br>**Y.K. Chen**<br>**14210 NE 40th Pl**<br>**Bellevue, WA 98007** | | | **Personal loans**<br>**Secured by The Cascadia Project LLC's membership interest in Cascadia Resort Communities LLC**<br><br>VALUE $ **9,275,000.00** | | | | **unknown** | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **2,545,952.42** | $ **579,261.09** |
|---|---|---|---|
|  | Total (Use only on last page) | $ **76,819,261.09** | $ **579,261.09** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**       Case No. **09-20780-KAO**

Debtor(s)      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **The Cascadia Project LLC**                                      Case No. **09-20780-KAO**

_____                          _____
                    Debtor(s)                                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**City Of Bellevue**<br>**Tax Office**<br>**P O Box 90012**<br>**Bellevue, WA  98004** | | | Notice only | | | | **unknown** | | |
| ACCOUNT NO.<br><br>**Dept Of Labor & Industries**<br>**Third Floor Legal**<br>**P O Box 44170**<br>**Olympia, WA  98504-4170** | | | Notice only | | | | **unknown** | | |
| ACCOUNT NO.<br><br>**Dept Of Revenue**<br>**Bankruptcy/Claims Unit**<br>**2101 Fourth Ave #1400**<br>**Seattle, WA  98121** | | | Notice only | | | | **unknown** | | |
| ACCOUNT NO.<br><br>**Employment Security Dept**<br>**P O Box 9046**<br>**Olympia, WA  98507-9046** | | | Notice only | | | | **unknown** | | |
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P O Box 21125**<br>**Philadelphia, PA  19114-0326** | | | Notice only | | | | **unknown** | | |
| ACCOUNT NO.<br><br>**King County Treasury**<br>**Attn: Linda Nelson**<br>**500 Fourth Ave #600**<br>**Seattle, WA  98104** | | | Notice only | | | | **unknown** | | |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)                    $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                                    Case No. **09-20780-KAO**
_____
Debtor(s)                                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Office Of The Attorney General**<br>**Bankruptcy & Collections Unit**<br>**800 Fifth Ave #2000**<br>**Seattle, WA 98104** | | | Notice only | | | | **unknown** | | |
| ACCOUNT NO.<br><br>**Pierce County Assessor/Treasurer**<br>**Current Use Dept**<br>**2401 S 35th St Rm 142**<br>**Tacoma, WA 98409** | | | Claim is subject to application for reconsideration as open space classification, which would result in a reduction of the amount due | | | X | **83,923.40** | **83,923.40** | |
| ACCOUNT NO.<br><br>**Pierce County Treasurer-Assessor**<br>**2401 S 35th St #142**<br>**Tacoma, WA 98409** | | | Notice only | | | | **unknown** | | |
| ACCOUNT NO.<br><br>**U S Attorney**<br>**Attn: Bankruptcy Assistant**<br>**700 Stewart St #5220**<br>**Seattle, WA 98101** | | | Notice only | | | | **unknown** | | |
| ACCOUNT NO.<br><br>**U S Treasury**<br>**Secretary Of The Treasury**<br>**1500 Pennsylvania Ave NW**<br>**Washington, DC 20220** | | | Notice only | | | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **83,923.40**   $ **83,923.40**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **83,923.40**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **83,923.40**   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** The Cascadia Project LLC          Case No. **09-20780-KAO**

Debtor(s)                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **adia**<br><br>**Associated Earth Sciences Inc**<br>**911 Fifth Ave #100**<br>**Kirkland, WA 98033** | | | **Services rendered** | | | | **14,140.91** |
| ACCOUNT NO.<br><br>**AT&T Mobility**<br>**P O Box 30459**<br>**Los Angeles, CA 90030** | | | **Cell phone charges** | | | | **unknown** |
| ACCOUNT NO. **4871**<br><br>**Atlas Construction Specialties Co**<br>**4044 - 22nd Ave W**<br>**Seattle, WA 98199** | | | **Brace rental** | | | | **39.35** |
| ACCOUNT NO. **601M**<br><br>**Bucknell Stehlik Sato & Stubner**<br>**2003 Western Ave #400**<br>**Seattle, WA 98121** | | | **Legal services** | | | | **2,813.62** |

Subtotal
(Total of this page) $   **16,993.88**

___**8**___ continuation sheets attached

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                                     Case No. **09-20780-KAO**
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cascadia Construction Management** <br> **11232 NE 15th St #201** <br> **Bellevue, WA  98004** | | | | | | | **unknown** |
| ACCOUNT NO. <br> **Cascadia Development Corp** <br> **11252 NE 15th St #201** <br> **Bellevue, WA  98004** | | | **Project expenses paid on behalf of The Cascadia Project LLC** | | | | **2,247.00** |
| ACCOUNT NO. <br> **Cascadia Land LLC** <br> **11232 NE 15th St #201** <br> **Bellevue, WA  98004** | | | **Minimum payment amount due 11/1/08 under sale contract** | | | | **3,515,932.74** |
| ACCOUNT NO. <br> **Cascadia Resort Communities LLC** <br> **11232 NE 15th St #201** <br> **Bellevue, WA  98004** | | | **Potential obligation to make loan, dependent on result of future application for open space reclassification of land currently classified as forest land; as of petition date of 10/15/09, land is owned by Cascadia Resort Communities LLC** | X | | | **unknown** |
| ACCOUNT NO. <br> **CDC Management Services LLC** <br> **11211 Slater Ave NE #200** <br> **Kirkland, WA  98033** | | | **HOA management fees** | | | | **2,979.28** |
| ACCOUNT NO. **4998** <br> **CH2M Hill Inc** <br> **917 Pacific Ave #601** <br> **Tacoma, WA  98402** | | | **Engineering reports** | | | | **5,632.95** |
| ACCOUNT NO. **0750** <br> **City Of Bonney Lake** <br> **P O Box 7380** <br> **Bonney Lake, WA  98391** | | | **South Prairie Road issue** <br> **Subject to Setoff** | | | | **204,525.85** |

Sheet no. _____**1**_____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,731,317.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                              Case No. **09-20780-KAO**
_____                    _____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7867** <br> **City Treasurer** <br> **City Of Tacoma** <br> **P O Box 11010** <br> **Tacoma, WA  98411** | | | Water consumption | | | | 25,119.46 |
| ACCOUNT NO. **2032** <br> **Clear Channel Outdoor** <br> **3601 Sixth Ave S** <br> **Seattle, WA  98134** | | | Advertising | | | | 2,500.00 |
| ACCOUNT NO. **002M** <br> **Corr Cronin Michelson Baumgardner Preece** <br> **1001 Fourth Ave #3900** <br> **Seattle, WA  98154** | | | Legal services | | | | unknown |
| ACCOUNT NO. <br> **Creekside Associates LLC** <br> **11232 NE 15th St #101** <br> **Bellevue, WA  98004** | | | Office lease and property taxes | | | | 24,842.71 |
| ACCOUNT NO. <br> **Crystal Springs / Sierra Springs** <br> **P O Box 660579** <br> **Dallas, TX  75266** | | | Bottled water delivery | | | | unknown |
| ACCOUNT NO. <br> **Davis Wright Tremaine LLP** <br> **1201 Third Ave #2200** <br> **Seattle, WA  98101** | | | Legal services | | | | 1,836.50 |
| ACCOUNT NO. <br> **Eagle Pest Eliminators Inc** <br> **1710 - 100th Pl SE #104** <br> **Everett, WA  98208** | | | Services rendered | | | | 180.35 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. _____**2**_____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **54,479.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

IN RE **The Cascadia Project LLC**        Case No. **09-20780-KAO**

_____
Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ESM Consulting Engineers LLC**<br>**33915 First Wy S #200**<br>**Federal Way, WA 98003** | | | **Engineering services** | | | | **8,294.80** |
| ACCOUNT NO. **6927**<br>**Fidelity Investments Institutional Operations Co, Inc**<br>**P O Box 73307**<br>**Chicago, IL 60673** | | | **Services re 401(k) administration** | | | | **unknown** |
| ACCOUNT NO.<br>**Foundation Specialists LLC**<br>**C/O David Linville Law Firm**<br>**800 Fifth Ave #3850**<br>**Seattle, WA 98104** | | | **Promissory note** | | | | **17,000.00** |
| ACCOUNT NO.<br>**Goldsmith & Associates Inc**<br>**P O Box 3565**<br>**Bellevue, WA 98009** | | | **Engineering services** | | | | **37,802.30** |
| ACCOUNT NO.<br>**Gordon Thomas Honeywell LLP**<br>**P O Box 1157**<br>**Tacoma, WA 98401** | | | **Legal services** | | | | **21,292.65** |
| ACCOUNT NO.<br>**Integra Telecom**<br>**P O Box 3034**<br>**Portland, OR 97208** | | | **Telephone and internet service** | | | | **unknown** |
| ACCOUNT NO.<br>**Islander Tech**<br>**2933 Sixth Ave SE #13D**<br>**Mercer Island, WA 98040** | | | **Computer services** | | | | **900.00** |

