

**Pierce County**

Office of Prosecuting Attorney

REPLY TO:
**CIVIL DIVISION**
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
FAX: (253) 798-6713

**GERALD A. HORNE**
Prosecuting Attorney

Main Office: (253) 798-6732
(WA Only) 1-800-992-2456

To:

Hon. Karen Overstreet

RE:  Cause No.  09-20780-KAO
The Cascadia Project LLC

Please be advised that I would like to appear by telephone tomorrow morning November 6, 2009 at 9:30 re: the above-named case.  I am unable to appear in person because I have not been able to make arrangements to travel to Seattle on such a short notice.

This also confirms that the court initiates the telephone call and I will be available starting at 9:30am and on until the court will release me.  You can reach me at my direct line 253-798-6384.

Very truly yours,

Mark von Wahlde
Attorney for Pierce County
(253) 798-6384

Strickland.005.doc

Printed on recycled paper