| | |
|---|---|
| | Judge: Karen A. Overstreet<br>Chapter: 11<br>Hearing Location: Seattle, WA<br>Hearing Date: 11/6/09<br>Hearing Time: 9:30 a.m.<br>Response Date: at the hearing |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>THE CASCADIA PROJECT LLC,<br>                 Debtor | Cause No. 09-20780<br>Chapter 11<br><br>OBJECTION TO EMERGENCY MOTION FOR AUTHORIZING THE DEBTOR TO: 1) PAY PREPETITION WAGES AND SALARIES TO EMPLOYEES; 2) PAY PREPETITION BENEFITS AND CONTINUE BENEFIT PROGRAMS IN THE ORDINARY COURSE OF BUSINESS; AND 3) DIRECTING BANKS TO HONOR PREPETITION CHECKS FOR PAYMENT OF PREPETITION EMPLOYEE OBLIGATIONS AND ASSOCIATED COSTS |

**A.**     **RELIEF SOUGHT**

OBJECTION TO EMERGENCY MOTION FOR AUTHORIZING THE
DEBTOR TO: 1) PAY PREPETITION WAGES AND SALARIES TO
EMPLOYEES; 2) PAY PREPETITION BENEFITS AND CONTINUE BENEFIT
PROGRAMS IN THE ORDINARY COURSE OF BUSINESS; AND 3)
DIRECTING BANKS TO HONOR PREPETITION CHECKS FOR PAYMENT
OF PREPETITION EMPLOYEE OBLIGATIONS AND ASSOCIATED COSTS -
1
objection to disbursal.doc
U.S. Bankruptcy Court No. 09-20780

Office of Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

Case 09-20780-KAO    Doc 38    Filed 11/05/09    Entered 11/05/09 15:51:11    Page 1 of 3

This Court should protect the escrowed sewer funds from invasion by expressly including in its order words to the following effect: "Funds transferred to The Commerce Bank of Washington from HomeStreet Bank pursuant to this Court's order entered on November 3, 2009 shall not be disbursed pursuant to this order."

**B. ARGUMENT**

The Debtor does not have very much **_unencumbered_** money in the bank. The debtor's schedules indicate a total unencumbered amount of $28,150.42. Debtor's Schedule B. $28,143.28 of that money is held by The Commerce Bank of Washington. *Id*. The encumbered amount is much more substantial: $348,065.00. *Id*. That encumbered money was protected by this court two days ago when it transferred the encumbered funds to The Commerce Bank of Washington. Paragraph 6, Ex Parte Order Transferring Funds. Numbered paragraph 6 of that order expressly preserved Pierce County's interest in $234,219.29 of that encumbered money. The interests remain unchallenged.

The Debtor now proposes the following order: "The Debtor's bank(s) are hereby directed to honor prepetition checks for the payment of such Prepetition Employee Obligations." Unfortunately, the Debtor does not tell this Court how much these "prepetition checks" amount to. If these "prepetition checks" for "Prepetition Employee Obligations" amount to more than $28,143.28, what happens if the Court enters the proposed order? Of course the bank will honor the checks—because there is a court <u>order</u> <u>directing</u> the bank to honor them. Pierce County and Orting might argue that they retain an interest in the funds held by The Commerce Bank of Washington, but if the money has been disbursed by The

OBJECTION TO EMERGENCY MOTION FOR AUTHORIZING THE DEBTOR TO: 1) PAY PREPETITION WAGES AND SALARIES TO EMPLOYEES; 2) PAY PREPETITION BENEFITS AND CONTINUE BENEFIT PROGRAMS IN THE ORDINARY COURSE OF BUSINESS; AND 3) DIRECTING BANKS TO HONOR PREPETITION CHECKS FOR PAYMENT OF PREPETITION EMPLOYEE OBLIGATIONS AND ASSOCIATED COSTS - 2
objection to disbursal.doc
U.S. Bankruptcy Court No. 09-20780

Office of Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

Case 09-20780-KAO    Doc 38    Filed 11/05/09    Entered 11/05/09 15:51:11    Page 2 of 3

Commerce Bank of Washington pursuant to the order of this Court, the recovery of those funds back into the bankruptcy estate is problematical.

"Prepetition Employee Obligations" is a term of art defined in the proposed order and "prepetition checks" is left undefined for the bank. "Prepetition Employee Obligations" includes: "out of pocket business expenses, including credit card charges for company-authorized expenses, incurred by employees of the Debtor prior to the petition date." This undefined and unspecified sum could be enormous—and it is only one example among many.

Any emergency order entered by this Court should foreclose any opportunity of The Commerce Bank of Washington to disburse the escrowed sewer funds.

Dated this 5 day of November, 2009

                    Respectfully submitted,

                    /S
                _____

Mark von Wahlde
WSBN: 18373
Pierce County Deputy Prosecuting Attorney
Civil Division
955 Tacoma Ave. S., Suite 301
Tacoma, WA 98402-2160
(253) 798-6384

OBJECTION TO EMERGENCY MOTION FOR AUTHORIZING THE DEBTOR TO: 1) PAY PREPETITION WAGES AND SALARIES TO EMPLOYEES; 2) PAY PREPETITION BENEFITS AND CONTINUE BENEFIT PROGRAMS IN THE ORDINARY COURSE OF BUSINESS; AND 3) DIRECTING BANKS TO HONOR PREPETITION CHECKS FOR PAYMENT OF PREPETITION EMPLOYEE OBLIGATIONS AND ASSOCIATED COSTS - 3
objection to disbursal.doc
U.S. Bankruptcy Court No. 09-20780

Office of Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

Case 09-20780-KAO  Doc 38  Filed 11/05/09  Entered 11/05/09 15:51:11  Page 3 of 3