# MONTHLY FINANCIAL REPORT FOR
# CORPORATE OR PARTNERSHIP DEBTOR

Case No. __09-20780-KAO__      Report Month/Year __October 2009__

Debtor __The Cascadia Project LLC__

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor has provided the following with this monthly financial report:

| | | | Yes | No |
|---|---|---|---|---|
| UST-12 | **Comparative Balance Sheet, or debtor's balance sheet.** The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | | ☑ | ☐ |
| UST-13 | **Comparative Income Statement, or debtor's income statement.** | | ☑ | ☐ |
| UST-14 | **Summary of Deposits and Disbursements** | | ☑ | ☐ |
| UST-14 Continuation Sheets | **Statement(s) of Cash Receipts and Disbursements** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | | ☑ | ☐ |
| UST-15 | **Statement of Aged Receivables** A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | | ☑ | ☐ |
| UST-16 | **Statement of Aged Post-Petition Payables** A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | | ☑ | ☐ |
| UST-17 | **Other Information** When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. | | ☑ | ☐ |

## CONTACT INFORMATION

Who is the best person to contact if the UST has questions about this report?

Name __Scott Wu__

Telephone __(425) 646-3037__

Email __wuk @ cascadiacorp.com__

# DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. <u>Debtor's counsel may not sign a financial report for the debtor.</u>

**Question 1** At month end, was the debtor delinquent on any <u>post-petition</u> tax obligation?

Yes ☐   No ☑
If yes, list each delinquent post-petition tax obligation on page 9.

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1130(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.

$ 500.00

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's
signature   *The Cascadia Project LLC*
*by: [signature]*   *CFO*   Date 11·18·09

## Monthly Financial Reports
(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the <u>original</u> with the court:: | File the <u>original</u> with the court:: |
| United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, Suite 6103<br>Seattle, WA 98101 | United States Bankruptcy Court<br>1717 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402 |

AND serve a <u>copy</u> on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

## UST-12, COMPARATIVE BALANCE SHEET

*Please see attached Balance Sheet*

| As of month ending ⇨ | | | |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets | | | |
| Cash | | | |
| Cash - Held by Others (Escrow & Attorney Trust Accounts) | | | |
| Accounts Receivable (net) | | | |
| Notes Receivable | | | |
| Inventory | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Fixed Assets | | | |
| Real Property/Buildings | | | |
| Equipment | | | |
| Accumulated Depreciation | | | |
| Total Fixed Assets | | | |
| Other Assets (attach list) | | | |
| TOTAL ASSETS | | | |
| | | | |
| **LIABILITIES** | | | |
| Post-Petition Liabilities | | | |
| Taxes Payable | | | |
| Other Accounts Payables | | | |
| Notes Payable | | | |
| Rents, Leases & Mortgages Payable | | | |
| Accrued Interest | | | |
| Other (specify) | | | |
| Total Post-Petition Liabilities | | | |

(contd. on next page)

Case 09-20780-KAO    Doc 64    Filed 11/20/09    Entered 11/20/09 12:59:02    Page 3 of 30

## UST-12, COMPARATIVE BALANCE SHEET (contd.)

*Please see attached Balance Sheet*

| As of month ending ⇨ | | | |
|---|---|---|---|
| Pre-Petition Liabilities | | | |
| Unsecured Debt | | | |
| Priority Debt: | | | |
| Taxes | | | |
| Wages | | | |
| Deposits | | | |
| Other | | | |
| Notes Payable (Secured Debt) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| | | | |
| EQUITY | | | |
| Stockholders' Equity (Or Deficit) | | | |
| Capital Stock | | | |
| Paid-In Capital | | | |
| Retained Earnings | | | |
| Total Stockholders' Equity (Or Deficit) | | | |
| | | | |
| Partners' Investment (Or Deficit) | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY OR PARTNERS' INVESTMENT | | | |

Footnotes to balance sheet:

Case 09-20780-KAO   Doc 64   Filed 11/20/09   Entered 11/20/09 12:59:02   Page 4 of 30

# The Cascadia Project LLC

Statements of Assets, Liabilities and Member's Deficit
Federal Income Tax Basis
October 31, 2009

