

# The Herbrand Company
*A Land Investment Company*

November 23, 2009

FILED
U.S. Bankruptcy Court
Western District of Washington

NOV ?? 2009

MARK L. HATCH JR, CLERK
OF THE ???

The Honorable Karen Overstreet
United States Courthouse
700 Stewart Street, Room 6301
Seattle, WA 98101

Reference: Case No. 09-20780-KAO

Your Honor:

The Herbrand Company is a creditor in the above referenced case against The Cascadia Project, LLC. We filed our Proof of Claim the first week of November, 2009. A copy of our Timber Cutting Right Contract with Cascadia was included with the Proof of Claim. In the Timber Cutting Right Contract, The Herbrand Company (Logger) was given exclusive logging rights until March 31, 2015. Cascadia then went and hired a different contractor who has been logging the property. Rather than bring suit against Cascadia at that time, we sent a letter demanding payment for helicopter expenses and a timber appraisal completed by us for them. (These things would normally be included in our contract with them, but when Cascadia hired another contractor to do the logging, we sent a letter asking for reimbursement. A copy of this letter was also included with our Proof of Claim.)

We would like to know why logging is being allowed to continue on the project. We would also like to know when you expect we might receive payment for our services.

An answer would be appreciated. Thank you for your time regarding this matter.

Sincerely,

Keith N. Herbrand
President

C: HomeStreet Bank, Jeff Todhunter