The Honorable Karen A. Overstreet
Chapter 11
Hearing Date: December 18, 2009
Hearing Time: 9:30 a.m.
Hearing Location: 700 Stewart St, 7th Floor
Seattle, WA
Response Date: At the Hearing

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

THE CASCADIA PROJECT LLC,
EIN: 20-4188863,

Debtor.

Case No. 09-20780-KAO

DECLARATION OF JOHN LADENBURG IN SUPPORT OF MOTION FOR ORDER: 1) DETERMINING THAT CERTAIN PROCEEDS ARE INCOME, 2) SETTING HEARING DATE ON SALE OF EASEMENT RIGHTS TO PUGET SOUND ENERGY, AND 3) EXTENDING THE 90 DAY PERIOD UNDER 11 U.S.C. §362(d)(3) FOR CAUSE

I, John Ladenburg, hereby declare as follows:

1. I am the Chief Operating Officer for The Cascadia Project LLC, debtor and debtor in possession herein ("Debtor" or "Cascadia"). I have personal knowledge of the facts set forth below and I am competent to testify thereto.

2. I have been Chief Operating Officer of Cascadia since November 1, 2009. Prior to that, beginning on January 1, 2009, I was a consultant to the Debtor. My duties are to identify and negotiate developments projects, and to see these projects through to conclusion. These projects include the negotiation of sales and leases.

3. Prior to 2009 I served for eight years as the County Executive of Pierce County, overseeing 3,000 employees and an annual budget of $850 million. I have a great deal of

DECLARATION OF JOHN LADENBURG IN SUPPORT OF MOTION
FOR ORDER: 1) DETERMINING ... FOR CAUSE - 1

SEADOCS:410781.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 09-20780-KAO    Doc 107    Filed 12/14/09    Entered 12/14/09 16:15:08    Page 1 of 9

experience in development of major projects and in the area of economic development. I served as chair of Sound Transit for four years. When I began as chair, Sound Transit's light rail project was only eight percent (8%) complete. When I left four years later, the light rail project was 85% complete. For four years, I served as chair of four county Central Puget Sound Economic Development Board, for King County, Pierce County, Snohomish County and Kitsap County. I also served as President of the Puget Sound Regional Council and as Co-Chair of Prosperity Partnership, which has more than 400 area businesses participating. In addition to my extensive development work, I have lectured on economic development in many locations, as far away as Stockholm. In 2006 I was awarded the Governor's Award for Economic Development 2006 (highest State Award). While I was County Executive of Pierce County I oversaw the building of the county's Environmental services building, new Public Works Maintenance Facility and remodeling of the County City Building all of which received environmental recognition and exceptional "LEEDS" ratings. I also oversaw the development of the Chambers Bay Golf Course, a golf course which has gained international recognition, and is the only Audubon Signature Course in Washington State. I also now serve on the Executive Committee of the Seattle Urban Land Institute. (See attached complete biography of John Ladenburg.)

4. I believe that "building green" is important to the future of Pierce County and has far wider implications for our country and the world. This is one of the things that brought me to work for Cascadia. The Cascadia community will have manufacturing, industry, retail, offices, housing, resorts, parks, trails and community centers, as well as other amenities, all built with energy efficient buildings and sited so that residents will be able to walk to work, walk to school and walk to do their shopping. Governments can only demand the "lowest common denominator" in their zoning and building codes, it takes a single owner project like this one to demand higher "green and sustainable" standards that can become the future standard.

DECLARATION OF JOHN LADENBURG IN SUPPORT OF MOTION
FOR ORDER: 1) DETERMINING ... FOR CAUSE - 2

SEADOCS:410781.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 09-20780-KAO   Doc 107   Filed 12/14/09   Entered 12/14/09 16:15:08   Page 2 of 9

processes. If HomeStreet Bank is able to foreclose on Cascadia's property and will sell to anybody, the "green" focus will disappear and the bottling company will not build at Cascadia. We are negotiating to establish the square footage price for the 50 acre parcel and the optional additional 50 acre parcels, both of which parcels have been identified by the bottling company. This is a multimillion dollar project that is in final negotiations. Cascadia needs to calculate the cost to bring additional infrastructure and utilities to the site in its industrial park, including power from Puget Sound Energy, water from Tacoma City Water, waste water, roads, etc. Thomas Uren is working on this. I believe will obtain a deal and close unless something unforeseen happens, or HomeStreet Bank is allowed to foreclose.

