HONORABLE KAREN A. OVERSTREET
CHAPTER 11

HEARING DATE: **DECEMBER 18, 2009**
HEARING TIME: **9:30 A.M.**
LOCATION: **ROOM 7206, SEATTLE**
RESPONSE DUE: **DECEMBER 16, 2009**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| In re | Chapter 11<br>Bankruptcy No. 09-20780 |
| THE CASCADIA PROJECT LLC, | |
| Debtor. | **OBJECTION OF HOMESTREET BANK TO FINAL ORDER ON DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364(c)** |

HomeStreet Bank ("HomeStreet") objects to the Debtor's request for a final order approving post-petition financing, to the extent that it would provide for DIP financing after the week of January 15, 2010.

The Court has determined that the Debtor's real property is single asset real estate. As a result, the Debtor is required to commence making monthly payments to HomeStreet, or file a plan with a reasonable possibility of being confirmed within a reasonable time, within 90 days after the Debtor's petition date. The 90-day deadline is January 13, 2010.

Page 1 - **OBJECTION OF HOMESTREET BANK TO FINAL ORDER ON DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364(c)**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\686692\1

Case 09-20780-KAO    Doc 112    Filed 12/16/09    Entered 12/16/09 14:26:42    Page 1 of 4

1    The Debtor has stated on the record that it will be unable to propose a plan without a

2    substantial equity infusion, which it has been seeking for nearly a year to no avail.  Accordingly,

3    the Debtor has proposed to commence making monthly interest payments.  However, the

4    Debtor's proposed sources for the interest payments are all from the liquidation of HomeStreet's

5    collateral.  The Debtor cannot use the liquidation proceeds of HomeStreet's collateral to make

6    the required interest payments.  HomeStreet is entitled to those liquidation proceeds separate and

7    apart from the interest payments.

8        The Debtor will be unable to commence making monthly payments or file a confirmable

9    plan by the January 13, 2010 deadline.  HomeStreet is filing a motion for relief from the

10   automatic stay, which it will set for hearing on January 15, 2010.  Assuming that the automatic

11   stay will be lifted at that time to allow HomeStreet to foreclose on the Debtor's primary asset, at

12   that point many of the line items in the Debtor's DIP financing budget will no longer be

13   necessary.  Accordingly, the Court should not authorize DIP financing for periods subsequent to

14   the week of January 15, 2010.

15

16       DATED:  December 16, 2009                    BALL JANIK LLP

17                                                    By: /s/ Brad T. Summers
                                                         Brad T. Summers, WSBA No. 35281
18
                                                         Attorneys for HomeStreet Bank
19

20

21

22

23

24

25

26

Page 2 -  **OBJECTION OF HOMESTREET BANK TO FINAL ORDER ON DEBTOR'S
          EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING
          POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364(c)**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\686692\1

Case 09-20780-KAO    Doc 112    Filed 12/16/09    Entered 12/16/09 14:26:42    Page 2 of 4

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I served copies of the foregoing **OBJECTION OF HOMESTREET BANK TO FINAL ORDER ON DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364(c)** on the following parties **by CM/ECF**:

- Robert N Amkraut    ramkraut@riddellwilliams.com, cseelhoff@riddellwilliams.com

- William L. Beecher    billbeecher@beecherandconniff.com, beecher.bill@gmail.com

- Thomas A Buford    Thomas.A.Buford@usdoj.gov, Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov

- David W. Criswell    dcriswell@balljanik.com, swylen@balljanik.com

- Brian L. Green    blg@mcgavick.com, rkb@mcgavick.com

- Geoffrey Groshong    geoff.groshong@millernash.com, angela.lewis@millernash.com;kalen.daniels@millernash.com

- John S Kaplan    kaplj@perkinscoie.com, COLague@perkinscoie.com;docketsea@perkinscoie.com;MLMaag@perkinscoie.com

- Stuart P Kastner    spk@soslaw.com, lsb@soslaw.com

- John R Knapp    jknapp@cairncross.com, ashanko@cairncross.com

- John R Rizzardi    jrizzardi@cairncross.com, rwang@cairncross.com

- Brad T Summers    tsummers@balljanik.com, swylen@balljanik.com

- United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

- Mark Von Wahlde    mvonwah@co.pierce.wa.us, pcpatvecf@co.pierce.wa.us

and on the following parties by **mailing** a full, true and correct copy in a sealed first-class postage prepaid envelope, addressed to the parties listed below, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below:

Page 1 - **CERTIFICATE OF SERVICE**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\686692\1

Case 09-20780-KAO    Doc 112    Filed 12/16/09    Entered 12/16/09 14:26:42    Page 3 of 4

1
Cairncross & Hempelmann PS
2  524 2nd Ave Ste 500
Seattle, WA 98104-2323
3

4  Javier Figueroa
c/o The Highridge Corp
5  PO Box 260
Issaquah, WA 98027
6

7  Helen Gilbert
c/o Tacoma Pump & Drilling
8  30316 Mountain Hwy
Graham, WA 98338
9

10  Gordon Thomas Honeywell
1201 Pacific Ave Ste 2100
Tacoma, WA 98402
11

12  G Patrick Healy
Atty at Law
13  3868 Center St
Tacoma, WA 98403
14

15  William T Lynn
Gordon Thomas Honeywell
16  1201 Pacific Ave Ste 2100
Tacoma, WA 98402
17

18  Miller Nash LLP
601 Union St Ste 4400
19  Seattle, WA 98101-2352

20  Jerry Retzlaff
c/o Hugh G Goldsmith & Associates
21  PO Box 3565
Bellevue, WA 98009
22

23

24      DATED:  December 16, 2009

25                                          /s/ Stuart Wylen
                                          Stuart Wylen, Legal Secretary
26


Page 2 -  **CERTIFICATE OF SERVICE**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\686692\1

Case 09-20780-KAO   Doc 112   Filed 12/16/09   Entered 12/16/09 14:26:42   Page 4 of 4