HONORABLE KAREN A. OVERSTREET
CHAPTER 11

HEARING DATE: **FRIDAY, DECEMBER 18, 2009**
HEARING TIME: **9:30 A.M.**
LOCATION: **ROOM 7206, SEATTLE**
RESPONSE DUE: **FRIDAY, DECEMBER 18, 2009**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>THE CASCADIA PROJECT LLC,<br><br>              Debtor. | Chapter 11<br>Bankruptcy No. 09-20780<br><br>**DECLARATION OF JEFFREY TODHUNTER IN SUPPORT OF THE OBJECTION OF HOMESTREET BANK TO DEBTOR'S MOTION FOR ORDER 1) DETERMINING THAT CERTAIN PROCEEDS AND OTHER FUNDS MAY BE USED FOR MONTHLY PAYMENTS TO HOMESTREET BANK; 2) SETTING HEARING DATE ON SALE OF EASEMENT RIGHTS TO PUGET SOUND ENERGY; AND 3) EXTENDING THE 90 DAY PERIOD UNDER 11 U.S.C. § 362(D)(3) FOR CAUSE** |

I, Jeffrey Todhunter, hereby declare and say:

1.     I am a Senior Vice President of HomeStreet Bank ("HomeStreet"). I have personal knowledge of the matters set forth in this Declaration and, if called upon to testify, I could and would competently testify thereto. I have knowledge regarding the factual matters that are the subject of HomeStreet's above captioned Objection to Debtor's Motion for Order 1) Determining that Certain Proceeds and Other Funds May be Used for Monthly Payments to

Page 1 - **DECLARATION OF JEFFREY TODHUNTER**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\686766\1

Case 09-20780-KAO    Doc 115    Filed 12/17/09    Entered 12/17/09 12:22:38    Page 1 of 5

HomeStreet Bank; 2) Setting Hearing Date on Sale of Easement Rights to Puget Sound Energy; and 3) Extending the 90 Day Period under 11 U.S.C. § 362(d)(3) for Cause through my employment and position with HomeStreet.

2. I am one of the custodians of the books, records and files of HomeStreet as to those books, records and files that pertain to loans, extensions of credit, and security instruments granted in favor of HomeStreet Bank by The Cascadia Project LLC ("Cascadia" or the "Debtor"). I have personally worked on books, records and files and as to the following facts, I know them to be true of my own knowledge, or I have gained knowledge of them from the business records of HomeStreet, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of HomeStreet' business at, or near, the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of HomeStreet by a person who had personal knowledge of the event being recorded and had or has a business duty to report accurately such event.

3. On or about June 23, 2005, Cascadia Development Corporation executed in favor of HomeStreet that certain Adjustable Rate Promissory Note dated June 23, 2005 (as subsequently amended and extended) in the original principal amount of $35,000,000.00 (Loan Number RC80549, or the "RC80549 Note"). A true and correct copy of the RC80549 Note is attached hereto as **Exhibit A**. Cascadia subsequently assumed this debt on November 18, 2005 pursuant to that certain Loan Assumption and Modification Agreement of the same date. A true and correct copy of this Loan Assumption and Modification Agreement is attached hereto as **Exhibit B**.

4. The non-default contract rate of interest on the RC80549 Note is the prime rate plus 1%, currently equal to 4.25% per annum. The default rate is 12% per annum.

5. On or about August 20, 2007, Cascadia executed in favor of HomeStreet that certain Adjustable Rate Promissory Note dated August 20, 2007 in the original principal amount

Page 2 - **DECLARATION OF JEFFREY TODHUNTER**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\686766\1

Case 09-20780-KAO    Doc 115    Filed 12/17/09    Entered 12/17/09 12:22:38    Page 2 of 5

of $36,400,000.00 (Loan Number RC80781-S, or the "RC80781 Note"). A true and correct copy of the RC80781 Note is attached hereto as **Exhibit C**.

6. The non-default contract rate of interest on the RC80781 Note is the prime rate plus 1%, currently equal to 4.25% per annum. The default rate is 12% per annum.

