The Honorable Karen A. Overstreet
Chapter 11
Hearing Date: December 18, 2009
Hearing Time: 9:30 a.m.
Hearing Location: 700 Stewart St, 7th Floor
Seattle, WA
Response Date: At the Hearing

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>THE CASCADIA PROJECT LLC<br>EIN: 20-4188863<br><br>Debtor. | Case No. 09-20780-KAO<br><br>SUPPLEMENTAL DECLARATION OF JOHN LADENBURG |

I, John Ladenburg, hereby declare as follows:

1. I am the Chief Operating Officer for The Cascadia Project LLC, debtor and debtor in possession herein ("Debtor" or "Cascadia"). I have personal knowledge of the facts set forth below and I am competent to testify thereto. I make this supplemental declaration in support of the Motion for Order 1) Determining That Certain Proceeds and Other Funds May be Used for Monthly Payments to HomeStreet Bank; 2) Setting Hearing Date on Sale of Easement Rights to Puget Sound Energy; and 3) Extending the 90 Day Period Under 11 U.S.C. §362(d)(3) for Cause [Dkt. #103].

2. Attached hereto as Exhibit A is a true and correct copy of the Agreement to Grant Easement (the "Agreement") with Puget Sound Energy ("PSE") for the purchase of a 50 foot easement running along a northerly portion of the land owned by Cascadia for the purchase price of $548,750. I have been in charge of negotiating the Agreement. I believe that the

SUPPLEMENTAL DECLARATION OF JOHN LADENBURG - 1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

SEADOCS:411233.1
552640.0002

Case 09-20780-KAO    Doc 116    Filed 12/17/09    Entered 12/17/09 15:58:37    Page 1 of 2

purchase is beneficial to the debtor and its creditors, including HomeStreet Bank, in a number of ways, including

- The purchase price is fair, and is higher than it might otherwise be because of the key location of the property which will be subject to the easement.
- The power lines to be placed on the easement will provide electrical power, and access to this power will be needed for the Debtor (and the Cascadia Resort Communities LLC) to fully develop their properties in accordance with the master plan.

3. It is my understanding that PSE will be using money from its 2009 budget allocated to purchase the easement, but that if the sale does not close in January 2010, that funding will be lost, with no money provided in the PSE budget for 2010 for the easement acquisition.

4. The proceeds of sale of the easement will be sufficient to make monthly payments for January and February 2010 to HomeStreet Bank of approximately $250,000 each, calculated at the non-default interest rate on the notes signed by Debtor in favor of HomeStreet Bank.

5. Attached hereto as Exhibit B is a true and correct copy of a letter from Dr. Gilbert A. Mendoza, Superintendent for the Sumner School District (the "District"), regarding the status of the District's due diligence and continued interest in the proposed school site.

Pursuant to 28 U.S.C. §1746, I declare on penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED this 17th day of December, 2009, at Bellevue, Washington.

*/s/ John Ladenburg*
John Ladenburg
Chief Operating Officer

SUPPLEMENTAL DECLARATION OF JOHN LADENBURG - 2

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

SEADOCS:411233.1
552640.0002
Case 09-20780-KAO   Doc 116   Filed 12/17/09   Entered 12/17/09 15:58:37   Page 2 of 2