# MONTHLY FINANCIAL REPORT FOR
# CORPORATE OR PARTNERSHIP DEBTOR

| | | | |
|---|---|---|---|
| Case No. | 09-20780-KAO | Report Month/Year | 11/2009 |
| Debtor | The Cascadia Project LLC | | |

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.

| The debtor has provided the following with this monthly financial report: | | Yes | No |
|---|---|---|---|
| **UST-12** | **Comparative Balance Sheet, _or_ debtor's balance sheet.** <br> The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☑ | ☐ |
| **UST-13** | **Comparative Income Statement, _or_ debtor's income statement.** | ☑ | ☐ |
| **UST-14** | **Summary of Deposits and Disbursements** | ☑ | ☐ |
| **UST-14** <br> Continuation <br> Sheets | **Statement(s) of Cash Receipts and Disbursements** <br> A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | ☑ | ☐ |
| **UST-15** | **Statement of Aged Receivables** <br> A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | ☑ | ☐ |
| **UST-16** | **Statement of Aged Post-Petition Payables** <br> A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | ☑ | ☐ |
| **UST-17** | **Other Information** <br> When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. | ☑ | ☐ |

## CONTACT INFORMATION

**Who is the best person to contact if the UST has questions about this report?**

| | |
|---|---|
| Name | Scott Wu |
| Telephone | (425)646-3037 |
| Email | wuk@cascadiacorp.com |

## DEBTOR'S CERTIFICATION

**INSTRUCTIONS: The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. Debtor's counsel may not sign a financial report for the debtor.**

**Question 1** At month end, was the debtor delinquent on any <u>post-petition</u> tax obligation?

Yes ❑    No ☒
If yes, list each delinquent post-petition tax obligation on page 9.

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1130(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.
$ 62,530.28

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature _____    ✍ Date 12.15.09

## Monthly Financial Reports
(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the <u>original</u> with the court:: | File the <u>original</u> with the court:: |
| United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, **Suite 6103**<br>**Seattle, WA 98101** | United States Bankruptcy Court<br>1717 Pacific Avenue, **Suite 2100**<br>**Tacoma, WA 98402** |

AND serve a <u>copy</u> on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

**UST-12, COMPARATIVE BALANCE SHEET**

Please see attached Balance Sheet

| As of month ending ⇨ | | | |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets | | | |
| Cash | | | |
| Cash - Held by Others (Escrow & Attorney Trust Accounts) | | | |
| Accounts Receivable (net) | | | |
| Notes Receivable | | | |
| Inventory | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Fixed Assets | | | |
| Real Property/Buildings | | | |
| Equipment | | | |
| Accumulated Depreciation | | | |
| Total Fixed Assets | | | |
| Other Assets (attach list) | | | |
| TOTAL ASSETS | | | |
| | | | |
| **LIABILITIES** | | | |
| Post-Petition Liabilities | | | |
| Taxes Payable | | | |
| Other Accounts Payables | | | |
| Notes Payable | | | |
| Rents, Leases & Mortgages Payable | | | |
| Accrued Interest | | | |
| Other (specify) | | | |
| Total Post-Petition Liabilities | | | |

(contd. on next page)

## UST-12, COMPARATIVE BALANCE SHEET (contd.)

Please see attached Balance Sheet

| As of month ending ⇨ | | | |
| --- | --- | --- | --- |
| Pre-Petition Liabilities | | | |
| Unsecured Debt | | | |
| Priority Debt: | | | |
| Taxes | | | |
| Wages | | | |
| Deposits | | | |
| Other | | | |
| Notes Payable (Secured Debt) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| | | | |
| EQUITY | | | |
| Stockholders' Equity (Or Deficit) | | | |
| Capital Stock | | | |
| Paid-In Capital | | | |
| Retained Earnings | | | |
| Total Stockholders' Equity (Or Deficit) | | | |
| Partners' Investment (Or Deficit) | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY OR PARTNERS' INVESTMENT | | | |

Footnotes to balance sheet:

Case 09-20780-KAO    Doc 118    Filed 12/18/09    Entered 12/18/09 08:39:51    Page 4 of 38

# The Cascadia Project LLC

Statements of Assets, Liabilities and Member's Deficit

Federal Income Tax Basis

November 30, 2009

|  | 10/31/09 | 11/30/09 |
|---|---:|---:|
| **Assets** | | |
| Land and improvements | $ 117,656,561 | $ 117,656,561 |
| Investment in Joint Venture | 7,767,634 | 7,767,634 |
| Cash and cash equivalents | 45,030 | 15,517 |
| Escrow - restricted cash | 348,466 | 348,518 |
| Deposits - utility providers | - | 14,820 |
| Accounts receivable | 2,820,000 | 2,820,000 |
| Due from related parties | 997,170 | 1,003,893 |
| Prepaid expenses | 197,793 | 197,793 |
| Equipment, net of depreciation | 21,471 | 21,471 |
| Total assets | $ 129,854,125 | $ 129,846,207 |
| | | |
| **Liabilities and Member's Deficit** | | |
| Pre-petition liabilities: | | |
| Pre-petition liabilities-received after petition filed | $ 20,727 | $ 53,745 |
| Bank loans (see Note) | 69,543,182 | 69,543,182 |
| Note payable to related party | 51,856,421 | 51,856,421 |
| Real property tax | 17,356 | 17,356 |
| Accounts payable and other accrued expenses | 439,241 | 439,241 |
| Contracts and retentions payable | 1,611,547 | 1,611,547 |
| Due to related party | 432,247 | 432,247 |
| Due to member | 1,000,000 | 1,000,000 |
| Total pre-petition liabilities | 124,920,721 | 124,953,739 |
| Post-petition liabilities | 36,848 | 55,997 |
| Obligation for future costs recognized | 9,309,787 | 9,309,787 |
| Total liabilities | 134,267,356 | 134,319,523 |
| | | |
| Member's deficit | (4,413,231) | (4,473,316) |
| Total liabilities and member's deficit | $ 129,854,125 | $ 129,846,207 |

Note: The balance for bank loans is as of February 28, 2009, the date of the
most recent accounting provided by the bank, less subsequent principal
payments of $2,500,000.

