The Cascadia Project LLC
Case No. 09-20780-KAO

# Exhibit A
Letter from Sumner School District



**Sumner School District**
...a great place to learn!

Superintendent

1202 Wood Ave.
Sumner, WA 98390
(253) 891-6080
Fax (253) 891-6097

December 10, 2009

Patrick Kuo
Managing Member
The Cascadia Project LLC
11232 N.E. 15th Street, Suite 201
Bellevue, WA 98004-3719

      Re:    **Possible Acquisition of a Middle School Site within The Cascadia Project**

Dear Patrick:

This letter provides a summary and update on Sumner School District's (the "District") interest and review of a possible Middle School Site in The Cascadia Project ("Cascadia").

As you are aware, in the 2006 Capital Bond Election, the District's constituents approved the acquisition of a School Site (the "Site") for the next Middle School. The District's next capital facilities needs are at the Middle School educational level (grades 6 through 8). In this regard, Cascadia approached the District with a possible 25-Acre Site at the current terminus of Canyon Falls Boulevard.

Assistant Superintendent, Craig Spencer, and Facilities Director, Mark Baumgarten, walked the Site and from initial inspection and discussion with Chuck Lappenbusch and Tom Uren, the Site appeared to be a viable Middle School Site given its proximity to improved infrastructure and given its inclusion in the Phase I Cascadia Project which provides certain material land use entitlements with the Site. Based upon this information, I have authorized performing the necessary additional due diligence of the Site. The District has engaged the services of the District's engineering firm (Warner Engineering), architectural consultants (BLRB Architects, P.S.) and the District's real estate counsel (Mary J. Urback). In addition, as required by State statute, the District has engaged the services of Bates McKee, MAI, with McKee & Schalka to perform the requisite appraisal of the Site upon completion of our due diligence review.

In conjunction with the due diligence review, the District's Team has met with the agencies with jurisdiction: Pierce County Sewer Utilities, Pierce Country Traffic Division, Pierce County Development Engineering, Pierce County Planning and Land Services, and Tacoma Public Utilities (Water Division) to review and confirm utility availability, transportation requirements, stormwater requirements, land use requirements, and the existing status, availability and vesting of infrastructure already constructed by Cascadia to service the potential Middle School Site.

These meetings were productive and culminated in the District currently moving forward with further engineering analysis based upon architectural site planning and completion of the appraisal analysis. Following completion of these additional analyses and assuming no adverse conclusions, I will seek authority from the District's Board of Directors to enter into negotiations with Cascadia for the possible acquisition of a Middle School Site in Cascadia subject to certain conditions. As you are aware, such negotiations are also subject to further review and approval by the District's Board of Directors memorialized in a Purchase and Sale Agreement.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Dr. Gilbert A Mendoza
Superintendent

cc:     Craig Spencer, Assistant Superintendent of Administrative Services