Sheet no. _____**3**___ of _____**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **85,289.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                          Case No. **09-20780-KAO**
_____                    _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **KPFF Consulting Engineers** <br> **1601 Fifth Ave #1600** <br> **Seattle, WA 98101** | | | Consulting services | | | | 4,373.79 |
| ACCOUNT NO. <br> **Media Portfolio** <br> **35 N Raymond Ave #202** <br> **Pasadena, CA 91103** | | | Marketing material | | | | 430.00 |
| ACCOUNT NO. **3443** <br> **Michels Corporation** <br> **P O Box 128** <br> **Brownsville, WI 53006** | | | Retention | | | X | 67,295.25 |
| ACCOUNT NO. <br> **National Maintenance Contractors LLC** <br> **1801 - 130th Ave NE #100** <br> **Bellevue, WA 98005** | | | Janitorial services | | | | 690.00 |
| ACCOUNT NO. <br> **New Home Trends** <br> **4314 - 148th St SE** <br> **Bothell, WA 98012** | | | Marketing subscriber fees | | | | 2,100.00 |
| ACCOUNT NO. **7778** <br> **Office Depot Credit Plan** <br> **P O Box 689020** <br> **Des Moines, IA 50368** | | | Credit card purchases | | | | unknown |
| ACCOUNT NO. <br> **Pacific Mobile Structures Inc** <br> **P O Box 1404** <br> **Chehalis, WA 98532** | | | On site trailer rental | | | | unknown |

Sheet no. _____**4**__ of _____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **74,889.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                    Case No. **09-20780-KAO**
_____                  _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3323** <br> **Perkins Coie** <br> **1201 Third Ave** <br> **40th Floor** <br> **Seattle, WA 98101** | | | Legal services | | | | **3,679.00** |
| ACCOUNT NO. **6166** <br> **Pierce County** <br> **615 S Ninth St #100** <br> **Tacoma, WA 98405** | | | | | | | **unknown** |
| ACCOUNT NO. <br> **Pierce County Security** <br> **P O Box 958** <br> **Tacoma, WA 98401** | | | Security services | | | | **3,837.50** |
| ACCOUNT NO. <br> **Public Storage** <br> **12385 Northrup Wy** <br> **Bellevue, WA 98005** | | | Storage | | | | **unknown** |
| ACCOUNT NO. <br> **Puget Sound Energy** <br> **P O Box 91269** <br> **Bellevue, WA 98009** | | | Utility services | | | | **unknown** |
| ACCOUNT NO. <br> **Quarles & Brady Llp** <br> **One S Church Ave #1700** <br> **Tucson, AZ 85701** | | | Legal services | | | | **2,192.00** |
| ACCOUNT NO. <br> **Stanley Patrick Striping Co** <br> **1628 Third St #101** <br> **Enumclaw, WA 98022** | | | Road striping | | | | **9,067.66** |

Sheet no. _____**5**___ of _____**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,776.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                              Case No. **09-20780-KAO**
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sutter Paving Inc**<br>**775 Fourth Ave NW**<br>**Issaquah, WA  98027** | | | **Paving** | | | | **819.75** |
| ACCOUNT NO.<br>**Tacoma Plumbing & Heating Inc**<br>**1817 - 112th St E #G**<br>**Tacoma, WA  98445** | | | **Services rendered** | | | | **6,000.00** |
| ACCOUNT NO.<br>**Tacoma Pump & Drilling Co, Inc**<br>**P O Box 5371**<br>**Spanaway, WA  98387** | | | **Drilling** | | | | **49,144.94** |
| ACCOUNT NO. **7281**<br>**Tacoma Water**<br>**3628 S 35th St**<br>**Tacoma, WA  98409** | | | **Design and engineering** | | | | **97,722.74** |
| ACCOUNT NO.<br>**Terra Associates Inc**<br>**12525 Willows Rd #101**<br>**Kirkland, WA  98034** | | | **Services rendered** | | | | **4,335.29** |
| ACCOUNT NO.<br>**Teufel Landscape**<br>**24202 Frager Rd S**<br>**Kent, WA  98032** | | | **Landscaping services** | | | | **92,867.16** |
| ACCOUNT NO.<br>**Teufel Nursery**<br>**100 SW Miller Rd**<br>**Portland, OR  97225** | | | **Landscape maintenance** | | | | **12,388.67** |

Sheet no. ____**6**__ of ____**8**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **263,278.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case No. **09-20780-KAO**

**IN RE** The Cascadia Project LLC
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Herbrand Co<br>315 - 39th Ave SW #6<br>Puyallup, WA  98373 | | | Timber appraisal, helicopter use | | | X | 13,000.00 |
| ACCOUNT NO.<br><br>The Highridge Corporation<br>P O Box 260<br>Issaquah, WA  98027 | | | Landscape services | | | | 46,293.25 |
| ACCOUNT NO.<br><br>Thompson Smitch Consulting Group<br>P O Box 2192<br>Tacoma, WA  98401 | | | Consulting reimbursement | | | | 16,665.06 |
| ACCOUNT NO.<br><br>Transport Group<br>11730 - 118th Ave NE #600<br>Kirkland, WA  98034 | | | Gravel delivery | | | | 2,475.75 |
| ACCOUNT NO. **1599**<br><br>United Site Services Of Nevada Inc<br>3408 Hillcap Ave<br>San Jose, CA  95136 | | | Fence rental | | | | unknown |
| ACCOUNT NO.<br><br>Valtus Capital Group<br>3800 Howard Hughes Pkwy<br>7th Floor<br>Las Vegas, NV  89169 | | | Consulting reimbursement, retainer | | | | 5,172.83 |
| ACCOUNT NO.<br><br>Water Buffalo Inc<br>21512 S Prairie Rd<br>Bonney Lake, WA  98391 | | | Water truck rental | | | | unknown |

Sheet no. _____**7**_____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 83,606.89