### Assets

| | | |
|---|---|---:|
| Land and improvements | $ | 117,656,561 |
| Investment in Joint Venture | | 7,767,634 |
| Cash and cash equivalents | | 45,030 |
| Escrow - restricted cash | | 348,466 |
| Accounts receivable | | 2,820,000 |
| Due from related parties | | 997,170 |
| Prepaid expenses | | 197,793 |
| Equipment, net of depreciation | | 21,471 |
| Total assets | $ | 129,854,125 |

### Liabilities and Member's Deficit

| | | |
|---|---|---:|
| Pre-petition liabilities: | | |
| Pre-petition liabilities-received after petition filed | $ | 20,727 |
| Bank loans (see Note) | | 69,543,182 |
| Note payable to related party | | 51,856,421 |
| Real Property Tax | | 17,356 |
| Accounts payable and other accrued expenses | | 439,241 |
| Contracts and retentions payable | | 1,611,547 |
| Due to related party | | 432,247 |
| Due to member | | 1,000,000 |
| Total pre-petition liabilities | | 124,920,721 |
| Post-petition liabilities | | 36,848 |
| Obligation for future costs recognized | | 9,309,787 |
| Total liabilities | | 134,267,356 |
| | | |
| Member's deficit | | (4,413,231) |
| Total liabilities and member's deficit | $ | 129,854,125 |

Note: The balance for bank loans is as of February 28, 2009, the date of the most recent accounting provided by the bank, less subsequent principal payments of $2,500,000.

## UST-13, COMPARATIVE INCOME STATEMENT

*Please see attached Income Statement*

| For the month of ⇨ | | | |
|---|---|---|---|
| GROSS SALES | | | |
| Less:   Returns and Allowances | | | |
| Net Sales | | | |
| Cost of Sales: | | | |
| Beginning Inventory | | | |
| Add:   Purchases | | | |
| Less:   Ending Inventory | | | |
| Cost of Goods Sold | | | |
| GROSS MARGIN | | | |
| Other Operating Expenses: | | | |
| Officers' Salaries | | | |
| Other Salaries/Direct Labor | | | |
| Employee Benefits/Payroll Taxes | | | |
| Insurance | | | |
| Rent | | | |
| General and Administrative | | | |
| NET OPERATING PROFIT (LOSS) | | | |
| Add:   Other Income | | | |
| Less:   Interest Expense | | | |
| Other Adjustments to Income (Explain) | | | |
| Gain (Loss) on Sale of Assets | | | |
| Net Profit (Loss) Before Taxes | | | |
| Income Taxes | | | |
| NET PROFIT (LOSS) | | | |

Notes:

# The Cascadia Project LLC

Statements of Revenues, Expenses and Member's Deficit
Federal Income Tax Basis
For the period ended October 31, 2009

| | | |
|---|---|---:|
| Operating expenses: | | |
| Interest and bank charges (see Note) | $ | 518,235 |
| Consulting and marketing | | 257,154 |
| Insurance | | 269,520 |
| Real estate taxes | | 43,330 |
| Salaries and payroll | | 530,418 |
| Security | | 46,713 |
| Legal and accounting | | 204,790 |
| Office and administrative | | 269,142 |
| Travel and entertainment | | 13,184 |
| Advertising and promotion | | - |
| Less IRC 263(A) costs allocated to land and improvements | | *To be determined* |
| Total expenses | | 2,152,486 |
| | | |
| Loss from operations | | (2,152,486) |
| | | |
| Other income (expenses): | | |
| Interest income | | 29,186 |
| Timber harvesting revenue | | 138,224 |
| Other income | | 8,657 |
| Depreciation and amortization | | *To be determined* |
| Contributions | | - |
| | | 176,067 |
| | | |
| Net loss | | (1,976,419) |
| | | |
| Member's deficit, beginning of year | | (2,506,812) |
| | | |
| Capital contributions, net | | 70,000 |
| | | |
| Member's deficit, end of this period | $ | (4,413,231) |

Note: Includes bank interest through February 28, 2009, the date of the most recent
accounting provided by the bank.