       7.     <u>Other Aspects and Opportunities</u>. I believe that when Cascadia is back up and running, after confirming its plan and obtaining equity funding, then, based on its comprehensive green community plan, it has a very good chance of obtaining grant money for a waste water treatment plant, "Built Green" schools, and a discovery center. Because Cascadia is one owner, it can control the entire development process, keeping it "green". No one is going to build green cities unless someone first builds a green city which is Patrick Kuo's vision. For a more detailed overview of Mr. Kuo's vision for Cascadia and all it can offer, see Exhibit A and Exhibit P to the Affidavit of Jeffrey Todhunter in Support of Homestreet's Motion for Determination that The Cascadia Project LLC is a Single Asset Real Estate Debtor [Dkt. #22]. A green city, which can lead the way for building other green cities, has to come from one owner who will demand green building. The Pierce County building code will not result in a green city, if HomeStreet forecloses. I have some experience with what leadership in energy efficiency matters can do. When I was on the Tacoma City Council, amid great skepticism the council adopted new code to make homes more energy efficient and to conserve power, including requirements for more insulation, double pane windows and the like. Despite builder reluctance, the code worked, energy efficient homes were built and sold well. Two years later, the State of

DECLARATION OF JOHN LADENBURG IN SUPPORT OF MOTION
FOR ORDER: 1) DETERMINING ... FOR CAUSE - 6

SEADOCS:410781.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 09-20780-KAO    Doc 107    Filed 12/14/09    Entered 12/14/09 16:15:08    Page 3 of 9

I believe that a successful Cascadia project will modify and improve both building codes and land use throughout Washington State.

5. Pierce County Government and the Department of Economic Development support the Cascadia development and are very much in favor of this project, which will allow people to work near where they live rather than commute from Pierce County to King County for work.

6. I work with Charles Lappenbusch, an outside contractor to Cascadia, and Thomas E. Uren, an engineer employed by Cascadia, in developing various projects for Cascadia, which projects are consistent with the "green" philosophy of Cascadia and described below[1]:

(a) <u>Easement Sale to Puget Sound Energy</u>. I am supervising the negotiations of the sale of an easement to Puget Sound Energy ("PSE"). The easement, across the north 50 feet of Cascadia's property, will provide with new regional feeder line with 640KV capacity. It will also provide needed power for Cascadia's future development. The net sales price will be slightly less than $550,000. Assuming timely court approval, I believe this can sale can close and be funded prior to January 13, 2009. I believe the purchase price is above market, and that Cascadia is receiving a premium price because Puget Sound Energy has no other route available to it because the surrounding area is built up with residential housing. The power line will go through northern border of Cascadia, next to an existing buffer and right of way owned by Tacoma City Water. I believe, but am not certain, that if Cascadia is allowed to close the sale to PSE before January 13, 2009 and use the funds to pay monthly payments to HomeStreet Bank, Cascadia can generate additional income from sales to make monthly payments to HomeStreet pending plan confirmation.

---

[1] By December 17, 2009, I plan to furnish counsel for Cascadia with copies of the related contracts and letters of intent regarding the projects, as they are available.

DECLARATION OF JOHN LADENBURG IN SUPPORT OF MOTION
FOR ORDER: 1) DETERMINING ... FOR CAUSE - 3

SEADOCS:410781.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 09-20780-KAO    Doc 107    Filed 12/14/09    Entered 12/14/09 16:15:08    Page 4 of 9