7. In order to secure repayment of the RC80549 Note and the RC80781 Note (together, the "Notes" or "Cascadia Loans"), Cascadia and/or its predecessor in interest pledged property consisting of 385 finished single-family lots and approximately 4,173 acres of excess land located at 198th Avenue East and 160th Street East in unincorporated Pierce County, Washington (the "Property"). This pledge is evidenced by, inter alia, the following:

- That certain Deed of Trust, Security Agreement, Fixture Filing and Assignment of Rents dated June 23, 2005 and recorded in the real property records of Pierce County, Washington on June 29, 2005 as instrument number 200506290887, a true and correct copy of which is attached hereto as **Exhibit D**;

- That certain First Amendment of Deed of Trust dated November 18, 2005 and recorded in the real property records of Pierce County, Washington on January 26, 2006 as instrument number 200601261389, a true and correct copy of which is attached hereto as **Exhibit E**;

- That certain Second Amendment of Deed of Trust dated April 17, 2007 and recorded in the real property records of Pierce County, Washington on April 19, 2007 as instrument number 200704190819, a true and correct copy of which is attached hereto as **Exhibit F**;

- That certain Third Amendment of Deed of Trust dated August 20, 2007 and recorded in the real property records of Pierce County, Washington on August 30, 2007 as instrument number 200708300231, a true and correct copy of which is attached hereto as **Exhibit G**; and

Page 3 - **DECLARATION OF JEFFREY TODHUNTER**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\686766\1

Case 09-20780-KAO    Doc 115    Filed 12/17/09    Entered 12/17/09 12:22:38    Page 3 of 5

- That certain Deed of Trust, Security Agreement, Assignment of Leases and Rents, Assignment of Permits, Contracts, and Plans, and Fixture Filing dated August 20, 2007 and recorded in the real property records of Pierce County, Washington on August 30, 2007 as instrument number 200708300232, a true and correct copy of which is attached hereto as **Exhibit H** (together, the "Deeds of Trust").

8. HomeStreet's Deeds of Trust attach to all of the Property as it is described in the Debtor's Schedule A.

9. As of December 18, 2009, Cascadia owes to HomeStreet under the terms of the RC80549 Note and the RC80781 Note not less than $76,629,238.53, all of which is secured against the Property by the terms of the Deeds of Trust.

10. The City of Tacoma, Department of Public Utilities, Water Division (D.B.A. Tacoma Water) holds a lien against the Property in the amount of $1,118,000. This lien is superior to the security interest of HomeStreet, as shown by the Trustee Sale Guarantee produced by Chicago Title Insurance Company, a true and correct copy of which is attached hereto as **Exhibit I**.

11. Under the Deeds of Trust, HomeStreet has a lien upon all timber located on the Property, and all proceeds generated from the sale of any such timber. See Exhibit H, ¶1.1.8.

12. Under the Deeds of Trust, HomeStreet has a lien against all accounts maintained by Cascadia with HomeStreet or any affiliate of HomeStreet. See Exhibit H, ¶1.1.7.

13. As of the Debtor's petition date, Cascadia had on deposit with HomeStreet approximately $113,845 in account number ******6012, and approximately $234,486.24 in account number ******5859, for a total of $348,466. True and correct copies of redacted account statements are attached hereto as **Exhibit J**.

14. The restricted funds in these accounts were proceeds from HomeStreet's loans to Cascadia, and were transferred to an account with The Commerce Bank of Washington subject to HomeStreet's liens.

Page 4 - **DECLARATION OF JEFFREY TODHUNTER**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\686766\1

Case 09-20780-KAO    Doc 115    Filed 12/17/09    Entered 12/17/09 12:22:38    Page 4 of 5

1       I declare under penalty of perjury under the laws of the State of Washington that the
2 foregoing is true and correct and that this Declaration was executed on this __16__ day of
3 December, 2009 at Seattle, Washington.

_____
Jeffrey Todhunter

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page 5 - **DECLARATION OF JEFFREY TODHUNTER**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\686766\1