## UST-13, COMPARATIVE INCOME STATEMENT

Please see attached Income Statement

| For the month of ⇨ | | | |
|---|---|---|---|
| GROSS SALES | | | |
| Less:    Returns and Allowances | | | |
| Net Sales | | | |
| Cost of Sales:<br>Beginning Inventory<br>Add:      Purchases<br>Less:     Ending Inventory<br>Cost of Goods Sold | | | |
| GROSS MARGIN | | | |
| Other Operating Expenses: | | | |
| Officers' Salaries | | | |
| Other Salaries/Direct Labor | | | |
| Employee Benefits/Payroll Taxes | | | |
| Insurance | | | |
| Rent | | | |
| General and Administrative | | | |
| NET OPERATING PROFIT (LOSS) | | | |
| Add:    Other Income | | | |
| Less:   Interest Expense | | | |
| Other Adjustments to Income (Explain) | | | |
| Gain (Loss) on Sale of Assets | | | |
| Net Profit (Loss) Before Taxes | | | |
| Income Taxes | | | |
| NET PROFIT (LOSS) | | | |

Notes:

Case 09-20780-KAO    Doc 118    Filed 12/18/09    Entered 12/18/09 08:39:51    Page 6 of 38

# The Cascadia Project LLC

Statements of Revenues, Expenses and Member's Deficit
Federal Income Tax Basis
For the period ended November 30, 2009

|  | 10/31/09 | 11/30/09 |
|---|---|---|
| Operating expenses: | | |
| Interest and bank charges (see Note) | $ 518,235 | $ 518,235 |
| Consulting and marketing | 257,154 | 257,721 |
| Insurance | 269,520 | 269,520 |
| Real estate taxes | 43,330 | 43,330 |
| Salaries and payroll | 530,418 | 582,567 |
| Security | 46,713 | 50,238 |
| Legal and accounting | 204,790 | 204,790 |
| Office and administrative | 269,142 | 278,965 |
| Travel and entertainment | 13,184 | 13,981 |
| Advertising and promotion | - | - |
| Less IRC 263(A) costs allocated to land and improvements | *To be determined* | *To be determined* |
| Total expenses | 2,152,486 | 2,219,347 |
| | | |
| Loss from operations | (2,152,486) | (2,219,347) |
| | | |
| Other income (expenses): | | |
| Interest income | 29,186 | 33,916 |
| Timber harvesting revenue | 138,224 | 138,224 |
| Other income | 8,657 | 10,703 |
| Depreciation and amortization | *To be determined* | *To be determined* |
| Contributions | - | - |
| | 176,067 | 182,843 |
| | | |
| Net loss | (1,976,419) | (2,036,504) |
| | | |
| Member's deficit, beginning of year | (2,506,812) | (2,506,812) |
| | | |
| Capital contributions, net | 70,000 | 70,000 |
| | | |
| Member's deficit, end of this period | $ (4,413,231) | $ (4,473,316) |

Note: Includes bank interest through February 28, 2009, the date of the most recent
accounting provided by the bank.

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30, July 31, October 31, and January 31,** respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found on the United States Trustee's website located at: **www.usdoj.gov/ust/r18/s_library.htm**

If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

**Summary of Deposits This Month**

| | |
|---|---|
| Deposits from UST-14 Continuation Sheet(s) | $52.53 |
| Cash receipts not included above (if any) | |
| **TOTAL RECEIPTS** ☞ | 52.53 |

**Summary of Disbursements This Month**

| | |
|---|---|
| Disbursements from UST-14 Continuation Sheet(s) | 62,530.28 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | |
| Disbursements made by other parties for the debtor (if any, explain) | |
| | **Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2.** |
| **TOTAL DISBURSEMENTS** ☞ | 62,530.28 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS)** ☞ | $ (62,477.75) |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?    Yes ☐   No ☒    If "Yes", list each quarter that is delinquent and the amount due.

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

Case 09-20780-KAO   Doc 118   Filed 12/18/09   Entered 12/18/09 08:39:51   Page 8 of 38

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name   ⇨   Account number   ⇨ | The Commerce Bank of Washington Checking Account #■■2367 |
|---|---|

Purpose of this account (select one):
- ☑ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | |
|---|---|
| Beginning cash balance | $43,470.26 |
| Add:    Transfers in from other estate bank accounts | |
| Cash receipts deposited to this account | |
| Financing or other loaned funds (identify source) | |
| Total cash available this month | |
| Subtract:    Transfers out to other estate bank accounts | |
| **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | 62,530.28 |
| Adjustments, if any (explain)   *Void pre-petition payment checks Returned by bank – "Refer to Maker" (see attached)* | 33,017.77 |
| Ending cash balance | $13,957.75 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☑ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number ___1___ of ___7___

# THE
# COMMERCE
# BANK
OF WASHINGTON

```
RECEIVED

DEC 07 2009

CASCADIA PROJECT
```

ENTERED

DEC 11 2009          The Cascadia Project, LLC                30
                     11232 NE 15th Street #201                 0
                     Bellevue WA 98004-3719                   24