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** The Cascadia Project LLC _____     Case No. **09-20780-KAO**
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Weisman Design Group Inc**<br>**2329 E Madison St**<br>**Seattle, WA  98112** | | | **Landscape consulting** | | | | **868.48** |
| ACCOUNT NO.<br><br>**Western Asphalt Inc**<br>**P O Box 980**<br>**Maple Valley, WA  98038** | | | **Paving** | | | | **400.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**8**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,268.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **4,329,899.59**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                                    Case No. **09-20780-KAO**
_____                              _____
               Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Clear Channel Outdoor**<br>**3601 Sixth Ave S**<br>**Seattle, WA  98134** | **Advertising** |
| **Hentschell & Associates Inc**<br>**621 Pacific Ave #400**<br>**Tacoma, WA  98402** | **Bonding agent** |
| **JR Hayes & Sons Inc**<br>**22430 SE 231st**<br>**Maple Valley, WA  98038** | **Bonds posted on behalf of The Cascadia Project under terms of contract** |
| **Tucci & Sons Inc**<br>**4224 Waller Rd**<br>**Tacoma, WA  98443** | **Bonds posted on behalf of The Cascadia Project under terms of contract** |
| **Crystal Springs / Sierra Springs**<br>**P O Box 660579**<br>**Dallas, TX  75266** | **Bottled water delivery** |
| **Atlas Construction Specialties Co**<br>**4044 - 22nd Ave W**<br>**Seattle, WA  98199** | **Brace rental** |
| **AT&T Mobility**<br>**P O Box 30459**<br>**Los Angeles, CA  90030** | **Cell phone** |
| **Islander Tech**<br>**2933 Sixth Ave SE #13D**<br>**Mercer Island, WA  98040** | **Computer support** |
| **Thompson Smitch Consulting Group**<br>**P O Box 2192**<br>**Tacoma, WA  98401** | **Consulting services** |
| **City Of Orting**<br>**110 Train St**<br>**Orting, WA  98360** | **Contract** |
| **Master Builder Association**<br>**335 - 116th Ave SE**<br>**Bellevue, WA  98004** | **Contract** |
| **Charles Lappenbusch Consulting LLC**<br>**3418 - 76th Pl SE**<br>**Mercer Island, WA  98040** | **Contract** |
| **Judith Ann Harding**<br>**CPA**<br>**3401 Evanston Ave N #B**<br>**Seattle, WA  98103** | **Contract** |
| **Cascadia Resort Communities LLC**<br>**11232 NE 15th St #201**<br>**Bellevue, WA  98004** | **Contractual obligation of TCP to loan net proceeds from timber harvest to CRC LLC** |
| **Ricoh Americas Corp**<br>**P O Box 100345**<br>**Pasadena, CA  91189** | **Copier maintenance & supplies** |
| **Pacific Office Automation**<br>**P O Box 41602**<br>**Philadelphia, PA  19101-1602** | **Copy machine at site trailer** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                                    Case No. **09-20780-KAO**
_____                         _____
Debtor(s)                                                                           (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Pierce County**<br>**615 S Ninth St #100**<br>**Tacoma, WA 98405** | **Development agreement** |
| **Murreys Disposal Inc**<br>**P O Box 399**<br>**Puyallup, WA 98371-0158** | **Disposal service for site trailer** |
| **CH2M Hill Inc**<br>**917 Pacific Ave #601**<br>**Tacoma, WA 98402** | **Engineering services** |
| **ESM Consulting Engineers LLC**<br>**33915 First Wy S #200**<br>**Federal Way, WA 98003** | **Engineering services** |
| **Goldsmith & Associates Inc**<br>**P O Box 3565**<br>**Bellevue, WA 98009** | **Engineering services** |
| **Tacoma Water**<br>**3628 S 35th St**<br>**Tacoma, WA 98409** | **Engineering services** |
| **United Site Services Of Nevada Inc**<br>**3408 Hillcap Ave**<br>**San Jose, CA 95136** | **Fence rental** |
| **Port Of Tacoma**<br>**P O Box 1837**<br>**Tacoma, WA 98401** | **Foreign trade zone designation** |
| **CDC Management Services LLC**<br>**11211 Slater Ave NE #200**<br>**Kirkland, WA 98033** | **HOA management services** |
| **The Hartford**<br>**P O Box 2907**<br>**Hartford, CT 06104** | **Insurance policies** |
| **Lexington Insurance Co**<br>**100 Summer St**<br>**Boston, MA 02110** | **Insurance policy** |
| **Everest National Insurance Co**<br>**477 Martinsville Rd**<br>**P O Box 830**<br>**Liberty Corner, NJ 07938-0830** | **Insurance policy** |
| **National Maintenance Contractors LLC**<br>**1801 - 130th Ave NE #100**<br>**Bellevue, WA 98005** | **Janitorial services** |
| **The Highridge Corporation**<br>**P O Box 260**<br>**Issaquah, WA 98027** | **Landscape services** |
| **Teufel Landscape**<br>**24202 Frager Rd S**<br>**Kent, WA 98032** | **Landscaping services** |
| **Gordon Thomas Honeywell LLP**<br>**P O Box 1157**<br>**Tacoma, WA 98401** | **Legal services** |
| **Miles Sand & Gravel Co**<br>**P O Box 130**<br>**Auburn, WA 98071** | **Letter of intent** |
| **GE Capital**<br>**P O Box 802585** | **Mailing machine** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                                    Case No. **09-20780-KAO**
_____                      _____
                    Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Chicago, IL  60680 | |
| **Teufel Nursery**<br>**100 SW Miller Rd**<br>**Portland, OR  97225** | **Maintenance contract** |
| **New Home Trends**<br>**4314 - 148th St SE**<br>**Bothell, WA  98012** | **Marketing subscription** |
| **City Of Bonney Lake**<br>**P O Box 7380**<br>**Bonney Lake, WA  98391** | **Mitigation agreements re South Prairie Road and payment of future mitigation fees** |
| **Creekside Associates LLC**<br>**11232 NE 15th St #101**<br>**Bellevue, WA  98004** | **Office lease** |
| **Neopost Inc**<br>**P O Box 45800**<br>**San Francisco, CA  94145** | **Postage meter rental** |
| **Stanley Patrick Striping Co**<br>**1628 Third St #101**<br>**Enumclaw, WA  98022** | **Road marking services** |
| **Pierce County Security**<br>**P O Box 958**<br>**Tacoma, WA  98401** | **Security services** |
| **Mac's Septic Service Inc**<br>**P O Box 1154**<br>**Puyallup, WA  98371** | **Septic service for site trailer** |
| **Terra Associates Inc**<br>**12525 Willows Rd #101**<br>**Kirkland, WA  98034** | **Service contract** |
| **Fidelity Investments Institutional Operations Co, Inc**<br>**P O Box 73307**<br>**Chicago, IL  60673** | **Service contract re 401(k) plan** |
| **Valtus Capital Group**<br>**3800 Howard Hughes Pkwy**<br>**7th Floor**<br>**Las Vegas, NV  89169** | **Services** |
| **Kathryn Heath**<br>**P O Box 1352**<br>**Buckley, WA  98321** | **Signage rental** |
| **Tona McGraw**<br>**21325 - 120th St E**<br>**Bonney Lake, WA  98391** | **Signage rental** |
| **Pacific Mobile Structures Inc**<br>**P O Box 1404**<br>**Chehalis, WA  98532** | **Site trailer rental** |
| **Public Storage**<br>**12385 Northrup Wy**<br>**Bellevue, WA  98005** | **Storage facility** |
| **PriceWaterhouseCoopers**<br>**1420 Fifth Ave #1900**<br>**Seattle, WA  98101** | **Tax and other accounting services** |
| **Integra Telecom**<br>**P O Box 3034**<br>**Portland, OR  97208** | **Telephone and internet service** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**          Case No. **09-20780-KAO**
_____
                Debtor(s)                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CenturyTel**<br>**P O Box 4300**<br>**Carol Stream, IL  60197-4300** | **Telephone and internet service to site trailer** |
| **Puget Sound Energy**<br>**P O Box 91269**<br>**Bellevue, WA  98009** | **Utility services** |
| **Associated Earth Sciences Inc**<br>**911 Fifth Ave #100**<br>**Kirkland, WA  98033** | **Water monitoring** |
| **Water Buffalo Inc**<br>**21512 S Prairie Rd**<br>**Bonney Lake, WA  98391** | **Water truck rental** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **The Cascadia Project LLC**                                        Case No. **09-20780-KAO**
_____                         _____
                    Debtor(s)                                                    (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cascadia Development Corp**<br>**11232 NE 15th St #201**<br>**Bellevue, WA  98004** | **HomeStreet Bank**<br>**Attn: Residential Construction Lending**<br>**601 Union St #2000**<br>**Seattle, WA  98101**<br><br>**HomeStreet Bank**<br>**Attn: Residential Construction Lending**<br>**601 Union St #2000**<br>**Seattle, WA  98101** |
| **Cascadia Land LLC**<br>**11232 NE 15th St #201**<br>**Bellevue, WA  98004** | **HomeStreet Bank**<br>**Attn: Residential Construction Lending**<br>**601 Union St #2000**<br>**Seattle, WA  98101**<br><br>**HomeStreet Bank**<br>**Attn: Residential Construction Lending**<br>**601 Union St #2000**<br>**Seattle, WA  98101** |
| **Pacific Cascade Corp**<br>**P O Box N-3911**<br>**East Hill St**<br>**Nassau, Bahamas,** | **HomeStreet Bank**<br>**Attn: Residential Construction Lending**<br>**601 Union St #2000**<br>**Seattle, WA  98101**<br><br>**HomeStreet Bank**<br>**Attn: Residential Construction Lending**<br>**601 Union St #2000**<br>**Seattle, WA  98101** |
| **Patrick Kuo, Individually/On Behalf Of**<br>**Marital Community Of P. Kuo & T. Chen**<br>**11232 NE 15th St #201**<br>**Bellevue, WA  98004** | **HomeStreet Bank**<br>**Attn: Residential Construction Lending**<br>**601 Union St #2000**<br>**Seattle, WA  98101**<br><br>**HomeStreet Bank**<br>**Attn: Residential Construction Lending**<br>**601 Union St #2000**<br>**Seattle, WA  98101** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

In re The Cascadia Project LLC
Case No. 09-20780-KAO

# Schedule I
Not required

In re The Cascadia Project LLC
Case No. 09-20780-KAO

# Schedule J
Not required

IN RE **The Cascadia Project LLC**        Case No. **09-20780-KAO**

Debtor(s)        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

Debtor

Date: _____ Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____    _____

Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **The Cascadia Project LLC**_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**26** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 27, 2009**    Signature: ***/s/ Steven Ahrens***

**Steven Ahrens**

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

**IN RE:**

Case No. **09-20780-KAO** _____

**The Cascadia Project LLC** _____

Chapter **11** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 146,881.02 | Gross income from operation of business 01/01/2009 - 10/15/09 |
| 3,766,750.21 | Gross income from operation of business 01/01/2008 - 12/31/2008 |
| 3,700,000.00 | Gross income from operation of business 01/01/2007 - 12/31/2007 |

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 24,939.02 | Interest income 01/01/2009 - 10/15/09 |
| 94,389.41 | Interest income 01/01/2008 - 12/31/2008 |
| 62,430.18 | Interest income 01/01/2007 - 12/31/2007 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None [✓]   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None [ ]   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached List | | 0.00 | 0.00 |

None [ ]   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached List | | 0.00 | 0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None [ ]   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| J.R. Hayes & Sons, Inc. v The Cascadia Project LLC, et al. Case No. 09-2-12633-5 | Lien foreclosure, breach of contract | Pierce County Superior Court | Pending |

None [✓]   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None [✓]   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None [✓]   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None [✓]   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None [ ]   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The Cascadia Project LLC
Case No. 09-20780-KAO