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

INSTRUCTIONS: BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on April 30, July 31, October 31, and January 31, respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found on the United States Trustee's website located at: www.usdoj.gov/ust/r18/s_library.htm

If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

### Summary of Deposits This Month

| | |
|---|---|
| Deposits from UST-14 Continuation Sheet(s) | $402.07 |
| Cash receipts not included above (if any) | |
| **TOTAL RECEIPTS** ☞ | 402.07 |

### Summary of Disbursements This Month

| | |
|---|---|
| Disbursements from UST-14 Continuation Sheet(s) | 500.00 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | |
| Disbursements made by other parties for the debtor (if any, explain) | |
| **TOTAL DISBURSEMENTS** ☞ | Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2.   500.00 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS)** ☞ | $ (97.93) |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?   Yes ☐   No ☒   If "Yes", list each quarter that is delinquent and the amount due.

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

Case 09-20780-KAO   Doc 64   Filed 11/20/09   Entered 11/20/09 12:59:02   Page 8 of 30

Debtor   CASCADIA PROJECT LLC

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| Depository (bank) name ⇨ | The Commerce Bank of Washington |
| Account number ⇨ | Checking account # ■2367 |

Purpose of this account (select one):
- ☑ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | October 15, 2009 as previously reported | $ 26,613.99 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 26,613.99 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | 500.00 |
| Adjustments, if any (explain) | Void a pre-petition payment check | 17,356.27 |
| Ending cash balance | | $ 43,470.26 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☑ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number __1__ of __5__

# THE
# COMMERCE
# BANK
## OF WASHINGTON

RECEIVED
NOV 0 4 2009
CASCADIA PROJECT

The Cascadia Project, LLC          30
11232 NE 15th Street #201           0
Bellevue WA  98004-3719            61

============================================================

The Commerce Bank of Washington will be closed on Wednesday,
November 11th in observance of Veterans Day and Thursday, November 26th
in observance of Thanksgiving Day
As there will be no regular courier service, please contact Barbara at
(206) 292-3900 the previous business day if you need a special delivery.
Thank you for your continued business.

============================================================
## Checking ACCOUNT ██2367
============================================================

```
            LAST STATEMENT 09/30/09      25,978.15 ✓
                   4 CREDITS            380,000.00 ✓
                  69 DEBITS             319,494.27 ✓
            THIS STATEMENT 10/30/09      86,483.88 ✓
```

- - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
          10/14  100,000.00 ✓

- - - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739 | 10/06 | 30,000.00 ✓ |
| ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739 | 10/13 | 50,000.00 ✓ |
| ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739 | 10/15 | 200,000.00 ✓ |

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 493*10/06  4,964.15 | 504 10/16  3,331.56 | 10245*10/02    271.40– |
| 497 10/06  5,303.10 | 505*10/16  1,750.84 | 10247 10/01  2,355.40– |
| 498 10/08  5,855.58 | 508*10/19    767.66 | 10248 10/02     59.00– |
| 499 10/05  3,331.57 | 10222*10/07  1,075.45 | 10249 10/08  2,980.58– |
| 500 10/05  2,178.46 | 10241 10/02     72.78 | 10250 10/07    875.50 |
| 501 10/16    526.71 | 10242 10/02    695.00 | 10251 10/06    382.49– |
| 502 10/19  5,303.10 | 10243 10/01    277.86 | 10252 10/19     75.00– |
| 503 10/19  5,855.59 | 10244 10/02     74.46 | 10253 10/14  1,010.57 |

* * * C O N T I N U E D * * *

506
507 void

355-07 8/03          601 Union Street, Suite 3600  Seattle, Washington 98101  (206) 292-3900  Fax (206) 625-9457