(b) <u>Negotiations with American Tower</u>. Cascadia has reached agreement on basic terms for a 25 year lease with American Tower. American Tower is the largest communications tower company in the United State, owning and operating over 20,000 towers. American Tower will build a 500 foot communications tower on a 1/3 acre site in Cascadia's industrial area, and the tower is already fully permitted by the FAA. The contract must be finalized and approved by this Court. In addition, American Tower needs its construction permit, which should take not more than 60 days. Prior to construction, Cascadia will receive an $70,000 payment to compensate Cascadia for its due diligence which established that the tower will have a transmission signal for cell phone, microwave, television, radio and other uses reaching from Olympia to Seattle, as well as all of Pierce County. The base rent will be $2,250 monthly, with a three percent (3%) annual increase for each year of the lease. American Tower will spend an estimated 1.5 million dollars ($1,500,000) to build the tower. The site is very desirable for a tower placement. In addition to the base rent, Cascadia will be paid an additional 20% of the annual rent they receive from tenants on the tower every year. I anticipate that because of the desirable location and the strength and experience of American Tower, the tower will be generating between 150k to 200k per year of rent to Cascadia by time it is fully subscribed, which will take one to two years. <u>Sand and Gravel Mining.</u> Cascadia is working on restarting its gravel mining operations, subcontracting with Miles Sand & Gravel. Miles Sand & Gravel is in the final permitting process for what will eventually be a 30 acre site. Once the pit is operational (and I estimate that it will be operational within approximately 60 days), the pit operations should generate approximately $800k per year to Cascadia for the next 20 years. The gravel pit is in phase 3 of the comprehensive development plan and will not interfere with development. Rather, having the operational gravel pit on site will help with development. Cascadia and its developers won't have to import sand, gravel and topsoil. More than half of the cost of gravel is in its transportation. Having the operations on

DECLARATION OF JOHN LADENBURG IN SUPPORT OF MOTION
FOR ORDER: 1) DETERMINING ... FOR CAUSE - 4

SEADOCS:410781.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 09-20780-KAO   Doc 107   Filed 12/14/09   Entered 12/14/09 16:15:08   Page 5 of 9

site is very unusual, very advantageous to Cascadia, and the operations will be more profitable because of the low transportation costs. In addition, Cascadia has permitting for 1,000 truck trips a month to send gravel offsite, for sale for use on, for instance, road projects. Cascadia will reclaim the gravel mining site when mining is finished. We expect this to generate income of between $10-20 thousand a month for Cascadia during construction season and for many years to come.

      (c)      <u>Green Housing Initiative</u>. We are concluding a letter of intent with a "green" home builder from Florida, Stalwart Homes ("Stalwart"). Stalwart builds LEEDS Platinum Homes**, _which are homes much more energy efficient than the Master Builder's Built Green standard. Home energy efficiency is rated in the following order_**, most efficient to least: platinum, gold, silver and bronze. There are only a handful of platinum rated homes in Washington to date. Platinum rated homes use approximately half the average energy of an average same size home in Washington. This rating has <u>a number of advantages</u>: it benefits the environment, it saves the homeowner money, and I believe it will thus increase the amount that buyers can borrow for purchase. Stalwart's experience is in fact that larger loans are available to buyers based on the home having smaller maintenance and operations cost. As a result of my work with the Urban Land Institute, I am aware of studies showing that buyers in Washington State will pay a premium for energy efficient homes. If we are able to reach an agreement with Stalwart, I believe Cascadia could have five model homes on its property as early as April, 2010. This will require some investment by Cascadia.

      (d)      <u>Bottled Water Company</u>. I am negotiating with a water bottling company for the sale of a 50 acre parcel and an option on another 50 acres in Cascadia's 600 acre industrial parcel. The bottling company wants to build a "super green" plant, and is particularly interested in building in Cascadia because Cascadia will be a green community, and the bottling company wants to be among other businesses which have "green" buildings and manufacturing

DECLARATION OF JOHN LADENBURG IN SUPPORT OF MOTION
FOR ORDER: 1) DETERMINING ... FOR CAUSE - 5

SEADOCS:410781.1

**MILLER NASH** LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 09-20780-KAO   Doc 107   Filed 12/14/09   Entered 12/14/09 16:15:08   Page 6 of 9

Washington adopted the Tacoma code as the new State Energy Code. My 27 years experience in local government tells me that this is how change is effected. Someone has to lead into a new direction like building a "green" city, before the majority of government can demand a new standard. Cascadia is that kind of paradigm changer for Washington State and perhaps for the nation.