============================================================
The Commerce Bank of Washington will be closed on Friday, December 25th,
in observance of Christmas Day and Friday, January 1st, in observance of
New Year's Day.
As there will be no regular courier service, please contact Barbara at
(206) 292-3900 the previous business day if you need a special delivery.
Thank you for your continued business.
============================================================

### Checking ACCOUNT ██2367
============================================================

|  | |  |
|---|---|---|
| LAST STATEMENT 10/30/09 | | 86,483.88 |
| CREDITS | | .00 |
| 27 DEBITS | | 60,612.76 |
| THIS STATEMENT 11/30/09 | | 25,871.12 |

- - - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 509 11/13   4,337.40 | 517 11/20   1,750.84 | 10304 11/02   250.00 |
| 510 11/05   5,408.85 | 518 11/27   803.35 | 10305 11/13   2,980.58 |
| 511 11/03   3,517.05 | 519*11/27   135.68 | 10306 11/05   300.00 |
| 512 11/04   1,900.83 | 10266*11/12 Me   39.35 | 10307 11/06   251.37 |
| 513 11/04   967.30 | 10268*11/09 rection 456.50 | 10308 11/16   322.77 |
| 514 11/23   4,337.40 | 10277*11/02 ck 4,000.00 | 10309 11/25   400.00 |
| 515 11/20   5,408.86 | 10295*11/06   5,000.00 | 10310 11/24   360.00 |
| 516 11/20   3,598.51 | 10303 11/02   250.00 | 10311 11/23   560.00 |

10302 Void

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| 270971600176809 IRS USATAXPYMT | 11/12 | 3,382.54 |
| ATM Debit ck #10313  11/18/09 TPU | 11/23 | 6,700.00 |
| 270972900215535 IRS USATAXPYMT | 11/25 | 3,193.58 |

- - - - - - - - - DAILY BALANCE - - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 11/02   81,983.88 | 11/03   78,466.83 | 11/04   75,598.70 |

* * * C O N T I N U E D * * *

355-07 8/03          601 Union Street, Suite 3600   Seattle, Washington 98101   (206) 292-3900   Fax (206) 625-9457

# THE
# COMMERCE
# BANK
#### OF WASHINGTON

### The Cascadia Project, LLC

============================================================
#### Checking ACCOUNT ■2367
============================================================

- - - - - - DAILY BALANCE - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 11/05    69,889.85 | 11/13    53,442.11 | 11/24    30,403.73 |
| 11/06    64,638.48 | 11/16    53,119.34 | 11/25    26,810.15 |
| 11/09    64,181.98 | 11/20    42,361.13 | 11/27    25,871.12 |
| 11/12    60,760.09 | 11/23    30,763.73 | |

## The Cascadia Project LLC
Checking Account Register
11/1/09-11/30/09

| Date | Check# | Vender | Amount |
|------|--------|--------|--------|
| Beginning Book Balance 11/01/09 | | | $ 43,470.26 |
| 11/1/09 | aje | **VOID** | 33,017.77 |
| 11/2/09 | 509 | Patrick Kuo | (4,337.40) |
| 11/2/09 | 510 | Steven Ahrens | (5,408.85) |
| 11/2/09 | 511 | Thomas Uren | (3,517.05) |
| 11/2/09 | 512 | Kun-Feng Scott Wu | (1,900.83) |
| 11/2/09 | 513 | Catherine Ozols | (967.30) |
| 11/2/09 | 10305 | MBA Trust | (2,980.58) |
| 11/2/09 | 10306 | Public Storage | (300.00) |
| 11/2/09 | 10307 | Sean Morishige | (251.37) |
| 11/12/09 | EFT | EFTPS | (3,382.54) |
| 11/13/09 | 10308 | Sean Morishige | (322.77) |
| 11/16/09 | 10309 | AT&T Mobility | (400.00) |
| 11/16/09 | 10310 | CenturyTel | (360.00) |
| 11/16/09 | 10311 | Integra Telecom | (560.00) |
| 11/16/09 | 10312 | Puget Sound Energy | (6,800.00) |
| 11/16/09 | 10313 | Tacoma City Treasurer | (6,700.00) |
| 11/18/09 | 514 | Patrick Kuo | (4,337.40) |
| 11/18/09 | 515 | Steven Ahrens | (5,408.86) |
| 11/18/09 | 516 | Thomas Uren | (3,598.51) |
| 11/18/09 | 517 | Kun-Feng Scott Wu | (1,750.84) |
| 11/18/09 | 518 | Catherine Ozols | (803.35) |
| 11/18/09 | 519 | Catherine Ozols | (135.68) |
| 11/25/09 | EFT | EFTPS | (3,193.58) |
| 11/25/09 | 10314 | Sean Morishige | (292.56) |
| 11/30/09 | 10315 | AT&T Mobility | (235.65) |
| 11/30/09 | 10316 | MBA Trust | (2,980.58) |
| 11/30/09 | 10317 | Public Storage | (300.00) |
| 11/30/09 | 10320 | Atlas Construction Specialties | (39.35) |
| 11/30/09 | 10321 | Crystal and Sierra Springs | (46.84) |
| 11/30/09 | 10322 | Murreys Disposal Co, Inc. | (77.24) |
| 11/30/09 | 10323 | Office Depot Credit Plan | (135.14) |
| 11/30/09 | 10324 | Pacific Mobile Structures, Inc. | (875.50) |
| 11/30/09 | 10325 | United Site Services | (130.51) |
| Total Disbursement 11/1/09-11/30/09 | | | (29,512.51) |
| Ending Book Balance 11/30/09 | | | $ 13,957.75 |