# Statement of Affairs
Question 3.b

**Question 3.b Payments to creditors**
7/18/09-10/15/09

| Date | Accounts | Check# | | Name | Memo | Amount |
|------|----------|--------|---|------|------|--------|
| 10/15/09 | Checking#367 | TXFR | | Cascadia Resort Communities | loan to CRC | (10,000.00) |
| | | | | TOTAL Cascadia Resort Communities | | (10,000.00) |
| 8/11/09 | Checking#367 | 10193 | S | Charles Lappenbusch Consulting, LI | Jul'09 retainer | (3,000.00) |
| | | | | | 1060.9m/$0.55 | (583.50) |
| | | | | | | (136.00) |
| 10/6/09 | Checking#367 | 10254 | S | Charles Lappenbusch Consulting, LI | Sep'09 retainer | (3,000.00) |
| | | | | | 962.1m/$0.55 | (529.16) |
| | | | | | | (136.00) |
| | | | | TOTAL Charles Lappenbusch Consulting, LLC | | (7,384.66) |
| 7/28/09 | Checking#367 | 10178 | | CreekSide Associates LLC | 7/21/09#119 Aug'09 office lease | (10,000.00) |
| | | | | TOTAL CreekSide Associates LLC | | (10,000.00) |
| 7/22/09 | Checking#367 | EFT | S | EFTPS | Payroll Tax Exp | (1,660.09) |
| 7/31/09 | Checking#367 | EFT | S | EFTPS | Payroll Tax Exp | (770.00) |
| 8/6/09 | Checking#367 | EFT | S | EFTPS | Payroll Tax Exp | (1,642.65) |
| 8/21/09 | Checking#367 | EFT | S | EFTPS | Payroll Tax Exp | (1,642.62) |
| 9/4/09 | Checking#367 | EFT | S | EFTPS | Payroll Tax Exp | (1,430.96) |
| 9/23/09 | Checking#367 | EFT | S | EFTPS | Payroll Tax Exp | (1,162.67) |
| 10/7/09 | Checking#367 | EFT | S | EFTPS | Payroll Tax Exp | (680.27) |
| 10/7/09 | Checking#367 | EFT | S | EFTPS | Payroll Tax Exp | (54.60) |
| 10/14/09 | Checking#367 | EFT | S | EFTPS | Payroll Tax Exp | (46.99) |
| | | | | TOTAL EFTPS | | (9,090.85) |
| 7/21/09 | Checking#367 | 10173 | | Gordon, Thomas, Honeywell, etc, LI | 1/28/09#628235 | (7,336.00) |
| 10/15/09 | Checking#367 | 10263 | S | Gordon, Thomas, Honeywell, etc, LI | 3/11/09#631286 | (10,000.00) |
| | | | | TOTAL Gordon, Thomas, Honeywell, etc, LLP | | (17,336.00) |
| 9/2/09 | Checking#367 | 10220 | | Judith Ann Harding, CPA | CP 2008 financial review 2nd install | (6,000.00) |
| 10/6/09 | Checking#367 | 10256 | | Judith Ann Harding, CPA | CP 2008 financial review 3nd install | (5,400.00) |
| | | | | TOTAL Judith Ann Harding, CPA | | (11,400.00) |
| 7/31/09 | Checking#367 | 479 | S | Kun-Feng Scott Wu | Salary 7/16/09-7/31/09 | (2,083.33) |
| 8/14/09 | Checking#367 | 481 | S | Kun-Feng Scott Wu | Salary 8/1/09-8/15/09 | (2,083.33) |
| 8/31/09 | Checking#367 | 489 | S | Kun-Feng Scott Wu | Salary 8/16/09-8/31/09 | (2,083.33) |
| | | | | | Office supplies | (37.65) |
| 9/15/09 | Checking#367 | 492 | S | Kun-Feng Scott Wu | Salary 9/1/09-9/15/09 | (2,083.33) |
| | | | | | 9/15/09 QFC | (7.98) |
| 10/1/09 | Checking#367 | 500 | S | Kun-Feng Scott Wu | Salary 9/16/09-9/30/09 | (2,083.33) |
| | | | | | USPS | (60.85) |
| | | | | | Office supplies | (102.20) |
| | | | | | Public Storage #1317,1207 Oct'09 | (300.00) |
| 10/15/09 | Checking#367 | 505 | S | Kun-Feng Scott Wu | Salary 10/1/09-10/15/09 | (2,083.33) |
| | | | | TOTAL Kun-Feng Scott Wu | | (13,008.66) |

**Question 3.b Payments to creditors**
7/18/09-10/15/09

| Date | Accounts | Check# | | Name | Memo | Amount |
|------|----------|--------|--|------|------|--------|
| 8/10/09 | Checking#367 | 10191 | | Ladenburg Law, PLLC | legal services Jul'09 | (10,000.00) |
| 9/21/09 | Checking#367 | 10239 | | Ladenburg Law, PLLC | legal services Aug'09 | (10,000.00) |
| 10/14/09 | Checking#367 | 10264 | | Ladenburg Law, PLLC | legal services Sep'09 | (10,000.00) |
| | | | | **TOTAL Ladenburg Law, PLLC** | | **(30,000.00)** |
| 7/28/09 | Checking#367 | 10182 | | MBA Trust | Aug'09 health insurance | (2,861.97) |
| 8/27/09 | Checking#367 | 10212 | | MBA Trust | Sep'09 health insurance | (2,861.97) |
| 9/29/09 | Checking#367 | 10249 | | MBA Trust | Oct'09 health insurance | (2,980.58) |
| | | | | **TOTAL MBA Trust** | | **(8,704.52)** |
| 10/13/09 | Checking#367 | EFT | | Miller Nash LLP | legal consulting | (15,000.00) |
| 10/15/09 | Checking#367 | EFT | | Miller Nash LLP | legal retainer | (125,000.00) |
| | | | | **TOTAL Miller Nash LLP** | | **(140,000.00)** |
| 7/31/09 | Checking#367 | 480 | S | Nancy Hernandez | Salary 7/16/09-7/31/09 | (1,875.00) |
| | | | | | 7/22/09 Costco | (154.25) |
| | | | | | 7/28/09 Overnight Prints | (25.99) |
| | | | | | bus pass | (50.00) |
| 8/17/09 | Checking#367 | 485 | S | Nancy Hernandez | Salary 8/1/09-8/15/09 | (1,875.00) |
| 8/31/09 | Checking#367 | 490 | S | Nancy Hernandez | Salary 8/16/09-8/31/09 | (1,701.96) |
| | | | | | Office supplies | (5.49) |
| 9/16/09 | Checking#367 | 495 | S | Nancy Hernandez | Salary 9/1/09-9/15/09 | (1,875.00) |
| | | | | | craigslist ad | (25.00) |
| | | | | | bus pass | (50.00) |
| 9/23/09 | Checking#367 | 496 | S | Nancy Hernandez | Salary 9/16/09-9/23/09 | (713.79) |
| | | | | | USPS | (16.63) |
| | | | | **TOTAL Nancy Hernandez** | | **(8,368.11)** |
| 8/21/09 | Checking#367 | 10203 | S | Pacific Mobile Structures, Inc. | 5/8/09#259217 CCM trailer relocation 2/3 | (2,944.87) |
| | | | | | 6/25/09#262436 CCM trailer rental | (875.50) |
| 9/11/09 | Checking#367 | 10232 | S | Pacific Mobile Structures, Inc. | 5/8/09#259217 CCM trailer relocation 3/3 | (2,944.88) |
| | | | | | 7/25/09#264809 CCM trailer rental | (875.50) |
| 10/2/09 | Checking#367 | 10250 | | Pacific Mobile Structures, Inc. | 8/25/09#267117 monthly rental | (875.50) |
| 10/15/09 | Checking#367 | 10286 | | Pacific Mobile Structures, Inc. | 9/25/09#269255 trailer monthly rental | (875.50) |
| | | | | **TOTAL Pacific Mobile Structures, Inc.** | | **(9,391.75)** |
| 7/31/09 | Checking#367 | 476 | S | Patrick Kuo | Salary 7/16/09-7/31/09 | (6,333.33) |
| 8/17/09 | Checking#367 | 482 | S | Patrick Kuo | Salary 8/1/09-8/15/09 | (6,333.33) |
| 8/31/09 | Checking#367 | 486 | S | Patrick Kuo | Salary 8/16/09-8/31/09 | (6,333.33) |
| 9/16/09 | Checking#367 | 493 | S | Patrick Kuo | Salary 9/1/09-9/15/09 | (6,333.33) |
| 10/1/09 | Checking#367 | 497 | S | Patrick Kuo | Salary 9/16/09-9/30/09 | (6,333.33) |
| 10/15/09 | Checking#367 | 502 | S | Patrick Kuo | Salary 10/1/09-10/15/09 | (6,333.33) |
| | | | | **TOTAL Patrick Kuo** | | **(37,999.98)** |
| 7/28/09 | Checking#367 | 10185 | | Pierce County | 7/9/09#AR100278 198th rd vacation issue | (1,764.76) |