# THE
# COMMERCE
# BANK
#### OF WASHINGTON

The Cascadia Project, LLC

================================================================

Checking ACCOUNT ██2367

================================================================

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 10254 10/09    3,665.16 | 10272 10/22       90.91 | 10286 10/20      875.50 |
| 10255 10/09    2,500.00 | 10273 10/23      183.96 | 10287 10/22    2,913.72 |
| 10256*10/13    5,400.00 | 10274 10/22    1,103.00 | 10288 10/22    4,600.00 |
| 10258 10/09      345.00 | 10275 10/20      900.00 | 10289 10/23    5,177.69 |
| 10259*10/09    4,187.50 | 10276*10/22      289.65 | 10290 10/28   10,000.00 |
| 10261 10/14    5,877.06 | 10278 10/27       77.24 | 10291 10/20    1,000.73 |
| 10262*10/13    1,080.00 | 10279 10/20      345.00 | 10292 10/23      246.78 |
| 10264 10/19   10,000.00 | 10280 10/20      100.00 | 10293 10/22       59.00 |
| 10265*10/20   12,800.00 | 10281 10/20      190.53 | 10294*10/20    5,877.06 |
| 10267*10/26      202.80 | 10282 10/20      219.55 | 10296*10/20   25,000.00 |
| 10269 10/27       10.17 | 10283 10/28      150.00 | 10301 10/22       19.38 |
| 10270 10/20      235.83 | 10284 10/20    1,000.00 | | |
| 10271 10/23    3,000.00 | 10285 10/20    1,805.32 | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| FPRS FIDELITY Commerce Bank_CK_31329 001 | 10/05 | 41.67 |
| 270968000658767 IRS USATAXPYMT | 10/07 | 120.25 |
| 270968000960407 IRS USATAXPYMT | 10/07 | 4,030.16 |
| OWT MILLER NASH LLP POOLED IOLTA ACCT THE CASCADIA PROJECT LLC ATTN ACCOUNTING D | 10/13 | 15,000.00 |
| 270968700694528 IRS USATAXPYMT | 10/14 | 134.53 |
| Federal Tax Deposit | 10/15 | 4,265.31 |
| ONLINE TRANSFER TO BUSINESS CHECKING-5566 | 10/15 | 10,000.00 |
| OWT MILLER NASH LLP POOLED IOLTA ACCT THE CASCADIA PROJECT LLC ATTN ACCOUNTING D | 10/15 | 125,000.00 |

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE.........BALANCE | DATE...........BALANCE | DATE..........BALANCE |
|---|---|---|
| 10/01    23,344.89 | 10/09    10,335.63 | 10/20   114,608.18 |
| 10/02    22,867.25 | 10/13    38,855.63 | 10/22   105,532.52 |
| 10/05    16,620.55 | 10/14   131,833.47 | 10/23    96,924.09 |
| 10/06    35,970.81 | 10/15   192,568.16 | 10/26    96,721.29 |
| 10/07    29,869.45 | 10/16   186,959.05 | 10/27    96,633.88 |
| 10/08    21,033.29 | 10/19   164,957.70 | 10/28    86,483.88 |

355-07 8/03     601 Union Street, Suite 3600  Seattle, Washington 98101  (206) 292-3900  Fax (206) 625-9457

# CP CK Reonc Oct'09

## Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Previous Balance: | 9/30/09 | | 25,978.15 |
| Checks and Payments | 69 | Items | -319,494.27 |
| Deposits and Other Credits | 6 | Items | 380,000.00 |
| Ending Balance of Bank Statement: | 10/30/09 | | 86,483.88 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | | |
|---|---|---|---|---|
| Cleared Balance: | | | | 86,483.88 |
| Checks and Payments | 16 | Items | -43,013.62 | -60,360.89 |
| Deposits and Other Credits | 1 | Item | | 0.00 |
| Register Balance as of 10/31/09: | | | 43,470.26 | -26,113.99 |
| Checks and Payments | 0 | Items | | 0.00 |
| Deposits and Other Credits | 0 | Items | | 0.00 |
| Register Ending Balance: | | | | 26,113.99 |
| | | | | 43,470.26 |