8. <u>Green River Floodway</u>. I have negotiated with a number of businesses that currently have plants or offices in the Green River floodway and are considering moving to the higher ground of Cascadia. The Howard Hanson dam is in a weakened condition and the Army Corps of Engineers has estimated there is a 20% chance that this winter it will have to release enough water to cause some flooding. Businesses in the Kent Valley are very nervous about flooding in next five years. I believe that some businesses in the Kent Valley will relocate to Cascadia in the next few years, starting with the bottling plant and possibly including some data-intensive businesses that cannot risk losing power and computers to this new threat

9. <u>Sumner School District</u>. We at Cascadia are negotiating two separate matters with the Sumner School District (the "School District"). The School District has picked out a site for a new middle school and has ~~had the site appraised~~ *provided a letter of interest*. I have been informed that Cascadia will receive an offer from the School District in early January 2010. This sale should exceed $1 million. Several years ago, Cascadia sold land for the now built and operating Elementary School Number 9 for a purchase price of $3.7 million. Part of the purchase price was deferred. The deferred amount of the purchase price for School No. 9 is $2.7 million. We are in discussions to reduce that amount to present value and then have the School District make a discounted cash payment on the deferred reduced balance. These are substantive discussions, and the School District will get back to us in early January 2010 as to whether the School District wants to negotiate a cash-out or not.

DECLARATION OF JOHN LADENBURG IN SUPPORT OF MOTION
FOR ORDER: 1) DETERMINING ... FOR CAUSE - 7

SEADOCS:410781.1

**MILLER NASH** LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 09-20780-KAO   Doc 107   Filed 12/14/09   Entered 12/14/09 16:15:08   Page 7 of 9

10. <u>The Project Has Several Aspects</u>. This project is not a "housing project" but also includes commercial, retail, and industrial uses. Immediate house sales are not necessary for this project to be viable and to present a confirmable plan of reorganization. I do not believe that HomeStreet Bank could realize the "green" vision or produce jobs like Cascadia can do if it is given the chance. Should Homestreet succeed in taking the land, I believe that the Cascadia Master Plan, which took over 15 years to complete will be destroyed and significant land use changes will take place. Under the Pierce County Land Use Code, Cascadia is listed as a "Employment Center", a land use term used to describe an area where the County wants and expects business and industry to locate, creating more jobs than residents. Pierce County remains very supportive of Cascadia and its long-range plans and this is why Denise Dyer, the Pierce County Director of Economic Development was at the initial status conference to speak in favor of Cascadia. <u>Effect of a Foreclosure by HomeStreet Bank</u>. I believe that if HomeStreet Bank obtains relief from stay and forecloses, all the above will come to a screeching halt to the disadvantage of all the constituencies in the case, including but not limited to: current creditors, including HomeStreet Bank itself; Pierce County in general through the loss of potential jobs; businesses that want to locate operations; and both the Pacific Northwest region and the United States because of the loss of the opportunity to build a green community that will lead the way to greater energy efficiency for cities. To my knowledge there are only about a dozen other projects in the world trying to do this, all of which are governmental projects, and all of which are only in the initial stages. Cascadia is like no other project this region has ever seen or is likely to ever see if it is allowed to disappear in these proceedings.

Pursuant to 28 U.S.C. §1746, I declare on penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF JOHN LADENBURG IN SUPPORT OF MOTION
FOR ORDER: 1) DETERMINING ... FOR CAUSE - 8

SEADOCS:410781.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

| | |
|---|---|
| 1 | |
| 2 | SIGNED this 14th day of December, 2009, at Bellevue, Washington. |
| 3 | |
| 4 | _____ |
| 5 | John Ladenburg<br>Chief Operating Officer |

DECLARATION OF JOHN LADENBURG IN SUPPORT OF MOTION
FOR ORDER: 1) DETERMINING ... FOR CAUSE - 9

SEADOCS:410781.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 09-20780-KAO   Doc 107   Filed 12/14/09   Entered 12/14/09 16:15:08   Page 9 of 9