**The Cascadia**
**Void Pre-petition Payment Checks**

| | | | | |
|---|---|---|---|---:|
| 6621 | 01-14-2008 | Pierce County | $ | 50.00 |
| 10106 | 04-30-2009 | Mark Enebrad | | 75.00 |
| 10246 | 09-25-2009 | Pierce County | | 24.00 |
| 10257 | 10-06-2009 | Katheryn Heath | | 1,800.00 |
| 10260 | 10-06-2009 | Roday Signage LLC | | 640.25 |
| 10263 | 10-14-2009 | Gordon, Thomas, Honeywell LLP | | 10,000.00 |
| 10297 | 10-15-2009 | United Site Services, INC | | 261.02 |
| 10298 | 10-15-2009 | Valtus Capital Group, LLC | | 20,000.00 |
| 10299 | 10-15-2009 | Water Buffalo Inc. | | 167.50 |
| | | | $ | 33,017.77 |

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | The Commerce Bank of Washington |
|---|---|
| Account number ⇨ | Money Market Account #■■2375 |

Purpose of this account (select one):
- ☒ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | $ 1,529.92 |
| Add:   Transfers in from other estate bank accounts | | |
| Cash receipts deposited to this account   *Interest* | | 0.65 |
| Financing or other loaned funds (identify source) | | |
| Total cash available this month | | 1,530.57 |
| Subtract:   Transfers out to other estate bank accounts | | |
| **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $ 1,530.57 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☒ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☒ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☒ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☒ |

UST-14 CONTINUATION SHEET, Number __2__ of __7__

# THE COMMERCE BANK
## OF WASHINGTON

007 00001 00
ACCOUNT: ▮2375

RECEIVED
DEC 07 2009
CASCADIA PROJECT

The Cascadia Project, LLC          <T> 30
11232 NE 15th Street #201                 0
Bellevue WA  98004-3719                   0

================================================================
The Commerce Bank of Washington will be closed on Friday, December 25th,
in observance of Christmas Day and Friday, January 1st, in observance of
New Year's Day.
As there will be no regular courier service, please contact Barbara at
(206) 292-3900 the previous business day if you need a special delivery.
Thank you for your continued business.

================================================================
                    Money Market ACCOUNT ▮2375
================================================================

|  |  | LAST STATEMENT 10/30/09 | 1,529.92 |
| --- | --- | --- | --- |
| INTEREST THIS STATEMENT | .65 | 1 CREDITS | .65 |
| INTEREST PAID 2009 | 1,140.20 | DEBITS | .00 |
| MINIMUM BALANCE | 1,529.92 | THIS STATEMENT 11/30/09 | 1,530.57 |
| AVG AVAILABLE BALANCE | 1,529.92 | | |
| AVERAGE BALANCE | 1,529.92 | | |

- - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
| --- | --- | --- |
| INTEREST AT .5002 % | 11/30 | .65 |

- - - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
| --- | --- | --- |
| 11/30      1,530.57 | | |

- END OF STATEMENT -

ENTERED
DEC.11 2009

355-07 8/03          601 Union Street, Suite 3600   Seattle, Washington 98101   (206) 292-3900  Fax (206) 625-9457

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | HomeStreet Bank |
| Account number ⇨ | *Money Market Account # ▇▇▇ 6012* |

Purpose of this account (select one):
- ☐ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☑ Other (explain) *Restricted escrow account*

| | | |
|---|---|---|
| Beginning cash balance | | $113,980.21 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account  *Interest* | 17.38 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 113,997.59 |
| Subtract: | *Commerce Bank # ▇▇▇ 7920*<br>Transfers out to other estate bank accounts | 113,997.59 |
| | **Cash disbursements** from this account<br>(total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $ 0 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number __3__ of __7__

# ꤷ HomeStreet Bank®

Last statement: October 31, 2009
This statement: November 30, 2009
Total days in statement period: 30

Direct inquiries to:
800 719-8080

CASCADIA DEVELOPMENT CORPORATION
11232 NE 15TH STREET SUITE 201
BELLEVUE WA 98004-3739

HomeStreet Bank
601 Union St, Suite 2000
Seattle WA 98101

*RECEIVED DEC 09 2009 CASCADIA PROJECT*

---

*NOTICE OF PROHIBITION ON UNLAWFUL INTERNET GAMBLING THE
FEDERAL UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT
(THE "UIGEA") GOES INTO EFFECT ON 12/1/09. IT PROHIBITS
COMMERCIAL ACCOUNT CUSTOMERS FROM RECEIVING DEPOSITS OF
ANY KIND RELATING TO ILLEGAL INTERNET GAMBLING. WE ARE
REQUIRED TO NOTIFY YOU OF THIS NEW REGULATION. FOR
QUESTIONS, PLEASE CONTACT YOUR BRANCH OR RELATIONSHIP
MANAGER.*

---

** Closed Account − Final Statement

## Business Partnership MM

| | | | |
|---|---|---|---|
| Account number | ⬛⬛⬛6012 | Beginning balance | $113,980.21 |
| Low balance | $0.00 | Total additions | 17.38 |
| Average balance | $0.00 | Total subtractions | 113,997.59 |
| Interest paid year to date | $1,377.88 | Ending balance | $0.00 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 11−05 | Withdrawal | −113,997.59 |
| | TLR 805 BR 08 | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 11−05 | Manual Int Payment | 17.38 |
| | TLR 805 BR 08 | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10−31 | 113,980.21 | 11−05 | 0.00 | | |

ENTERED

DEC 14 2009

This contains 30% recycled
post-consumer waste fiber.  ♻  FDIC



CASCADIA DEVELOPMENT CORPORATION
November 30, 2009                                          ████████6012

## INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 1.40% |
| Interest—bearing days | 4 |
| Average balance for APY | $113,980.21 |
| Interest earned | $17.38 |