**Question 3.b Payments to creditors**
7/18/09-10/15/09

| Date | Accounts | Check# | Name | Memo | Amount |
|---|---|---|---|---|---|
| 9/25/09 | Checking#367 | 10246 | Pierce County | trailer alarm register | (24.00) |
| 10/15/09 | Checking#367 | 10287 S | Pierce County | 8/25/09#U35247 general sewerage review | (631.16) |
| | | | | 9/25/09#U35346 general sewerage review | (637.90) |
| | | | | 9/25/09#U35410 Columbia Vista SWLE | (883.81) |
| | | | | 9/25/09#U35412 Liberty Ridge SWLE | (432.17) |
| | | | | 9/25/09#U35411 Winthrop SWLE | (328.68) |
| 10/15/09 | Checking#367 | 10300 S | Pierce County | | (16,561.42) |
| | | | | Columbia | (794.85) |
| | | | **TOTAL Pierce County** | | **(22,058.75)** |
| 7/21/09 | Checking#367 | 10175 | Pierce County Security | 5/4/09#191909 site security | (3,787.50) |
| 8/21/09 | Checking#367 | 10204 | Pierce County Security | 6/2/09#193397 site security | (5,312.50) |
| 9/11/09 | Checking#367 | 10234 | Pierce County Security | 7/8/09#194970 site security | (3,800.00) |
| 10/6/09 | Checking#367 | 10259 | Pierce County Security | 8/5/09#196394 site security | (4,187.50) |
| 10/15/09 | Checking#367 | 10288 | Pierce County Security | 9/8/09#197852 | (4,600.00) |
| | | | **TOTAL Pierce County Security** | | **(21,687.50)** |
| 10/14/09 | Checking#367 | 10265 | PricewaterhouseCoopers LLP | 10/2/09#1031454005-4 tax return 08 | (12,800.00) |
| | | | **TOTAL PricewaterhouseCoopers LLP** | | **(12,800.00)** |
| 7/21/09 | Checking#367 | 10176 S | Puget Sound Energy | 6/2/09 198th street light | (1,527.10) |
| | | | | 5/18/09 13502 canyon fall irrigation | (9.42) |
| | | | | 6/17/09 13502 canyon fall irrigation | (9.51) |
| | | | | 6/2/09 Columbia Vista street light | (172.43) |
| | | | | 5/18/09 19531 Cascadia Blvd irrigation | (9.86) |
| | | | | 6/17/09 19531 Cascadia Blvd irrigation | (10.04) |
| | | | | 5/18/09 14102 198th ave irrigation | (19.02) |
| | | | | 6/17/09 14102 198th ave irrigation | (19.29) |
| | | | | 5/18/09 14203 Cascadia Blvd irrigation | (9.42) |
| | | | | 6/17/09 14203 Cascadia Blvd irrigation | (9.61) |
| | | | | 6/2/09 Cascadia Trailer light | (107.88) |
| | | | | 5/18/09 14702 198th Ave irrigation | (9.34) |
| | | | | 6/17/09 14702 198th irrigation | (9.61) |
| | | | | 6/2/09 Liberty Ridge street light | (188.70) |
| | | | | 5/18/09 13702 Canyon Fall Blvd irrigation | (9.25) |
| | | | | 6/17/09 13702 Canyon Fall blvd irrigation | (9.34) |
| | | | | 6/2/09 Winthrop street light | (125.31) |
| | | | | 6/2/09 Whitman street light | (233.98) |
| | | | | 6/22/09 office | (222.88) |
| 8/11/09 | Checking#367 | 10197 | Puget Sound Energy | office electricity charge | (224.68) |
| 8/27/09 | Checking#367 | 10216 S | Puget Sound Energy | 198th ave street light | (1,527.10) |
| | | | | 198th ave street light | (1,527.10) |
| | | | | 13502 Canyon Falls blvd irrigation | (9.51) |
| | | | | 13502 Canyon Falls blvd irrigation | (9.61) |
| | | | | Columbia Vista street light | (172.43) |
| | | | | Columbia Vista street light | (172.43) |
| | | | | office | (240.93) |
| | | | | 19531 Cascadia Blvd irrigation | (10.04) |
| | | | | 19531 Cascadia Blvd irrigation | (10.06) |

**Question 3.b Payments to creditors**
7/18/09-10/15/09

| Date | Accounts | Check# | Name | Memo | Amount |
|------|----------|--------|------|------|--------|
| | | | | 14102 198th ave irrigation | (19.29) |
| | | | | 14102 198th ave irrigation | (19.91) |
| | | | | 14203 Cascadia Blvd irrigation | (9.68) |
| | | | | 14203 Cascadia blvd irrigation | (9.87) |
| | | | | trailer area light | (108.64) |
| | | | | trailer area light | (107.88) |
| | | | | 14702 198th ave irrigation | (9.61) |
| | | | | 14702 198th ave irrigation | (9.95) |
| | | | | Liberty Ridge street light | (188.70) |
| | | | | Liberty Ridge street light | (188.70) |
| | | | | 13702 Canyon Fall blvd irrigation | (9.51) |
| | | | | 13702 Canyon Fall Blvd irrigation | (9.53) |
| | | | | Winthrop street light | (125.31) |
| | | | | Winthrop street light | (125.31) |
| | | | | Whitman street light | (233.98) |
| | | | | Whitman street light | (233.98) |
| 9/25/09 | Checking#367 | 10247 S | Puget Sound Energy | 198th ave street light | (1,527.10) |
| | | | | Columbia Vista | (172.43) |
| | | | | Trailer Light | (107.88) |
| | | | | Liberty Ridge | (188.70) |
| | | | | Winthrop | (125.31) |
| | | | | Whitman | (233.98) |
| 10/15/09 | Checking#367 | 10289 S | Puget Sound Energy | trailer area light | (107.12) |
| | | | | 198th ave street light | (1,527.10) |
| | | | | Columbia Vista street light | (172.43) |
| | | | | Liberty Ridge | (188.70) |
| | | | | Winthrop | (125.31) |
| | | | | Whitman | (233.98) |
| | | | | office | (231.00) |
| | | | | 14203 Cascadia Blvd irrigation | (9.69) |
| | | | | 14102 198th ave irrigation | (19.40) |
| | | | | 19531 Cascadia Blvd irrigation | (10.04) |
| | | | | 13502 Canyon Fall Blvd irrigation | (9.62) |
| | | | | trailer | (212.11) |
| | | | | 10/1/09 Discovery Center electricity engine | (2,331.19) |
| 10/15/09 | Checking#367 | 10301 S | Puget Sound Energy | 13702 Canyon Fall blvd irrigation | (9.52) |
| | | | | 14702 198th ave irrigation | (9.86) |
| | | | **TOTAL Puget Sound Energy** | | **(15,578.20)** |
| 10/15/09 | Checking#367 | 10290 S | Quarles & Brady LLP | Legal fees | (10,000.00) |
| | | | **TOTAL Quarles & Brady LLP** | | **(10,000.00)** |
| 7/31/09 | Checking#367 | 477 S | Steven Ahrens | Salary 7/16/09-7/31/09 | (6,875.00) |
| 8/17/09 | Checking#367 | 483 S | Steven Ahrens | Salary 8/1/09-8/15/09 | (6,875.00) |
| 8/31/09 | Checking#367 | 487 S | Steven Ahrens | Salary 8/16/09-8/31/09 | (6,875.00) |
| | | | | WSCPA license renewal | (205.00) |
| 9/16/09 | Checking#367 | 494 S | Steven Ahrens | Salary 9/1/09-9/15/09 | (6,875.00) |
| 10/1/09 | Checking#367 | 498 S | Steven Ahrens | Salary 9/16/09-9/30/09 | (6,875.00) |
| 10/15/09 | Checking#367 | 503 S | Steven Ahrens | Salary 10/1/09-10/15/09 | (6,875.00) |

**Question 3.b Payments to creditors**
7/18/09-10/15/09

| Date | Accounts | Check# | Name | Memo | Amount |
|------|----------|--------|------|------|--------|
| | | | TOTAL Steven Ahrens | | (41,455.00) |
| | | | | | |
| 9/3/09 | Checking#367 | 10221 S | Teufel Nursery Inc. | 4/15/09#54889 | (2,938.54) |
| | | | | 5/7/09#54890 | (5,877.06) |
| 10/6/09 | Checking#367 | 10261 | Teufel Nursery Inc. | 6/2/09#55037 site landscape maintenance | (5,877.06) |
| 10/15/09 | Checking#367 | 10294 | Teufel Nursery Inc. | 7/2/09#55384 HOA landscape maintain | (5,877.06) |
| | | | | | |
| | | | TOTAL Teufel Nursery Inc. | | (20,569.72) |
| | | | | | |
| 7/31/09 | Checking#367 | 478 S | Thomas Uren | Salary 7/16/09-7/31/09 | (4,305.56) |
| 8/17/09 | Checking#367 | 484 S | Thomas Uren | Salary 8/1/09-8/15/09 | (4,305.56) |
| 8/31/09 | Checking#367 | 488 S | Thomas Uren | Salary 8/16/09-8/31/09 | (4,305.56) |
| | | | | Parking | (21.00) |
| | | | | Office Supplies | (10.49) |
| | | | | Auto Exp | (135.80) |
| | | | | 1541m@$0.55 | (847.55) |
| 9/15/09 | Checking#367 | 491 S | Thomas Uren | Salary 9/1/09-9/15/09 | (4,305.56) |
| 10/1/09 | Checking#367 | 499 S | Thomas Uren | Salary 9/16/09-9/30/09 | (4,305.56) |
| 10/15/09 | Checking#367 | 504 S | Thomas Uren | Salary 10/1/09-10/15/09 | (4,305.56) |
| | | | | | |
| | | | TOTAL Thomas Uren | | (26,848.20) |
| | | | | | |
| 8/17/09 | MM#375 | EFT S | Ticor Title Company | Escrow to pay CCM Fee | (18,772.80) |
| | | | | | |
| | | | TOTAL Ticor Title Company | | (18,772.80) |
| | | | | | |
| 10/15/09 | Checking#367 | 10296 S | Tucci & Sons, Inc | | (25,000.00) |
| | | | | | |
| | | | TOTAL Tucci & Sons, Inc | | (25,000.00) |
| | | | | | |
| 8/21/09 | Checking#367 | 10207 S | Valtus Capital Group | 6/2/09#123 Mar'09 exp | (5,369.39) |
| | | | | 8/3/09#137 Apr-Jun'09 exp partial | (6,630.61) |
| 8/28/09 | Checking#367 | 10219 S | Valtus Capital Group | 7/9/09#134 retainer | (25,000.00) |
| | | | | 8/3/09#139 retainer | (25,000.00) |
| 10/15/09 | Checking#367 | 10298 | Valtus Capital Group | 9/23/09#148 Aug & Sep consulting | (20,000.00) |
| | | | | | |
| | | | TOTAL Valtus Capital Group | | (82,000.00) |