## Uncleared Transaction Detail after 10/31/09

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| Uncleared Checks and Payments | | | | | | |
| *PRE-petition* | | | | | | |
| 7/14/08 | 6621 | Pierce County | Discovery Center sewer ... | [Cap-Discovery Center] | | -50.00 |
| 4/30/09 | 10106 | Mark Enebrad | 4/28/09 PCo permit 198t... | [Cap-Permit] | | -75.00 |
| 9/25/09 | 10246 | Pierce County | trailer alarm register | [Cap-Mgmt] | | -24.00 |
| 10/6/09 | 10257 | Katheryn Heath | 12 months land lease 3/... | Marketing Exp | | -1,800.00 |
| 10/6/09 | 10260 | Roday Signage LLC | signage #9-0049,9-0096... | Marketing Exp | | -640.25 |
| 10/14/09 | 10263 | Gordon, Thomas, Honeyw... | 3/11/09 #631286 legal c... | [Cap-Legal] | | -10,000.00 |
| 10/15/09 | 10266 | Atlas Construction Special... | 7/30/09#01626108 brac... | [Cap-Discovery Center] | | -39.35 |
| 10/15/09 | 10268 | Corr Cronin Michelson Ba... | 8/31/09#3 legal | Legal Service | | -456.50 |
| 10/15/09 | 10277 | Media Portfolio | 9/2/09#0907.CS11a  pre... | Marketing Exp | | -4,000.00 |
| 10/15/09 | 10295 | Thompson Smitch Consult... | 2 pr consulting invs | Marketing Exp | | -5,000.00 |
| 10/15/09 | 10297 | United Site Services | Discovery Center temp f... | Marketing Exp | | -261.02 |
| 10/15/09 | 10298 | Valtus Capital Group | 9/23/09#148 Aug & Sep ... | Consulting Svcs | | -20,000.00 |
| 10/15/09 | 10299 | Water Buffalo Inc. | 9/9/09#5925 trailer water... | [Cap-Mgmt] | | -167.50 |
| ~~10/15/09~~ | ~~10300~~ | ~~Pierce County~~ | ~~09 2nd half property tax~~ | ~~Tax:Property~~ | | ~~-17,356.27~~ *Void* |
| 10/21/09 | 10303 | Pierce County | open space application | Bus. Exp | | -250.00 |
| 10/21/09 | 10304 | Pierce County | open space application | Bus. Exp | | -250.00 |

Total Uncleared Checks and Payments            *15* ~~16~~   Items          ~~-60,369.89~~
                                                                                                    -43,013.62

Uncleared Deposits and Other Credits

| 10/21/09 | 10302 | **VOID** | | | | 0.00 |

Total Uncleared Deposits and Other Credits            1     Item                           0.00

Total Uncleared Transactions            ~~17~~   Items          ~~-60,369.89~~
                                                    *16*                                   -43,013.62

**The Cascadia Project LLC**
Checking Account Register
10/16/09-10/31/09

| Date | Check# | Vender | Amount |
|------|--------|--------|--------|
| Beginning Book Balance 10/16/09 | | | $ 43,970.26 |
| 10/21/09 | 10303 | Pierce County | (250.00) |
| 10/21/09 | 10304 | Pierce County | (250.00) |
| Total Disbursement 10/16/09 - 10/31/09 | | | (500.00) |
| Ending Book Balance 10/31/09 | | | $ 43,470.26 |

| Debtor | Cascadia Project LLC | Case Number ⇨ | 09-20780 |
|---|---|---|---|
| | | Report Mo/Yr ⇨ | 10/2009 |

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| **Depository (bank) name** ⇨ | The Commerce Bank of Washington |
|---|---|
| **Account number** ⇨ | Money Market account # ▮▮2375 . |

Purpose of this account (select one):
- ☑ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | | | |
|---|---|---|---|
| Beginning cash balance | | | $ 1,529.29 |
| Add: | Transfers in from other estate bank accounts | | |
| | Cash receipts deposited to this account   Interest | | 0.63 |
| | Financing or other loaned funds (identify source) | | |
| Total cash available this month | | | 1,529.92 |
| Subtract: | Transfers out to other estate bank accounts | | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | | |
| Adjustments, if any (explain) | | | |
| Ending cash balance | | | $ 1,529.92 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number __2__ of __5__

# THE COMMERCE BANK
## OF WASHINGTON

ACCOUNT: ███2375



RECEIVED
NOV 0 5 2009
...ADIA PROJECT

The Cascadia Project, LLC
11232 NE 15th Street #201
Bellevue WA  98004-3719

&lt;T&gt; 30
0
0

```
================================================================
     The Commerce Bank of Washington will be closed on Wednesday,
     November 11th in observance of Veterans Day and Thursday, November 26th
     in observance of Thanksgiving Day
     As there will be no regular courier service, please contact Barbara at
     (206) 292-3900 the previous business day if you need a special delivery.
     Thank you for your continued business.

================================================================
                    Money Market ACCOUNT ███2375
================================================================
```