*Thank you for banking with HomeStreet Bank*

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | The Commerce Bank of Washington |
|---|---|
| Account number ⇨ | DIP-City of Orting Checking Account #███7920 |

Purpose of this account (select one):
❑ General operating account
❑ General payroll account
❑ Tax deposit account (payroll, sales, gambling, or other taxes)
☒ Other (explain) _Restricted escrow account_

| | | |
|---|---|---|
| Beginning cash balance | | $ 0 |
| Add: | Transfers in from other estate bank accounts _HomeStreet Bank #███6012_ | 113,997.59 |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 113,997.59 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $ 113,997.59 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ❑ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ❑ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ❑ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❑ | ☑ |

UST-14 CONTINUATION SHEET, Number __4__ of __7__

# THE
# COMMERCE
# BANK
#### OF WASHINGTON

007 00001 00      PAGE:      1
ACCOUNT:      ███7920  11/30/2009

The Cascadia Project LLC
Debtor in Possession Acct FBO
City of Orting                                    30
601 Union St. Suite 3600                           0
Seattle WA  98101                                  0

===============================================================

The Commerce Bank of Washington will be closed on Friday, December 25th,
in observance of Christmas Day and Friday, January 1st, in observance of
New Year's Day.
As there will be no regular courier service, please contact Barbara at
(206) 292-3900 the previous business day if you need a special delivery.
Thank you for your continued business.

===============================================================

### Checking ACCOUNT ███7920

===============================================================

|  |  | LAST STATEMENT 10/30/09 | .00 |
|---|---|---|---|
| MINIMUM BALANCE | 113,997.59 | 1 CREDITS | 113,997.59 |
| AVG AVAILABLE BALANCE | 113,997.59 | DEBITS | .00 |
| AVERAGE BALANCE | 113,997.59 | THIS STATEMENT 11/30/09 | 113,997.59 |

- - - - - - OTHER CREDITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| IWT THE CASCADIA PROJECT LLC ATTN: JOSH LATTA DEBTOR IN PROCESS ACCT FBO CITY OF | 11/05 | 113,997.59 |

- - - - - - DAILY BALANCE - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 11/05    113,997.59 |  |  |

ENTERED

DEC 1 4 2009

---

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | | |
|---|---|---|
| **Depository (bank) name** | ⇨ | HomeStreet Bank |
| **Account number** | ⇨ | Money Market # ████5 859 |

Purpose of this account (select one):
- ❑ General operating account
- ❑ General payroll account
- ❑ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☒ Other (explain) _Restricted escrow account_

| | | |
|---|---|---|
| Beginning cash balance | | $234,486.24 |
| Add:    Transfers in from other estate bank accounts | | |
| Cash receipts deposited to this account   _Interest_ | | 34.49 |
| Financing or other loaned funds (identify source) | | |
| Total cash available this month | | 234,520.73 |
| Subtract:   _Commerce Bank # ██7912_ Transfers out to other estate bank accounts | | 234,520.73 |
| **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $ 0 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ❑ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ❑ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ❑ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❑ | ☑ |

UST-14 CONTINUATION SHEET, Number   5   of   7

##XXH1420DPCSTM      ▬▬▬▬5859

Last statement: October 31, 2009      Page 1 of 2
This statement: November 30, 2009     ▬▬5859
Total days in statement period: 30      (0)

                                   Direct inquiries to:
                                   800 719-8080

HB IN TRUST FOR THE CASCADIA PROJECT LLC
601 UNION ST STE 2000 RENOVATION DEPT     HomeStreet Bank
SEATTLE WA 98101-1378                  601 Union St, Suite 2000
                                   Seattle WA 98101

      ** Closed Account - Final Statement
      HOMESTREET HAS SWITCHED TO THE MONEYPASS NETWORK OF SURCHARGE FREE
      ATMS. NOW, IN ADDITION TO HOMESTREET ATMS, YOU CAN ACCESS YOUR
      CHECKING AND SAVINGS SURCHARGE FREE AT MORE THAN 900 US BANK ATMS IN
      WASHINGTON AND OREGON PLUS ALL BANK OF HAWAII ATMS. (NOTE: OUR KEY BANK
      ATM SURCHARGE FREE NETWORK WILL BE DISCONTINUED 11/30/09). FOR ATM
      LOCATIONS VISIT: MONEYPASS.COM OR BOH.COM

HB Money Market

     Account number        ▬▬▬5859
     Low balance           $0.00
     Average balance       $0.00
     Interest paid year to date        Beginning bal     $234,486.24
                           $2,887.42    Total additions        34.49
                                   Total subtractions    234,520.73
                                   Ending balance         $0.00

DEBITS

| Date | Description | Control number | Subtractions |
|------|-------------|----------------|--------------|
| 11-05 | 'Withdrawal | 110500805110050 | -234,520.73 |
| | TLR 805 BR 08 | | |

CREDITS

| Date | Description | Control number | Additions |
|------|-------------|----------------|-----------|
| 11-05 | 'Manual Int Payment | 110500805110050 | 34.49 |
| | TLR 805 BR 08 | | |

ENTERED

DEC 1 4 2009

##XXH1420DPCSTM ████████████5859

HB IN TRUST FOR THE CASCADIA PROJECT LLC        Page 2 of 2
November 30, 2009                       ████5859

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10-31 | 234,486.24 | 11-05 | 0.00 | | |

INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 1.35% |
| Interest-bearing days | 4 |
| Average balance for APY | $234,486.24 |
| Interest earned | $34.49 |