The Cascadia Project LLC
Case No. 09-20780-KAO

# Statement of Affairs
## Question 3.c

## Question 3.c. Payments to Creditors
10/16/08-10/15/09

| Date | Accounts | Check# | Name | Memo | Amount |
|---|---|---|---|---|---|
| 12/31/08 | Checking#367 | TXFR | Kuo & Co | 2008 fee | (20,000.00) |
| 2/9/09 | MM#375 | TXFR | Kuo & Co | 2009 fee | (5,000.00) |
| 3/5/09 | MM#375 | TXFR | Kuo & Co | 2009 fee | (5,000.00) |
| | | | | Health Ins reimb | (3,014.33) |
| | | **Total Kuo & Co** | | | **(33,014.33)** |
| | | | | | |
| 10/31/08 | Checking#367 | 364  S | Patrick Kuo | Salary 10/16/08-10/31/08 | (6,333.33) |
| 11/14/08 | Checking#367 | 371  S | Patrick Kuo | Salary 11/1/08-11/15/08 | (6,333.33) |
| 11/26/08 | Checking#367 | 378  S | Patrick Kuo | Salary 11/16/08-11/30/08 | (6,333.33) |
| 12/15/08 | Checking#367 | 386  S | Patrick Kuo | Salary 12/1/08-12/15/08 | (6,333.33) |
| 12/31/08 | Checking#367 | 392  S | Patrick Kuo | Salary 12/16/08-12/31/08 | (6,333.33) |
| 1/15/09 | Checking#367 | 399  S | Patrick Kuo | Salary 1/1/09-1/15/09 | (6,333.33) |
| 1/30/09 | Checking#367 | 406  S | Patrick Kuo | Salary 1/16/09-1/31/09 | (6,333.33) |
| 2/17/09 | Checking#367 | 413  S | Patrick Kuo | Salary 2/1/09-2/15/09 | (6,333.33) |
| 2/27/09 | Checking#367 | 420  S | Patrick Kuo | Salary 2/16/09-2/28/09 | (6,333.33) |
| 3/13/09 | Checking#367 | 427  S | Patrick Kuo | Salary 3/1/09-3/15/09 | (6,333.33) |
| 3/31/09 | Checking#367 | 433  S | Patrick Kuo | Salary 3/16/09-3/31/09 | (6,333.33) |
| 4/16/09 | Checking#367 | 439  S | Patrick Kuo | Salary 4/1/09-4/15/09 | (6,333.33) |
| 4/30/09 | Checking#367 | 449  S | Patrick Kuo | Salary 4/16/09-4/30/09 | (6,333.33) |
| 5/15/09 | Checking#367 | 450  S | Patrick Kuo | Salary 5/1/09-5/15/09 | (6,333.33) |
| 5/29/09 | Checking#367 | 455  S | Patrick Kuo | Salary 5/16/09-5/31/09 | (6,333.33) |
| 6/15/09 | Checking#367 | 460  S | Patrick Kuo | Salary 6/1/09-6/15/09 | (6,333.33) |
| 7/1/09 | Checking#367 | 465  S | Patrick Kuo | Salary 6/16/09-6/30/09 | (6,333.33) |
| 7/15/09 | Checking#367 | 471  S | Patrick Kuo | Salary 7/1/09-7/15/09 | (6,333.33) |
| 7/31/09 | Checking#367 | 476  S | Patrick Kuo | Salary 7/16/09-7/31/09 | (6,333.33) |
| 8/17/09 | Checking#367 | 482  S | Patrick Kuo | Salary 8/1/09-8/15/09 | (6,333.33) |
| 8/31/09 | Checking#367 | 486  S | Patrick Kuo | Salary 8/16/09-8/31/09 | (6,333.33) |
| 9/16/09 | Checking#367 | 493  S | Patrick Kuo | Salary 9/1/09-9/15/09 | (6,333.33) |
| 10/1/09 | Checking#367 | 497  S | Patrick Kuo | Salary 9/16/09-9/30/09 | (6,333.33) |
| 10/15/09 | Checking#367 | 502  S | Patrick Kuo | Salary 10/1/09-10/15/09 | (6,333.33) |
| 11/3/08 | Checking#367 | 7651  S | Patrick W. Kuo | Gas | (158.96) |
| | | | | M&E | (2,637.26) |
| | | | | 10/18/08 EVA air for Taiwan bus trip | (5,062.58) |
| | | | | 10/28/08 Fareastern Plaza Hotel | (2,107.41) |
| | | | | MSN Sep & Oct'08 | (39.90) |
| 7/9/09 | Checking#367 | 470 | Patrick W. Kuo | Bus. exp reimb | (3,000.00) |
| 10/17/08 | MM#375 | TXFR | Patrick W. Kuo | Personal draw | (20,000.00) |
| 5/8/09 | MM-KeyBank | 99 | Patrick W. Kuo | personal draw | (30,000.00) |
| | | **Total Patrick Kuo** | | | **(215,006.03)** |
| | | | | | |
| 10/31/08 | Checking#367 | 365  S | Steven Ahrens | Salary 10/16/08-10/31/08 | (6,875.00) |
| 11/14/08 | Checking#367 | 372  S | Steven Ahrens | Salary 11/1/08-11/15/08 | (6,875.00) |
| | | | | 11/3/08@Basil's w/manager meet | (55.09) |
| | | | | 10/28/08 Cascade Land Conservancy contribut | (250.00) |
| 11/26/08 | Checking#367 | 379  S | Steven Ahrens | Salary 11/16/08-11/30/08 | (6,875.00) |
| 12/15/08 | Checking#367 | 387  S | Steven Ahrens | Salary 12/1/08-12/15/08 | (6,875.00) |
| 12/31/08 | Checking#367 | 393  S | Steven Ahrens | Salary 12/16/08-12/31/08 | (6,875.00) |
| 1/15/09 | Checking#367 | 400  S | Steven Ahrens | Salary 1/1/09-1/15/09 | (6,875.00) |
| 1/30/09 | Checking#367 | 407  S | Steven Ahrens | Salary 1/16/09-1/31/09 | (6,875.00) |
| 2/17/09 | Checking#367 | 414  S | Steven Ahrens | Salary 2/1/09-2/15/09 | (6,875.00) |
| | | | | 2/4/09 CJ's deli w/bus asso | (29.27) |