|                          |          | LAST STATEMENT 09/30/09 | 1,529.29 |
|--------------------------|----------|-------------------------|----------|
| INTEREST THIS STATEMENT  | .63      | 1 CREDITS               | .63      |
| INTEREST PAID 2009       | 1,139.55 | DEBITS                  | .00      |
| MINIMUM BALANCE          | 1,529.29 | THIS STATEMENT 10/30/09 | 1,529.92 |
| AVG AVAILABLE BALANCE    | 1,529.29 |                         |          |
| AVERAGE BALANCE          | 1,529.29 |                         |          |

```
        - - - - - - - OTHER CREDITS - - - - - - - -
```

| DESCRIPTION        | DATE  | AMOUNT |
|--------------------|-------|--------|
| INTEREST AT .5012 %| 10/30 | .63    |

```
        - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
10/30       1,529.92

                    - END OF STATEMENT -
```

ENTERED

NOV 0 9 2009

355-07 8/03        601 Union Street, Suite 3600   Seattle, Washington 98101   (206) 292-3900   Fax (206) 625-9457

Debtor  Cascadia Project LLC

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | | |
|---|---|---|
| **Depository (bank) name** ⇨ | Home Street Bank | |
| **Account number** ⇨ | Money Market account # ███6012 | |

Purpose of this account (select one):
- ☐ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☑ Other (explain) Restricted Escrow account

| | | |
|---|---|---|
| Beginning cash balance | | $ 113,845.72 |
| Add: Transfers in from other estate bank accounts | | |
| Cash receipts deposited to this account Interest | | 134.49 |
| Financing or other loaned funds (identify source) | | |
| Total cash available this month | | 113,980.21 |
| Subtract: Transfers out to other estate bank accounts | | |
| **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $113,980.21 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number  3  of  5

# HomeStreet Bank®

Last statement: September 30, 2009
This statement: October 31, 2009
Total days in statement period: 31

Direct inquiries to:
800 719-8080

CASCADIA DEVELOPMENT CORPORATION
11232 NE 15TH STREET SUITE 201
BELLEVUE WA 98004-3739

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

**RECEIVED**
**NOV 0 4 2009**
**CASCADIA PROJECT**

*ON MONDAY, 10-12-09 HOMESTREET IS SWITCHING TO THE MONEYPASS NETWORK OF SURCHARGE FREE ATMS. NOW, IN ADDITION TO HOMESTREET ATMS, YOU CAN ACCESS YOUR CHECKING AND SAVINGS SURCHARGE FREE AT MORE THAN 900 US BANK ATMS IN WASHINGTON AND OREGON PLUS ALL BANK OF HAWAII ATMS. (NOTE: OUR KEY BANK ATM SURCHARGE FREE NETWORK WILL BE DISCONTINUED 11/30/09) FOR ATM LOCATIONS VISIT: MONEYPASS.COM OR BOH.COM*

## Business Partnership MM

| | | | |
|---|---|---|---|
| Account number | ████6012 | Beginning balance | $113,845.72 ✓ |
| Low balance | $113,845.72 | Total additions | 134.49 ✓ |
| Average balance | $113,845.72 | Total subtractions | 0.00 |
| Interest paid year to date | $1,360.50 | Ending balance | $113,980.21 ✓ |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 10-31 | Interest Credit | 134.49 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 113,845.72 | 10-31 | 113,980.21 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 1.40% |
| Interest-bearing days | 31 |
| Average balance for APY | $113,845.72 |
| Interest earned | $134.49 |

**ENTERED**
**NOV 0 9 2009**

*Thank you for banking with HomeStreet Bank*

This contains 30% recycled
post-consumer waste fiber.  **FDIC**

### UST-14, CONTINUATION SHEET
### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

INSTRUCTIONS:   Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name**   ⇨ | Key Bank |
| **Account number**   ⇨ | Money Market account # ▆▆▆▆7295 |

Purpose of this account (select one):
☒ General operating account
☐ General payroll account
☐ Tax deposit account (payroll, sales, gambling, or other taxes)
☐ Other (explain) _____

| | |
|---|---|
| Beginning cash balance | $21.83 |
| Add:   Transfers in from other estate bank accounts | |
| Cash receipts deposited to this account | |
| Financing or other loaned funds (identify source) | |
| Total cash available this month | 21.83 |
| Subtract:   Transfers out to other estate bank accounts | |
| **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | |
| Ending cash balance | $21.83 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement);   N/A | ☐ | ☒ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☒ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☒ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☒ |