**UST-14, CONTINUATION SHEET
STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨ | The Commerce Bank of Washington |
| **Account number** ⇨ | DIP-Pierce County Sewer Bond Checking Account # ███7912 |

Purpose of this account (select one):
❑ General operating account
❑ General payroll account
❑ Tax deposit account (payroll, sales, gambling, or other taxes)
☑ Other (explain) _Restricted escrow account_

| | | |
|---|---|---:|
| Beginning cash balance | | $0 |
| Add: | Transfers in from other estate bank accounts  *HomeStreet Bank # ████ 5859* | 234,520.73 |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 234,520.73 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | . | $234,520.73 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|:---:|:---:|
| A monthly bank statement (or trust account statement); | ☑ | ❑ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ❑ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ❑ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❑ | ☑ |

UST-14 CONTINUATION SHEET, Number _6_ of _7_

# THE
# COMMERCE
# BANK
## OF WASHINGTON

```
007 00001 00      PAGE:    1
ACCOUNT:       ▬▬7912  11/30/2009
```

```
The Cascadia Project LLC
Debtor in Possession Acct FBO
Pierce Cty Pub Works & Utility          30
601 Union St. Suite 3600                 0
Seattle WA  98101                        0
```

=======================================================================
The Commerce Bank of Washington will be closed on Friday, December 25th,
in observance of Christmas Day and Friday, January 1st, in observance of
New Year's Day.
As there will be no regular courier service, please contact Barbara at
(206) 292-3900 the previous business day if you need a special delivery.
Thank you for your continued business.

=======================================================================
Checking ACCOUNT ▬▬7912
=======================================================================

```
                         LAST STATEMENT 10/30/09              .00
MINIMUM BALANCE      234,520.73       1 CREDITS       234,520.73
AVG AVAILABLE BALANCE 234,520.73        DEBITS               .00
AVERAGE BALANCE      234,520.73  THIS STATEMENT 11/30/09 234,520.73
```

- - - - - - - OTHER CREDITS - - - - - - -
```
DESCRIPTION                                       DATE      AMOUNT
IWT THE CASCADIA PROJECT LLC ATT:  JOSH LATTA DEBTOR IN  11/05  234,520.73
   PROCESS ACCT FBO PIERCE
```

- - - - - - - DAILY BALANCE - - - - - - -
```
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
11/05      234,520.73
```

ENTERED

DEC 1 4 2009

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name | ⇨ | KeyBank |
|---|---|---|
| Account number | ⇨ | Money Market Account #▮▮▮6012 |

Purpose of this account (select one):
☒ General operating account
☐ General payroll account
☐ Tax deposit account (payroll, sales, gambling, or other taxes)
☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | $21.83 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account    Interest | 0.01 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 21.84 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $21.84 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☒ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☒ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☒ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☒ |

UST-14 CONTINUATION SHEET, Number __7__ of __7__



KeyBank
P.O. Box 22114
Albany, NY 12201-2114





RECEIVED
DEC 07 2009
CASCADIA PROJECT

Ildahdahlladlandadahlladadahlladadadhaalhadlll

T  0260 00000 R EM T1
THE CASCADIA PROJECT LLC
11232 NE 15TH ST SUITE 201
BELLEVUE WA 98004-3739

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

## KeyNotes

*Important Notice of Change to your Funds Availability Policy*

*As a result of the Federal Reserve Banks' reduction in the number of locations at which they process checks, effective October 16, 2009, the KeyBank National Association Funds Availablity Policy will be revised. The Local Check routing number table in the section titled Other Check Deposits to all other types of Business deposit accounts not listed above in section number 4. in the KeyBank Funds Availability Policy is revised. Checks with the routing numbers listed below that previously would have been treated as non-local check deposits will now be treated as local check deposits. The routing numbers listed below were previously considered local to the state of Colorado. These routing numbers will now also be considered local for all checks depsited in KeyBank branches in Ohio, Kentucky, Michigan, Indiana and in the following counties in New York (Allegany, Cattaraugus, Chautauqua, Erie, Genesee, Livingston, Monroe, Niagara, Ontario, Orleans, Steuben, Wayne, Wyoming, Yates):*
*0920*, 0921*, 0929*, 1010*, 1011*, 1012*, 1019*, 1020*, 1021*, 1022*, 1023*, 1030*, 1031*, 1039*, 1070*, 1110*, 1111*, 1113*, 1119*, 1120*, 1122*, 1123*, 1130*, 1131*, 1140*, 1149*, 1163*, 2920*, 2921*, 2929*, 3010*, 3011*, 3012*, 3019*, 3020*, 3021*, 3022*, 3023*, 3030*, 3031*, 3039*, 3070*, 3110*, 3111*, 3113*, 3119*, 3120*, 3122*, 3123*, 3130*, 3131*, 3140*, 3149*, 3163**

*The routing numbers listed below were previously considered local to the states of Ohio, Kentucky, Michigan, Indiana, and in the following counties in New York (Allegany, Cattaraugus, Chautauqua, Erie, Genesee, Livingston, Monroe, Niagara, Ontario, Orleans, Steuben, Wayne, Wyoming, Yates). These routing numbers will now also be considered local for all checks deposited in KeyBank branches in Colorado.*

ENTERED
DEC 11 2009

*0220*, 0223*, 0410*, 0412*, 0420*, 0421*, 0422*, 0423*, 0430, 0432*, 0433*, 0434*, 0440*, 0441*, 0442*, 0515*, 0519*, 0710*, 0711*, 0712*, 0719*, 0720*, 0724*, 0730*, 0739*, 0740*, 0749*, 0750*, 0759*, 0813*, 0830*, 0839*, 0863*, 0910*, 0911*, 0912*, 0913*, 0914*, 0915*, 0918*, 0919*, 2220*, 2223*, 2410*, 2412*, 2420*, 2421*, 2422*, 2423*, 2430*, 2432*, 2433*, 2434*, 2440*, 2441, 2442, 2515*, 2519*, 2710, 2711*, 2712*, 2719*, 2720*, 2724*, 2730*, 2739*, 2740*, 2749*, 2750*, 2759*, 2813*, 2830*, 2839*, 2863*, 2910*, 2911*, 2912**