## Question 3.c. Payments to Creditors
10/16/08-10/15/09

| Date | Accounts | Check# | | Name | Memo | Amount |
|------|----------|--------|---|------|------|--------|
| 2/27/09 | Checking#367 | 421 | S | Steven Ahrens | Salary 2/16/09-2/28/09 | (6,875.00) |
| 3/13/09 | Checking#367 | 428 | S | Steven Ahrens | Salary 3/1/09-3/15/09 | (6,875.00) |
| 3/31/09 | Checking#367 | 434 | S | Steven Ahrens | Salary 3/16/09-3/31/09 | (6,875.00) |
| 4/16/09 | Checking#367 | 440 | S | Steven Ahrens | Salary 4/1/09-4/15/09 | (6,875.00) |
| 4/30/09 | Checking#367 | 444 | S | Steven Ahrens | Salary 4/16/09-4/30/09 | (6,875.00) |
| 5/15/09 | Checking#367 | 451 | S | Steven Ahrens | Salary 5/1/09-5/15/09 | (6,875.00) |
| 5/29/09 | Checking#367 | 456 | S | Steven Ahrens | Salary 5/16/09-5/31/09 | (6,875.00) |
| 6/15/09 | Checking#367 | 461 | S | Steven Ahrens | Salary 6/1/09-6/15/09 | (6,875.00) |
| 7/1/09 | Checking#367 | 466 | S | Steven Ahrens | Salary 6/16/09-6/30/09 | (6,875.00) |
| 7/15/09 | Checking#367 | 472 | S | Steven Ahrens | Salary 7/1/09-7/15/09 | (6,875.00) |
| 7/31/09 | Checking#367 | 477 | S | Steven Ahrens | Salary 7/16/09-7/31/09 | (6,875.00) |
| 8/17/09 | Checking#367 | 483 | S | Steven Ahrens | Salary 8/1/09-8/15/09 | (6,875.00) |
| 8/31/09 | Checking#367 | 487 | S | Steven Ahrens | Salary 8/16/09-8/31/09 | (6,875.00) |
| | | | | | WSCPA license renewal | (205.00) |
| 9/16/09 | Checking#367 | 494 | S | Steven Ahrens | Salary 9/1/09-9/15/09 | (6,875.00) |
| 10/1/09 | Checking#367 | 498 | S | Steven Ahrens | Salary 9/16/09-9/30/09 | (6,875.00) |
| 10/15/09 | Checking#367 | 503 | S | Steven Ahrens | Salary 10/1/09-10/15/09 | (6,875.00) |
| | | | | **Total Steven Ahrens** | | **(165,539.36)** |
| 10/31/08 | Checking#367 | 368 | S | Kun-Feng Scott | Salary 10/16/08-10/31/08 | (2,083.33) |
| | | | | | 10/28/08 USPS | (9.36) |
| | | | | | 10/15/08 USPS | (0.17) |
| | | | | | 10/26/08 HomeDepot | (21.78) |
| 11/14/08 | Checking#367 | 375 | S | Kun-Feng Scott | Salary 11/1/08-11/15/08 | (2,083.33) |
| 11/26/08 | Checking#367 | 382 | S | Kun-Feng Scott | Salary 11/16/08-11/30/08 | (2,083.33) |
| 12/15/08 | Checking#367 | 385 | S | Kun-Feng Scott | Salary 12/1/08-12/15/08 | (2,083.33) |
| | | | | | 12/7/08 Walmart office cup | (8.63) |
| | | | | | 12/6/08 Costco office supplies | (35.97) |
| 12/31/08 | Checking#367 | 395 | S | Kun-Feng Scott | Salary 12/16/08-12/31/08 | (2,083.33) |
| 1/15/09 | Checking#367 | 403 | S | Kun-Feng Scott | Salary 1/1/09-1/15/09 | (2,083.33) |
| | | | | | Public Storage Jan'09 rent | (288.00) |
| 1/30/09 | Checking#367 | 409 | S | Kun-Feng Scott | Salary 1/16/09-1/31/09 | (2,083.33) |
| | | | | | 1/27/09 Costco business card | (103.46) |
| 2/17/09 | Checking#367 | 417 | S | Kun-Feng Scott | Salary 2/1/09-2/15/09 | (2,083.33) |
| 2/27/09 | Checking#367 | 423 | S | Kun-Feng Scott | Salary 2/16/09-2/28/09 | (2,083.33) |
| | | | | | 2/27/09 USPS postage | (14.46) |
| 3/13/09 | Checking#367 | 430 | S | Kun-Feng Scott | Salary 3/1/09-3/15/09 | (2,083.33) |
| | | | | | 3/9/09 rent for public storage | (288.00) |
| | | | | | 3/9/09 costco business card | (103.46) |
| | | | | | 3/12/09 usps shipping | (17.50) |
| | | | | | 3/5/09 w/bus asso | (20.01) |
| 3/31/09 | Checking#367 | 436 | S | Kun-Feng Scott | Salary 3/16/09-3/31/09 | (2,083.33) |
| | | | | | 3/30/09 usps | (17.50) |
| | | | | | 3/23/09 usps | (12.95) |
| 4/16/09 | Checking#367 | 442 | S | Kun-Feng Scott | Salary 4/1/09-4/15/09 | (2,083.33) |
| | | | | | 4/14/09 USPS | (19.66) |
| | | | | | 4/2/09 Public Storage Apr'09 rent | (288.00) |
| 4/30/09 | Checking#367 | 446 | S | Kun-Feng Scott | Salary 4/16/09-4/30/09 | (2,083.33) |
| 5/15/09 | Checking#367 | 453 | S | Kun-Feng Scott | Salary 5/1/09-5/15/09 | (2,083.33) |
| 5/29/09 | Checking#367 | 458 | S | Kun-Feng Scott | Salary 5/16/09-5/31/09 | (2,083.33) |
| | | | | | 5/14/09 costco coffee | (23.98) |
| 6/15/09 | Checking#367 | 463 | S | Kun-Feng Scott | Salary 6/1/09-6/15/09 | (2,083.33) |
| | | | | | 5/24/09 w/PwK, Sumitomo | (221.35) |
| 7/1/09 | Checking#367 | 468 | S | Kun-Feng Scott | Salary 6/16/09-6/30/09 | (2,083.33) |

## Question 3.c. Payments to Creditors
10/16/08-10/15/09

| Date | Accounts | Check# | | Name | Memo | Amount |
|------|----------|--------|---|------|------|--------|
| | | | | | 6/15/09 Homedepot trail keys | (10.38) |
| | | | | | 6/15/09 trailer keys | (29.29) |
| 7/15/09 | Checking#367 | 474 | S | Kun-Feng Scott | Salary 7/1/09-7/15/09 | (2,083.33) |
| | | | | | 7/7/09 Bestbuy pc part replace reimb | (54.74) |
| 7/31/09 | Checking#367 | 479 | S | Kun-Feng Scott | Salary 7/16/09-7/31/09 | (2,083.33) |
| 8/14/09 | Checking#367 | 481 | S | Kun-Feng Scott | Salary 8/1/09-8/15/09 | (2,083.33) |
| 8/31/09 | Checking#367 | 489 | S | Kun-Feng Scott | Salary 8/16/09-8/31/09 | (2,083.33) |
| | | | | | Office Supplies | (37.65) |
| 9/15/09 | Checking#367 | 492 | S | Kun-Feng Scott | Salary 9/1/09-9/15/09 | (2,083.33) |
| | | | | | 9/15/09 QFC | (7.98) |
| 10/1/09 | Checking#367 | 500 | S | Kun-Feng Scott | Salary 9/16/09-9/30/09 | (2,083.33) |
| | | | | | USPS | (60.85) |
| | | | | | Office Supplies | (102.20) |
| | | | | | Public Storage #1317,1207 Oct'09 | (300.00) |
| 10/15/09 | Checking#367 | 505 | S | Kun-Feng Scott | Salary 10/1/09-10/15/09 | (2,083.33) |
| | | **Total Kun-Feng Scott Wu** | | | | **(52,097.25)** |
| | | **Total Y.K. Chen** | | | | - |
| 1/9/09 | Checking#367 | TXFR | | Cascadia Devel | loan to CDC | (8,100.00) |
| | | **Total Cascadia Development Corp** | | | | **(8,100.00)** |
| 9/25/09 | Checking#367 | 10248 | | State Treasurer | CL license renewal 10/1/09-9/30/10 | (59.00) |
| | | **Total Cascadia Land** | | | | **(59.00)** |
| 12/12/08 | Checking#367 | TXFR | | Cascadia Resort | Dec'08 | (184.00) |
| 4/30/09 | Checking#367 | TXFR | | Cascadia Resort | Loan | (859.66) |
| 10/15/09 | Checking#367 | TXFR | | Cascadia Resort | loan to CRC | (10,000.00) |
| 11/13/08 | MM#375 | TXFR | | Cascadia Resort | Nov'08 | (69,744.82) |
| | | **Total Cascadia Resort Communities** | | | | **(80,788.48)** |
| 11/5/08 | Checking#367 | 7677 | | Cascadia Const | 9/25/08#10043 management fee | (45,620.62) |
| 12/29/08 | Checking#367 | 7752 | | Cascadia Const | 10/25/08#1044 management fee | (31,321.40) |
| 2/5/09 | Checking#367 | 7784 | | Cascadia Const | 11/25/08#10045 management fee | (28,752.16) |
| 3/12/09 | Checking#367 | 10047 | S | Cascadia Const | 12/25/08#10046 construction mgmt fee | (30,916.51) |
| | | | | | 1/25/09#10047 construction mgmt fee | (27,274.61) |
| 4/17/09 | Checking#367 | 10090 | | Cascadia Const | 2/25/09 #10048 mgmt fee | (28,192.50) |
| 5/6/09 | Checking#367 | 10109 | | Cascadia Const | 3/31/09 #10049 const mgmt | (25,824.99) |
| 8/17/09 | MM#375 | EFT | S | Ticor Title Com | Escrow to pay CCM Fee | (18,772.80) |
| | | **Total Cascadia Construction Management** | | | | **(236,675.59)** |

| | | | |
|---|---|---|---|
| **Muscular Dystrophy Association** | none | 11/25/08 | Donation<br>$100 |
| **Steven Ahrens** | CFO | 11/14/08 | Reimbursement for<br>donation made on behalf of<br>The Cascadia Project LLC<br>$250.00 |