UST-14 CONTINUATION SHEET, Number   4   of   5

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

INSTRUCTIONS:   Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨ | Home Street Bank |
| **Account number** ⇨ | Money Market account # ▆▆▆5859 |

Purpose of this account (select one):
- ☐ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☑ Other (explain)  _Restricted escrow account_

| | | |
|---|---|---|
| Beginning cash balance | | $234,219.29 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account  Interest | 266.95 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 234,486.24 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $234,486.24 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number  **5**  of  **5**

# ⌂ HomeStreet Bank®

RECEIVED
NOV 1 8 2009
CASCADIA PROJECT

Direct inquiries to:
800 719-8080

HB IN TRUST FOR THE CASCADIA PROJECT LLC
601 UNION ST STE 2000 RENOVATION DEPT
SEATTLE WA 98101-1378

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

*ON MONDAY, 10-12-09 HOMESTREET IS SWITCHING TO THE MONEYPASS NETWORK OF SURCHARGE FREE ATMS. NOW, IN ADDITION TO HOMESTREET ATMS, YOU CAN ACCESS YOUR CHECKING AND SAVINGS SURCHARGE FREE AT MORE THAN 900 US BANK ATMS IN WASHINGTON AND OREGON PLUS ALL BANK OF HAWAII ATMS. (NOTE: OUR KEY BANK ATM SURCHARGE FREE NETWORK WILL BE DISCONTINUED 11/30/09) FOR ATM LOCATIONS VISIT: MONEYPASS.COM OR BOH.COM*

## HB Money Market

| | | | |
|---|---|---|---|
| Account number | ████5859 | Beginning balance | $234,219.29 |
| Low balance | $234,219.29 | Total additions | 266.95 |
| Average balance | $234,219.29 | Total subtractions | 0.00 |
| Interest paid year to date | $2,852.93 | Ending balance | $234,486.24 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 10-31 | Interest Credit | 266.95 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 234,219.29 | 10-31 | 234,486.24 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 1.35% |
| Interest-bearing days | 31 |
| Average balance for APY | $234,219.29 |
| Interest earned | $266.95 |

ENTERED
NOV 1 8 2009

*Thank you for banking with HomeStreet Bank*

This contains 30% recycled
post-consumer waste fiber.  ⊕  **FDIC**



## UST-14, SUMMARY OF DISBURSEMENTS (contd.)

### Payments on Pre-Petition Unsecured Debt (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?  Yes ☐  No ☑  If "Yes", list each payment.

| Payee's name | Nature of payment | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to Attorneys and Other Professionals (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?  Yes ☐  No ☑
If "Yes", list each payment.

| Professional's name | Type of work performed | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to an Officer, Director, Partner, or Other Insider of The Debtor

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?  Yes ☐  No ☑  If "Yes", list each payment.

| Payee's name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**INSTRUCTIONS:** Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment(explain).

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1) At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition and post-petition accounts receivable; and,

2) During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☐ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition receivables | 3,817,170 | 3,719,067 | | | 98,103 | 98,103 * |
| Post-petition receivables | | | | | | |
| TOTALS | | | | | | |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

\* These pre-petition receivables are presently uncollectible.

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor?    **If yes, explain.**

No

### Accounts Receivable Reconciliation    No activity since filing

| | |
|---|---|
| Closing balance from prior month | |
| New accounts receivable added this month | |
| Subtotal | |
| Less accounts receivable collected | |
| Closing balance for current month | |

Debtor __Cascadia Project LLC__

### UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART A - TAXES

INSTRUCTIONS:   Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor did not have any unpaid post-petition taxes which includes both current and delinquent tax obligations.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 10.