1888  7295 - 04731

## KeyNotes    (con't)

2913*, 2914*, 2915*, 2918*, 2919*, 2920*, 3040*, 3041*, 3049*

*Funds from deposits of local checks will be available on the first business day after the day of your deposit unless the routing number listed above is denoted with an asterisk(*). If the routing number is denoted with an asterisk(*), then the first $100 of your deposit will be available on the first business day after the day of your deposit, and the remaining funds will be available on the second business day after the day of deposit. The rest of the Funds Availability Policy remains unchanged.*

*Please retain this important information for your records. A complete copy of the revised Funds Availability Policy is available at any KeyBank branch.*

*Sign-up as a new KeyBank Payroll Services, Powered by CompuPay, client by 12/31/09, and receive one year of Peachtree by Sage Complete Accounting 2010 software and customer support free. Visit key.com/smallbusiness for promotion details and instructions.*

*Payroll services and promotional offer provided by CompuPay Inc to new payroll clients only. Peachtree Complete services provided by Sage for new Peachtree by Sage clients only. Single user version of Peachtree Complete. KeyBank is Member FDIC.*

*Enter the $2,000 Online Bill Pay Sweepstakes.*

*How to Enter: Simply complete five or more online payments with Online Bill Pay\* between October 1 and November 30, 2009, and you'll be entered automatically in our sweepstakes drawing.\*\**
*One (1) First Prize: $2,000 Key Possibilities® Mastercard® Gift card*
*Two (2) Second Prizes: $1,000 Key Possibilities® Mastercard® Gift Cards*
*Three (3) Third Prizes: $250 Key Possibilitiies® Mastercard® Gift Cards*

*Online Bill Pay lets you pay anyone you would normally pay with a check, schedule single, recurring, and future dated payments, conveniently view payment history, and more.*
*(Get started today. Visit key.com and sign up for Online Bill Pay.)*

*\*Normal account service charges still apply.*
*\*\*There is no purchase necessary to enter or win. See official rules at Key.com for complete details.*

---

Key Business Gold Money Market Svgs ▬▬▬7295
THE CASCADIA PROJECT LLC

| | |
|---|---|
| Beginning balance 10-31-09 | $21.84 |
| **Ending balance 11-30-09** | **$21.84** |

**Interest earned**

| | |
|---|---|
| Current Interest Rate | variable |

▬▬▬7295 - 04731
3836





7295

**Interest
earned**
*(con't)*

| | |
|---|---:|
| Number of days this statement period | 30 |
| Interest paid year-to-date | $5,009.41 |

7295 - 04731
3836

## UST-14, SUMMARY OF DISBURSEMENTS (contd.)

**Payments on Pre-Petition Unsecured Debt** (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?    Yes ☐ No ☑    If "Yes", list each payment.

| Payee's name | Nature of payment | Payment date | Payment amount | Date of court approval |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Payments to Attorneys and Other Professionals** (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?    Yes ☐ No ☑
If "Yes", list each payment.

| Professional's name | Type of work performed | Payment date | Payment amount | Date of court approval |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Payments to an Officer, Director, Partner, or Other Insider of The Debtor**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?    Yes ☑ No ☐    If "Yes", list each payment.

| Payee's name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
| --- | --- | --- | --- | --- |
| Patrick Kuo | Managing Member | 11/2/09 | 5,000 | Salary |
| Patrick Kuo | Managing Member | 11/18/09 | 5,000 | Salary |
| Steven Ahrens | CFO | 11/2/09 | 6,250 | Salary |
| Steven Ahrens | CFO | 11/18/09 | 6,250 | Salary |
| | | | | |
| | | | | |

**INSTRUCTIONS:** Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment(explain).

Case 09-20780-KAO   Doc 118   Filed 12/18/09   Entered 12/18/09 08:39:51   Page 30 of 38

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1) At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition <u>and</u> post-petition accounts receivable; and,
2) During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☐ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
| --- | --- | --- | --- | --- | --- | --- |
| Pre-petition receivables | 3,819,170 | 3,719,067 | | | 98,103 | 98,103 * |
| Post-petition receivables | 6,723 | 6,723 | | | | |
| TOTALS | 3,823,893 | 3,725,790 | | | | |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

*These Pre-petition receivables are presently uncollectible.

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor? **If yes, explain.**

No

### Accounts Receivable Reconciliation

| | |
| --- | --- |
| Closing balance from prior month | 3,819,170 |
| New accounts receivable added this month | 6,723 |
| Subtotal | 3,823,893 |
| Less accounts receivable collected | |
| Closing balance for current month | 3,823,893 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES

INSTRUCTIONS: Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor did not have any unpaid post-petition taxes which includes both current and delinquent tax obligations.

Check here ❑ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 10.

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid post-petition taxes from prior reporting month | (2) Post-petition taxes accrued this month (new obligations) | (3) Post-petition tax payments made this reporting month | (4) Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| Federal Taxes | | | | |
| Employee withholding taxes | 2,276.56 | 7,469.32 | 4,529.12 | 5,216.76 |
| FICA/Medicare--Employee | 552.99 | 1,897.45 | 1023.50 | 1,426.94 |
| FICA/Medicare--Employer | 552.99 | 1,897.45 | 1023.50 | 1,426.94 |
| Unemployment | 9.06 | 74.02 | | 83.08 |
| State Taxes | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | 3.99 | 51.07 | | 65.06 |
| Empl. Security Dept. | 38.94 | 108.53 | | 147.47 |
| Other Taxes | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property * | | | | |
| Other | | | | |
| Total Unpaid Post-Petition Taxes | | | | $ 8356.25 |

* 2nd half 2009 taxes are considered as pre-petition.