**8. Losses**

<table>
<tr>
<td>None ☐</td>
<td>List all losses from fire, theft, other casualty or gambling within <b>one year</b> immediately preceding the commencement of this case <b>or since the commencement of this case.</b> (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)</td>
</tr>
</table>

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Vandalism to entry roundabout** | **Approximately $1,600 damage, reimbursed by insurance** | **June 2009** |
| **Vandalism to landscaping** | **Approximately $600 damage, reimbursed by insurance** | **Jan 2009** |

**9. Payments related to debt counseling or bankruptcy**

<table>
<tr>
<td>None ☐</td>
<td>List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within <b>one year</b> immediately preceding the commencement of this case.</td>
</tr>
</table>

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Miller Nash LLP**<br>**601 Union St #4400**<br>**Seattle, WA  98101** | **10/13/09** | **15,000.00** |
| **Miller Nash applied $14,322 to legal fees and costs incurred prepetition.  The remaining $678 is currently held in trust.** | | |
| **Miller Nash LLP**<br>**601 Union St #4400**<br>**Seattle, WA  98101** | **10/15/09** | **125,000.00** |
| **Funds currently held in trust for postpetition legal fees and costs.  Payment is subject to court approval on notice to creditors and a hearing.** | | |
| **Bucknell Stehlik Sato & Stubner**<br>**2003 Western Ave #400**<br>**Seattle, WA  98121** | **12/15/08** | **10,000.00** |
| **Gordon Thomas Honeywell**<br>**P O Box 1157**<br>**Tacoma, WA  98401** | **7/21/09** | **4,305.00** |
| **Gordon Thomas Honeywell**<br>**P O Box 1157**<br>**Tacoma, WA  98401** | **10/15/09** | **3,472.50** |
| **Quarles & Brady Llp**<br>**One S Church Ave #1700**<br>**Tucson, AZ  85701** | **3/0/09** | **20,000.00** |
| **Quarles & Brady Llp**<br>**One S Church Ave #1700**<br>**Tucson, AZ  85701** | **10/15/09** | **10,000.00** |
| **Valtus Capital Group**<br>**3800 Howard Hughes Pkwy**<br>**7th Floor**<br>**Las Vegas, NV  89169** | **3/23/09** | **50,000.00** |
| **Valtus Capital Group**<br>**3800 Howard Hughes Pkwy**<br>**7th Floor**<br>**Las Vegas, NV  89169** | **5/18/09** | **25,000.00** |
| **Valtus Capital Group**<br>**3800 Howard Hughes Pkwy**<br>**7th Floor**<br>**Las Vegas, NV  89169** | **8/21/09** | **12,000.00** |
| **Valtus Capital Group**<br>**3800 Howard Hughes Pkwy** | **8/28/09** | **50,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

7th Floor
Las Vegas, NV 89169

| | | |
|---|---|---|
| Valtus Capital Group | 10/15/09 | 20,000.00 |
| 3800 Howard Hughes Pkwy | | |
| 7th Floor | | |
| Las Vegas, NV 89169 | | |

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Cascadia Construction Management** **22430 SE 231st** **Maple Valley, WA 98038** | **Aug 2009** | **1. Right to receive $50,000 deposit as partial setoff of $68,772 account payable owing to CCM** **2. Additional $18,772 paid to CCM to satisfy balance of $68,772 account payable** **See also question 13** |
| **Y.K. Chen** **14210 NE 40th Pl** **Bellevue, WA 98007** | **10/15/09** | **UCC-1: security interest in debtor's membership interest in Cascadia Resort Communities LLC** |
| **HomeStreet Bank** **601 Union St #2000** **Seattle, WA 98101** | **April 2009** | **See comments** |

**In April 2009, HomeStreet Bank made demand on KeyBank to honor letter of credit posted in favor of HomeStreet. KeyBank paid $1,500,000 to HomeStreet and then applied $1,500,000 of Debtor's funds on deposit in satisfaction of Debtor's obligation to KeyBank.**

| | | |
|---|---|---|
| **KeyBank National Association** **Standby Letter Of Credit Services** **4910 Tiedeman, 4th floor** **Cleveland, OH 44144** | **April 2009** | **See comments** |

**In April 2009, HomeStreet Bank made demand on KeyBank to honor letter of credit posted in favor of HomeStreet. KeyBank paid $1,500,000 to HomeStreet and then applied $1,500,000 of Debtor's funds on deposit in satisfaction of Debtor's obligation to KeyBank.**

| | | |
|---|---|---|
| **Cascadia Resort Communities LLC** **11232 NE 15th St #201** **Bellevue, WA 98004** | | **See comments** |

**On 1.15.2008, Debtor transferred approximately 514 acres of unimproved land to Cascadia Resort Communities LLC ("CRC") in which Debtor held and holds a 50% membership interest. CRC distributed $12,400,000 upon transfer of the land. From the $12,400,000, HomeStreet Bank received $11,002,500, in exchange for which HomeStreet released its interest in the subject property, and $1,397,500 was distributed to the Debtor.**

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 13. Setoffs

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Cascadia Construction Management**<br>**22430 SE 231st**<br>**Maple Valley, WA 98038**<br><br>See question 10.a | **Aug 2009** | **50,000.00** |
| **KeyBank National Association**<br>**Standby Letter Of Credit Services**<br>**4910 Tiedeman, 4th Floor**<br>**Cleveland, OH 44144**<br><br>See question 10.a | **April 2009** | **1,500,000.00** |

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **500 - 108th Ave NE #1620, Bellevue WA 98004** | **Cascadia Development Corporation** | **Feb 2008 (moveout date)** |

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cascadia Resort Communities LLC** | **26-1652199** | **11232 NE 15th St #201 Bellevue, WA  98004** | **Golf community development** | **12/20/07 - present** |

None ☐ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Cascadia Resort Communities LLC** | **11232 NE 15th St #201 Bellevue, WA  98004** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Steven Ahrens 11232 NE 15th Ave #201 Bellevue, WA  98004** | **Jan 2006 - present** |
| **Scott Wu 11232 NE 15th St #201 Bellevue, WA  98004** | **Jan 2006 - present** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Judith Ann Harding 3401 Evanston Ave N #B Seattle, WA  98103** | **2007 - 2009** |
| **Reviewed debtor's financial statements** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☐ None  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **HomeStreet Bank** **Attn: Residential Construction Lending** **601 Union St #2000** **Seattle, WA  98101** | **3.24.2008; 4.8.2008; 12.23.2008** |
| **Key Bank** **Bellevue, WA** | **6.16.2008; 7.24.2008; 12.17.2008** |
| **The Commerce Bank of Washington** **Seattle, WA** | **6.4.2008; 12.17.2008; 12.23.2008** |
| **Washington Trust Bank** **Seattle, WA** | **6.23.2008** |
| **Valtus Capital Group** **3800 Howard Hughes Pkwy** **7th Floor** **Las Vegas, NV  89169** | **3.13.2009** |
| **Sumitomo Forestry Seattle Inc** **Bellevue, WA** | **3.13.2009** |

## 20. Inventories

☑ None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☑ None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

☑ None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☐ None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Patrick Kuo** **11232 NE 15th Ave #201** **Bellevue, WA  98004** | **CEO & Manager** | **Sole member** |
| **Steven Ahrens** **11232 NE 15th Ave #201** **Bellevue, WA  98004** | **CFO** | **none** |
| **Scott Wu** **11232 NE 15th St #201** **Bellevue, WA  98004** | **Controller** | **none** |
| **John Ladenburg** **11232 NE 15th Ave #201** **Bellevue, WA  98004** | **COO** | **none** |

## 22. Former partners, officers, directors and shareholders

☑ None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☑ None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

☐ None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, | DATE AND PURPOSE | AMOUNT OF MONEY OR DESCRIPTION |
|---|---|---|
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | AND VALUE OF PROPERTY |
| **See Question 3.c** | | |

**24. Tax Consolidation Group**

☑ None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

☑ None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 27, 2009**      Signature: ***/s/ Steven Ahrens***

                 **Steven Ahrens, CFO**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Washington

**IN RE:**

The Cascadia Project LLC
_____
Debtor(s)

Case No. **09-20780-KAO** _____

Chapter **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**410.00/hr**___

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**14,322.00**___

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

    **Hourly rate is subject to change from time to time. Prepetition, Miller Nash received a $15,000 retainer from the debtor for prepetition work, including preparation of the short form filing. Immediately prior to the filing of the petition, the $14,322 described above was applied to the prepetition bill, and the balance of $678 is being held in trust. In addition, Miller Nash also received a $125,000 pre-filing retainer which is currently held in trust for postpetition fees and costs. Miller Nash currently holds a total of $125,678 in trust. Post-petition compensation and reimbursement of expenses is subject to Court approval, on notice to creditors and a hearing.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 27, 2009**
_____
Date

_/s/ Geoffrey Groshong_
_____

**Geoffrey Groshong 6124
Miller Nash LLP
601 Union Street, Suite 4400
Seattle, WA 98101
(206) 622-8484  Fax: (206) 622-7485
geoff.groshong@millernash.com**

---