**Reconciliation of Unpaid Post-Petition Taxes**

| Type of tax | (1) Unpaid post-petition taxes from prior reporting month | (2) Post-petition taxes accrued this month (new obligations) | (3) Post-petition tax payments made this reporting month | (4) Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| Federal Taxes | | | | |
| Employee withholding taxes | | 2,276.56 | | 2,276.56 |
| FICA/Medicare--Employee | | 552.99 | | 552.99 |
| FICA/Medicare--Employer | | 552.99 | | 552.99 |
| Unemployment | | 9.06 | | 9.06 |
| State Taxes | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | 3.99 | | 3.99 |
| Empl. Security Dept. | | 38.94 | | 38.94 |
| Other Taxes | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property  ✗ | | | | |
| Other | | | | |
| Total Unpaid Post-Petition Taxes | | | | $ 3,434.53 |

✗ 2nd half 2009 taxes are considered as pre-petition.

Debtor _Cascadia Project LLC_

Case Number ⇨ 09-20780

Report Mo/Yr ⇨ 10/2009

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES (contd.)

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

## UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART B - OTHER PAYABLES

**INSTRUCTIONS:** Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here ☐ If the debtor asserts the statement is correct, and skip to PART C - ESTIMATED PROFESSIONAL FEES on Page 12.

### Reconciliation of Post-Petition Payables (excluding taxes and professional fees)

| | | |
|---|---|---|
| Closing balance from prior month _October 15, 2009_ | | -0- |
| New payables added this month | | 33,912.58 |
| Subtotal | | 33,912.58 |
| Less payments made this month | | 500.00 |
| Closing balance for this reporting month | $ | 33,412.58 |

### Breakdown of Closing Balance by Age

| | | |
|---|---|---|
| Current portion | | 33,412.58 |
| Past due 1-30 days | | |
| Past due 31-60 days | | |
| Past due 61-90 days | | |
| Past due over 90 days | | |
| Total | $ | 33,412.58 |

For accounts payable <u>more than 30 days past due</u>, explain why payment has not been made:

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES (contd.)

**INSTRUCTIONS:** List each post-petition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report:  1) clearly separates pre-and post-petition accounts payable, and, 2) identifies each delinquent payable by vendor's name, invoice date, invoice amount, and payment due date.

### Delinquent Post-Petition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Case 09-20780-KAO    Doc 64    Filed 11/20/09    Entered 11/20/09 12:59:02    Page 27 of 30

Debtor ___Cascadia Project LLC___

Case Number ⇨ 09-20780

Report Mo/Yr ⇨ 10/2009

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:** Report only <u>post-petition</u> professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Fees and expenses from prior months | ~~Estimated~~ Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | 125,000 | | 25,000 | 25,000 |
| Debtor's accountant | | | | |
| Debtor's other professional (explain) | | | | |
| Trustee's counsel | | | | |
| Creditors' Committee Counsel | | | 2,000 | 2,000 |
| Creditors' Committee other | | | | |
| Total estimated post-petition professional fees and costs | | | | $ 27,000 |

Case 09-20780-KAO    Doc 64    Filed 11/20/09    Entered 11/20/09 12:59:02    Page 28 of 30

Debtor _Cascadia Project LLC_

Case Number ⇨ 09-20780
Report Mo/Yr ⇨ 10/2009

## UST-17, OTHER INFORMATION

INSTRUCTIONS: Answer each question fully and attach additional sheets if necessary to provide a complete response.

|  | Yes | No |
|---|---|---|

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.*

Yes ☐  No ☑

| | Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| | | | | Total _____ | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source?

Yes ☐  No ☑

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

**Question 3 - Insider Loans/Capital Contributions.** During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor?

Yes ☐  No ☑

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

Case 09-20780-KAO   Doc 64   Filed 11/20/09   Entered 11/20/09 12:59:02   Page 29 of 30

Debtor  Cascadia Project LLC

## UST-17, OTHER INFORMATION

|  | Yes | No |
|---|---|---|
| **Question 4 - Insurance and Bond Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☑ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

|  | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? **If yes, explain.** | ☐ | ☑ |
| Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond. **If yes, explain.** | ☐ | ☑ |

**Question 5 - Personnel Changes.** Complete the following:

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 5 | 1 |
| Employees added |  |  |
| Employees resigned/terminated |  |  |
| Number employees at end of month | 5 | 1 |
| **Gross Monthly Payroll and Taxes** | $ 19,375.75 | |

**Question 6 - Significant Events.** Explain any significant new developments during the reporting month.

None

**Question 7 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Interview potential financial advisor