Case 09-20780-KAO   Doc 118   Filed 12/18/09   Entered 12/18/09 08:39:51   Page 32 of 38

| Debtor | Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|---|---|---|---|---|
| | | Report Mo/Yr | ⇨ | 11/2009 |

**UST-16, STATEMENT OF POST-PETITION PAYABLES**
**PART A - TAXES (contd.)**

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES

**INSTRUCTIONS:** Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART C - ESTIMATED PROFESSIONAL FEES on Page 12.

### Reconciliation of Post-Petition Payables (excluding taxes and professional fees)

| | |
|---|---|
| Closing balance from prior month | $ 33,412.58 |
| New payables added this month | 37,164.81 |
| Subtotal | 70,577.39 |
| Less payments made this month | 22,936.39 |
| Closing balance for this reporting month | $ 47,641.00 |

### Breakdown of Closing Balance by Age

| | |
|---|---|
| Current portion | 45,196.38 |
| Past due 1-30 days | 2,444.62 |
| Past due 31-60 days | |
| Past due 61-90 days | |
| Past due over 90 days | |
| Total | $ 47,641.00 |

For accounts payable <u>more than 30 days past due</u>, explain why payment has not been made:

Debtor's motion for interim DIP financing was not approved until December 1st.

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES (contd.)

**INSTRUCTIONS:** List each post-petition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre-and post-petition accounts payable, and, 2) identifies each delinquent payable by vendor's name, invoice date, invoice amount, and payment due date.

### Delinquent Post-Petition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| Pierce County | 10/26/09 | 1,305.95 | 11/25/09 |
| Pierce County | 10/26/09 | 196.00 | 11/25/09 |
| Puget Sound Energy | 10/16/09 | 9.34 | 11/5/09 |
| " | 10/16/09 | 220.59 | 11/5/09 |
| " | 10/16/09 | 9.79 | 11/5/09 |
| " | 10/16/09 | 19.05 | 11/5/09 |
| " | 10/16/09 | 9.51 | 11/5/09 |
| " | 10/30/09 | 107.20 | 11/19/09 |
| " | 10/16/09 | 9.51 | 11/5/09 |
| " | 10/30/09 | 188.82 | 11/19/09 |
| " | 10/16/09 | 9.34 | 11/5/09 |
| " | 10/30/09 | 125.39 | 11/19/09 |
| " | 10/30/09 | 234.13 | 11/19/09 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Debtor | Cascadia Project LLC | Case Number ⇨ 09-20780 |
| | | Report Mo/Yr ⇨ 11/2009 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:** Report only <u>post-petition</u> professional fees and expenses.  To the extent possible, use billing statements to report the actual amounts due.  If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Estimated Fees and expenses from prior months | Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | 125,000 | 25,000 | 5,380 | 30,380 |
| Debtor's accountant | | | 4,100 * | 4,100 |
| Debtor's other professional (explain) | | | 33,647.25 ** | 33,647.25 |
| Trustee's counsel | | | | |
| Creditors' Committee Counsel | | 2,000 | 20,600.15 | 22,600.15 |
| Creditors' Committee other | | | | |
| Total estimated post-petition professional fees and costs | | | | $ 90,727.40 |

\* Estimated fee
\*\* legal - land use related services   $4,093.50
  Financial advisor   $29,553.75

| | | |
|---|---|---|
| Debtor | Cascadia Project LLC | Case Number ⇨ 09-20780 |
| | | Report Mo/Yr ⇨ 11/2009 |

## UST-17, OTHER INFORMATION

INSTRUCTIONS: Answer each question fully and attach additional sheets if necessary to provide a complete response.

| | Yes | No |
|---|---|---|

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.*   ☐ Yes   ☑ No

| | Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| | | | Total _____ | | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source?   ☐ Yes   ☑ No

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

**Question 3 - Insider Loans/Capital Contributions.** During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor?   ☐ Yes   ☑ No

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

Case 09-20780-KAO   Doc 118   Filed 12/18/09   Entered 12/18/09 08:39:51   Page 37 of 38

## UST-17, OTHER INFORMATION

|  | Yes | No |
|---|---|---|
| **Question 4 - Insurance and Bond Coverage.**   Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☑ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

|  | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month?   If yes, explain. | ☐ | ☑ |
| Were any claims made during this reporting month against the debtor's bond?   (Answer "No" if the debtor is not required to have a bond.   If yes, explain. | ☐ | ☑ |

**Question 5 - Personnel Changes.**   Complete the following:

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 5 | 1 |
| Employees added |  |  |
| Employees resigned/terminated |  |  |
| Number employees at end of month | 5 | 1 |
| **Gross Monthly Payroll and Taxes** | $ 52,148.79 | |

**Question 6 - Significant Events.**   Explain any significant new developments during the reporting month.

None

**Question 7 - Case Progress.**   Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Debtor retained Obsidian Finance Group as financial advisor and met with them for the initial purpose of preparing financial models that will serve as the basis for Debtor's plan. Timber harvesting was begun and negotiations are in process for the sale of a utility easement to PSE and a land lease for a communications tower.

Case 09-20780-KAO   Doc 118   Filed 12/18/09   Entered 12/18/09 08:39:51   Page 38 of 38