# MONTHLY FINANCIAL REPORT FOR
# CORPORATE OR PARTNERSHIP DEBTOR

| | | | |
|---|---|---|---|
| Case No. | 09-20780-KAO | Report Month/Year | 12/2009 |
| Debtor | The Cascadia Project LLC | | |

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor has provided the following with this monthly financial report:

| | | Yes | No |
|---|---|---|---|
| **UST-12** | **Comparative Balance Sheet, or debtor's balance sheet.** The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☑ | ☐ |
| **UST-13** | **Comparative Income Statement, or debtor's income statement.** | ☑ | ☐ |
| **UST-14** | **Summary of Deposits and Disbursements** | ☑ | ☐ |
| **UST-14** Continuation Sheets | **Statement(s) of Cash Receipts and Disbursements** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | ☑ | ☐ |
| **UST-15** | **Statement of Aged Receivables** A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | ☑ | ☐ |
| **UST-16** | **Statement of Aged Post-Petition Payables** A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | ☑ | ☐ |
| **UST-17** | **Other Information** When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. | ☐ | ☐ |

## CONTACT INFORMATION

**Who is the best person to contact if the UST has questions about this report?**

| | |
|---|---|
| **Name** | Scott Wu |
| **Telephone** | (425)646-3037 |
| **Email** | wuk@cascadiacorp.com |

# DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. Debtor's counsel may not sign a financial report for the debtor.

**Question 1** At month end, was the debtor delinquent on any post-petition tax obligation?

Yes ☐  No ☒
If yes, list each delinquent post-petition tax obligation on page 9.

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1130(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from all sources were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.

$ 128,206

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature _____ CFO ✍ Date 1/15/10

## Monthly Financial Reports
(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the original with the court:: | File the original with the court:: |
| United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, **Suite 6103**<br>**Seattle, WA 98101** | United States Bankruptcy Court<br>1717 Pacific Avenue, **Suite 2100**<br>**Tacoma, WA 98402** |

AND serve a copy on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

### UST-12, COMPARATIVE BALANCE SHEET

Please see attached Balance Sheet

| As of month ending ⇨ | | | |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets | | | |
| Cash | | | |
| Cash - Held by Others (Escrow & Attorney Trust Accounts) | | | |
| Accounts Receivable (net) | | | |
| Notes Receivable | | | |
| Inventory | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Fixed Assets | | | |
| Real Property/Buildings | | | |
| Equipment | | | |
| Accumulated Depreciation | | | |
| Total Fixed Assets | | | |
| Other Assets (attach list) | | | |
| TOTAL ASSETS | | | |
| | | | |
| **LIABILITIES** | | | |
| Post-Petition Liabilities | | | |
| Taxes Payable | | | |
| Other Accounts Payables | | | |
| Notes Payable | | | |
| Rents, Leases & Mortgages Payable | | | |
| Accrued Interest | | | |
| Other (specify) | | | |
| Total Post-Petition Liabilities | | | |

(contd. on next page)

Debtor   Cascadia Project LLC

Case Number  ⇨  09-20780
Report Mo/Yr  ⇨  12/2009

## UST-12, COMPARATIVE BALANCE SHEET (contd.)

Please see attached Balance Sheet

| As of month ending ⇨ | | | |
|---|---|---|---|
| Pre-Petition Liabilities | | | |
| Unsecured Debt | | | |
| Priority Debt: | | | |
| Taxes | | | |
| Wages | | | |
| Deposits | | | |
| Other | | | |
| Notes Payable (Secured Debt) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| | | | |
| EQUITY | | | |
| Stockholders' Equity (Or Deficit) | | | |
| Capital Stock | | | |
| Paid-In Capital | | | |
| Retained Earnings | | | |
| Total Stockholders' Equity (Or Deficit) | | | |
| | | | |
| Partners' Investment (Or Deficit) | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY OR PARTNERS' INVESTMENT | | | |

Footnotes to balance sheet:

Case 09-20780-KAO   Doc 179   Filed 01/21/10   Entered 01/21/10 10:04:21   Page 4 of 34

# The Cascadia Project LLC

Statements of Assets, Liabilities and Member's Deficit
Federal Income Tax Basis
December 31, 2009

| | 12/31/09 | 11/30/09 |
|---|---|---|
| **Assets** | | |
| Land and improvements | $ 117,656,561 | $ 117,656,561 |
| Investment in Joint Venture | 7,767,634 | 7,767,634 |
| Cash and cash equivalents | 4,666 | 15,517 |
| Escrow - restricted cash | 361,235 | 348,518 |
| Deposits - utility providers | 14,820 | 14,820 |
| Accounts receivable | 2,820,000 | 2,820,000 |
| Due from related parties | 1,006,455 | 1,003,893 |
| Prepaid expenses | 195,543 | 197,793 |
| Equipment, net of depreciation | 21,471 | 21,471 |
| Total assets | $ 129,848,385 | $ 129,846,207 |
| | | |
| **Liabilities and Member's Deficit** | | |
| Pre-petition liabilities: | | |
| Pre-petition liabilities-received after petition filed | $ 53,745 | $ 53,745 |
| Bank loans (see Note) | 69,543,182 | 69,543,182 |
| Note payable to related party | 51,856,421 | 51,856,421 |
| Real property tax | 17,356 | 17,356 |
| Accounts payable and other accrued expenses | 439,241 | 439,241 |
| Contracts and retentions payable | 1,611,547 | 1,611,547 |
| Due to related party | 432,247 | 432,247 |
| Due to member | 1,000,000 | 1,000,000 |
| Total pre-petition liabilities | 124,953,739 | 124,953,739 |
| Post-petition liabilities | 128,768 | 55,997 |
| Obligation for future costs recognized | 9,309,787 | 9,309,787 |
| Total liabilities | 134,392,294 | 134,319,523 |
| | | |
| Member's deficit | (4,543,909) | (4,473,316) |
| Total liabilities and member's deficit | $ 129,848,385 | $ 129,846,207 |

Note: The balance for bank loans is as of February 28, 2009, the date of the most recent accounting provided by the bank, less subsequent principal payments of $2,500,000.

| Debtor | Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|--------|---------------------|-------------|---|----------|
|        |                     | Report Mo/Yr | ⇨ | 12/2009 |

Please see attached Income Statement

| For the month of ⇨ | | | |
|---|---|---|---|
| GROSS SALES | | | |
| Less:    Returns and Allowances | | | |
| Net Sales | | | |
| Cost of Sales:<br>Beginning Inventory<br>Add:    Purchases<br>Less:    Ending Inventory<br>Cost of Goods Sold | | | |
| GROSS MARGIN | | | |
| Other Operating Expenses: | | | |
| Officers' Salaries | | | |
| Other Salaries/Direct Labor | | | |
| Employee Benefits/Payroll Taxes | | | |
| Insurance | | | |
| Rent | | | |
| General and Administrative | | | |
| NET OPERATING PROFIT (LOSS) | | | |
| Add:    Other Income | | | |
| Less:    Interest Expense | | | |
| Other Adjustments to Income (Explain) | | | |
| Gain (Loss) on Sale of Assets | | | |
| Net Profit (Loss) Before Taxes | | | |
| Income Taxes | | | |
| NET PROFIT (LOSS) | | | |

Notes:

## The Cascadia Project LLC
### Statements of Revenues, Expenses and Member's Deficit
### Federal Income Tax Basis
### For the period ended December 31, 2009

|  | 12/31/09 | 11/30/09 |
|---|---|---|
| Operating expenses: |  |  |
| Interest and bank charges (see Note) | $ 518,235 | $ 518,235 |
| Consulting and marketing | 263,992 | 257,721 |
| Insurance | 270,033 | 269,520 |
| Real estate taxes | 43,330 | 43,330 |
| Salaries and payroll | 634,664 | 582,567 |
| Security | 54,838 | 50,238 |
| Legal and accounting | 204,790 | 204,790 |
| Office and administrative | 299,577 | 278,965 |
| Travel and entertainment | 15,760 | 13,981 |
| Advertising and promotion | - | - |
| Less IRC 263(A) costs allocated to land and improvements | *To be determined* | *To be determined* |
| Total expenses | 2,305,219 | 2,219,347 |
|  |  |  |
| Loss from operations | (2,305,219) | (2,219,347) |
|  |  |  |
| Other income (expenses): |  |  |
| Interest income | 36,300 | 33,916 |
| Timber harvesting revenue | 150,941 | 138,224 |
| Other income | 10,881 | 10,703 |
| Depreciation and amortization | *To be determined* | *To be determined* |
| Contributions | - | - |
|  | 198,122 | 182,843 |
|  |  |  |
| Net loss | (2,107,097) | (2,036,504) |
|  |  |  |
| Member's deficit, beginning of year | (2,506,812) | (2,506,812) |
|  |  |  |
| Capital contributions, net | 70,000 | 70,000 |
|  |  |  |
| Member's deficit, end of this period | $ (4,543,909) | $ (4,473,316) |

Note: Includes bank interest through February 28, 2009, the date of the most recent
accounting provided by the bank.

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30, July 31, October 31, and January 31,** respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found on the United States Trustee's website located at: **www.usdoj.gov/ust/r18/s_library.htm**

If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

### Summary of Deposits This Month

| | |
|---|---|
| Deposits from UST-14 Continuation Sheet(s)   * | $130,072.15 |
| Cash receipts not included above (if any) | |
| **TOTAL RECEIPTS** ☞ | 130,072.15 |

### Summary of Disbursements This Month

| | |
|---|---|
| Disbursements from UST-14 Continuation Sheet(s)   * | 128,206.45 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | |
| Disbursements made by other parties for the debtor (if any, explain) | |
| * Excludes transfers within debtor accounts. | Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2. |
| **TOTAL DISBURSEMENTS** ☞ | 128,206.45 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS)** ☞ | $ 1,865.70 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?    Yes ☐   No ☒    If "Yes", list each quarter that is delinquent and the amount due.

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | The Commerce Bank of Washington |
| --- | --- |
| Account number ⇨ | Checking Account #▪▪2367 |

Purpose of this account (select one):
- ☒ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | | |
| --- | --- | --- |
| Beginning cash balance | *commerce Bank # ▪▪ 2415* | $13,957.75 |
| Add: | Transfers in from other estate bank accounts | 1,530.57 |
| | Cash receipts deposited to this account | 2,355.00 |
| | Financing or other loaned funds (identify source) *YK Chen* | 115,000.00 |
| Total cash available this month | | 132,843.32 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | 128,206.45 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $4,636.87 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
| --- | --- | --- |
| A monthly bank statement (or trust account statement); | ☒ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☒ | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☒ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☒ |

UST-14 CONTINUATION SHEET, Number __1__ of __6__

# THE
# COMMERCE
# BANK
#### OF WASHINGTON

R E C E I V E D

JAN 0 6 2010

CASCADIA PROJECT

ENTERED

JAN 1 2 2010

The Cascadia Project, LLC                    30
11232 NE 15th Street #201                     0
Bellevue WA  98004-3719                      39

===========================================================================

The Commerce Bank of Washington will be closed on Friday, December 25th,
in observance of Christmas Day and Friday, January 1st, in observance of
New Year's Day.
As there will be no regular courier service, please contact Barbara at
(206) 292-3900 the previous business day if you need a special delivery.
Thank you for your continued business.

===========================================================================
                    Checking ACCOUNT ●●2367
===========================================================================

                 LAST STATEMENT 11/30/09       25,871.12 √
                        6 CREDITS             √118,885.57 √
                       41 DEBITS               √73,584.44 √
                 THIS STATEMENT 12/31/09       71,172.25 √

- - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
     √12/30    2,355.00 √

- - - - - - - OTHER CREDITS - - - - - - -
DESCRIPTION                                          DATE        AMOUNT
ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739     √12/04     20,000.00 √
ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739     √12/17     25,000.00 √
ONLINE TRANSFER FROM BANKRUPTCY MONEY MARKET-2375   √12/22      1,530.57 √
ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739     √12/23     10,000.00 √
ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739     √12/31     60,000.00 √

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| √520 12/07    4,337.40 √ | √527 12/24    4,337.40 √ | 10314 12/01      292.56 √ |
| √521 12/07    5,408.85 √ | √528 12/21    5,586.55 √ | 10315 12/09      235.65 √ |
| √522 12/04    3,598.51 √ | √529 12/18    3,598.51 √ | 10316 12/09    2,980.58 √ |
| √523 12/07    1,992.48 √ | √530 12/18    1,806.73 √ | 10317 12/07      300.00 √ |
| √524*12/07      927.09 √ | √531 12/23    3,930.27 √ | 10318 12/07    1,000.00 √ |
| √526 12/09    8,593.62 √ | √532*12/18      982.41 √ | 10319 12/10       30.00 √ |
| 525 void |  |  |

* * * C O N T I N U E D * * *

# THE COMMERCE BANK
## OF WASHINGTON

The Cascadia Project, LLC

===============================================================

Checking ACCOUNT ███2367

===============================================================

### - - - - - - - CHECKS - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 10320 12/14 39.35 | 10327 12/18 504.00 | 10334 12/29 56.53 |
| 10321 12/15 46.84 | 10328 12/17 231.00 | 10335 12/29 10.77 |
| 10322 12/17 77.24 | 10329 12/22 345.00 | 10336 12/30 78.24 |
| 10323 12/15 135.14 | 10330 12/29 502.78 | 10337 12/29 51.32 |
| 10324 12/14 875.50 | 10331 12/30 317.41 | 10338 12/29 1,718.04 |
| 10325 12/18 130.51 | 10332 12/28 3,772.52 | 10339*12/24 165.00 |
| 10326 12/18 504.00 | 10333 12/29 38.75 | 10341 12/29 1,276.33 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

### - - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| 270973800195772 IRS USATAXPYMT | 12/04 | 8,070.64 |
| 270975700553857 IRS USATAXPYMT | 12/23 | 4,698.92 |

### - - - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 12/01 25,578.56 | 12/15 7,006.91 | 12/24 16,639.94 |
| 12/04 33,909.41 | 12/17 31,698.67 | 12/28 12,867.42 |
| 12/07 19,943.59 | 12/18 24,172.51 | 12/29 9,212.90 |
| 12/09 8,133.74 | 12/21 18,585.96 | 12/30 11,172.25 |
| 12/10 8,103.74 | 12/22 19,771.53 | 12/31 71,172.25 |
| 12/14 7,188.89 | 12/23 21,142.34 | |

355-07 8/03  601 Union Street, Suite 3600  Seattle, Washington 98101  (206) 292-3900  Fax (206) 625-9457

# The Cascadia Project LLC

Checking Account Register
12/1/09-12/31/09

| Date | Check# | | Vender | Amount |
|------|--------|---|--------|--------|
| | | | Beginning Book Balance 12/01/09 | $ 13,957.75 |
| 12/1/09 | 520 | S | Patrick Kuo | (4,337.40) |
| 12/1/09 | 521 | S | Steven Ahrens | (5,408.85) |
| 12/1/09 | 522 | S | Thomas Uren | (3,598.51) |
| 12/1/09 | 523 | S | Kun-Feng Scott Wu | (1,992.48) |
| 12/1/09 | 524 | S | Catherine Ozols | (927.09) |
| 12/1/09 | 525 | | **VOID** | - |
| 12/1/09 | 526 | S | John Ladenburg | (8,593.62) |
| 12/4/09 | EFT | S | EFTPS | (8,070.64) |
| 12/4/09 | 10318 | | Sean Morishige | (1,000.00) |
| 12/4/09 | 10319 | | State Treasurer | (30.00) |
| 12/13/09 | 10326 | | Pierce County | (504.00) |
| 12/13/09 | 10327 | | Pierce County | (504.00) |
| 12/16/09 | 527 | S | Patrick Kuo | (4,337.40) |
| 12/16/09 | 528 | S | Steven Ahrens | (5,586.55) |
| 12/16/09 | 529 | S | Thomas Uren | (3,598.51) |
| 12/16/09 | 530 | S | Kun-Feng Scott Wu | (1,806.73) |
| 12/16/09 | 531 | S | John Ladenburg | (3,930.27) |
| 12/16/09 | 532 | S | Catherine Ozols | (982.41) |
| 12/16/09 | 10328 | | Sean Morishige | (231.00) |
| 12/17/09 | 10329 | | National Maintenance Contractors | (345.00) |
| 12/23/09 | EFT | S | EFTPS | (4,698.92) |
| 12/23/09 | 10330 | | Atlas Construction Specialties | (502.78) |
| 12/23/09 | 10331 | | CenturyTel | (317.41) |
| 12/23/09 | 10332 | S | Charles Lappenbusch Consulting, LLC | (3,772.52) |
| 12/23/09 | 10333 | | Crystal and Sierra Springs | (38.75) |
| 12/23/09 | 10334 | | FedEx | (56.53) |
| 12/23/09 | 10335 | | Integra Telecom | (10.77) |
| 12/23/09 | 10336 | | Murreys Disposal Co, Inc. | (78.24) |
| 12/23/09 | 10337 | | Office Depot Credit Plan | (51.32) |
| 12/23/09 | 10338 | S | Pierce County | (1,718.04) |
| 12/23/09 | 10339 | | Sean Morishige | (165.00) |
| 12/23/09 | 10340 | | United Site Services | (131.11) |
| 12/23/09 | 10341 | S | Puget Sound Energy | (1,276.33) |
| 12/31/09 | 533 | S | Patrick Kuo | (4,337.40) |
| 12/31/09 | 534 | S | Steven Ahrens | (5,408.85) |
| 12/31/09 | 535 | S | Thomas Uren | (3,598.51) |
| 12/31/09 | 536 | S | Kun-Feng Scott Wu | (1,782.43) |
| 12/31/09 | 537 | S | Catherine Ozols | (684.65) |

| | | | |
|---|---|---|---:|
| 12/31/09 | 538 S | John Ladenburg | (3,187.75) |
| 12/31/09 | 10342 | AT&T Mobility | (201.87) |
| 12/31/09 | 10343 S | Charles Lappenbusch Consulting, LLC | (3,358.22) |
| 12/31/09 | 10344 S | CreekSide Associates LLC | (20,000.00) |
| 12/31/09 | 10345 | JR Hayes & Sons Inc. | (617.91) |
| 12/31/09 | 10346 | Mac's Septic Service, Inc | (289.65) |
| 12/31/09 | 10347 | National Maintenance Contractors | (345.00) |
| 12/31/09 | 10348 | New Home Trends | (525.00) |
| 12/31/09 | 10349 | Pacific Mobile Structures, Inc. | (875.50) |
| 12/31/09 | 10350 | Pierce County Security | (3,525.00) |
| 12/31/09 | 10351 S | Puget Sound Energy | (1,450.82) |
| 12/31/09 | 10352 | Sean Morishige | (1,000.00) |
| 12/31/09 | 10353 | Tacoma City Treasurer | (1,818.40) |
| 12/31/09 | 10354 | Teufel Landscape | (5,877.06) |
| 12/31/09 | 10355 | United Site Services | (131.11) |
| 12/31/09 | 10356 | Integra Telecom | (275.70) |
| 12/31/09 | 10357 | Nancy Hernandez | (313.44) |
| | | Total Disbursement 12/1/09-12/31/09 | (128,206.45) |
| | | | |
| 12/4/09 | TXFR | Y.K. Chen | 20,000.00 |
| 12/16/09 | TXFR | Y.K. Chen | 25,000.00 |
| 12/23/09 | TXFR | Y.K. Chen | 10,000.00 |
| 12/31/09 | TXFR | Y.K. Chen | 60,000.00 |
| 12/22/09 | | Transfer fm MM to Ck | 1,530.57 |
| 12/30/09 | DEP | The Hartford | 105.00 |
| 12/30/09 | DEP | Plateau Transportation Partners LLC | 2,250.00 |
| | | Total Funding/Misc. Deposit 12/1/09-12/31/09 | 118,885.57 |

**Ending Book Balance 12/31/09**                 **$   4,636.87**

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | The Commerce Bank of Washington |
| Account number ⇨ | Money Market Account #■■2375 |

Purpose of this account (select one):
- ☑ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | $1,530.57 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account   *interest* | 0.44 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 1,531.01 |
| Subtract: | *Commerce Bank # ■■2367* Transfers out to other estate bank accounts | 1,530.57 |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $0.44 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number   2   of   6

# THE COMMERCE BANK
## OF WASHINGTON

```
RECEIVED
JAN 0 6 2010
CASCADIA PROJECT
```

**ENTERED**

**JAN 1 2 2010**

The Cascadia Project, LLC                    <T> 30
11232 NE 15th Street #201                         0
Bellevue WA  98004-3719                           0

===========================================================================
The Commerce Bank of Washington will be closed on Friday, December 25th,
in observance of Christmas Day and Friday, January 1st, in observance of
New Year's Day.
As there will be no regular courier service, please contact Barbara at
(206) 292-3900 the previous business day if you need a special delivery.
Thank you for your continued business.

===========================================================================
                    Money Market ACCOUNT    2375
===========================================================================

|                          |          | LAST STATEMENT 11/30/09 | 1,530.57 |
|--------------------------|----------|-------------------------|----------|
| INTEREST THIS STATEMENT  | .44      | 1 CREDITS               | .44      |
| INTEREST PAID 2009       | 1,140.64 | 1 DEBITS                | 1,530.57 |
| MINIMUM BALANCE          | .00      | THIS STATEMENT 12/31/09 | .44      |
| AVG AVAILABLE BALANCE    | 1,036.83 |                         |          |
| AVERAGE BALANCE          | 1,036.83 |                         |          |

- - - - - - - OTHER CREDITS - - - - - - - -
| DESCRIPTION          | DATE  | AMOUNT |
|----------------------|-------|--------|
| INTEREST AT .4997 %  | 12/31 | .44    |

- - - - - - - OTHER DEBITS - - - - - - - -
| DESCRIPTION                                | DATE  | AMOUNT   |
|--------------------------------------------|-------|----------|
| ONLINE TRANSFER TO BANKRUPTCY CHECKING-2367| 12/22 | 1,530.57 |

- - - - - - - DAILY BALANCE - - - - - - -
| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|-----------------------|-----------------------|-----------------------|
| 12/22           .00   | 12/31           .44   |                       |

- END OF STATEMENT -

355-07 8/03          601 Union Street, Suite 3600   Seattle, Washington 98101   (206) 292-3900  Fax (206) 625-9457

| | | | |
|---|---|---|---|
| Debtor | Cascadia Project LLC | Case Number ⇨ | 09-20780 |
| | | Report Mo/Yr ⇨ | 12/2009 |

# UST-14, CONTINUATION SHEET
# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨<br>**Account number** ⇨ | The Commerce Bank of Washington<br>DIP-City of Orting Checking Account #[redacted]7920 |

Purpose of this account (select one):
- ☐ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☒ Other (explain) Restricted escrow account

| | | |
|---|---|---|
| Beginning cash balance | | $113,997.59 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 113,997.59 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account<br>(total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $113,997.59 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| • A monthly bank statement (or trust account statement); | ☑ | ☐ |
| • A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| • A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☑ |
| • If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number 3 of 6

# THE
# COMMERCE
# BANK
#### OF WASHINGTON

```
The Cascadia Project LLC
Debtor in Possession Acct FBO
City of Orting                                    30
601 Union St. Suite 3600                           0
Seattle WA  98101                                  0
```

====================================================================

The Commerce Bank of Washington will be closed on Friday, December 25th,
in observance of Christmas Day and Friday, January 1st, in observance of
New Year's Day.
As there will be no regular courier service, please contact Barbara at
(206) 292-3900 the previous business day if you need a special delivery.
Thank you for your continued business.

====================================================================
Checking ACCOUNT ■■7920
====================================================================

```
                                   LAST STATEMENT 11/30/09    113,997.59
MINIMUM BALANCE          113,997.59         CREDITS                 .00
AVG AVAILABLE BALANCE    113,997.59         DEBITS                  .00
AVERAGE BALANCE          113,997.59  THIS STATEMENT 12/31/09   113,997.59 ✓
```

Case 09-20780-KAO   Doc 179   Filed 01/21/10   Entered 01/21/10 10:04:21   Page 17 of 34

| Debtor | Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|---|---|---|---|---|
| | | Report Mo/Yr | ⇨ | 12/2009 |

**UST-14, CONTINUATION SHEET**
**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | The Commerce Bank of Washington |
|---|---|
| Account number ⇨ | DIP-Pierce County Sewer Bond Checking Account #⬛7912 |

Purpose of this account (select one):
❑ General operating account
❑ General payroll account
❑ Tax deposit account (payroll, sales, gambling, or other taxes)
☑ Other (explain) _Restricted escrow account_

| | | |
|---|---|---|
| Beginning cash balance | | $234,520.73 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 234,520.73 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $234,520.73 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ❑ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ❑ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ❑ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❑ | ☑ |

UST-14 CONTINUATION SHEET, Number __4__ of __6__

Case 09-20780-KAO   Doc 179   Filed 01/21/10   Entered 01/21/10 10:04:21   Page 18 of 34

# THE
# COMMERCE
# BANK
OF WASHINGTON

```
┌────────────────────────┐
│     R E C E I V E D     │
│                         │
│      JAN 1 1 2010       │
│                         │
│    CASCADIA PROJECT     │
└────────────────────────┘
```

The Cascadia Project LLC
Debtor in Possession Acct FBO
Pierce Cty Pub Works & Utility         30
601 Union St. Suite 3600           0
Seattle WA  98101                0

====================================================================

The Commerce Bank of Washington will be closed on Friday, December 25th,
in observance of Christmas Day and Friday, January 1st, in observance of
New Year's Day.
As there will be no regular courier service, please contact Barbara at
(206) 292-3900 the previous business day if you need a special delivery.
Thank you for your continued business.

====================================================================
               Checking ACCOUNT ●●7912
====================================================================

|                        |            | LAST STATEMENT 11/30/09 | 234,520.73 |
|------------------------|------------|-------------------------|------------|
| MINIMUM BALANCE        | 234,520.73 | CREDITS                 | .00        |
| AVG AVAILABLE BALANCE  | 234,520.73 | DEBITS                  | .00        |
| AVERAGE BALANCE        | 234,520.73 | THIS STATEMENT 12/31/09 | 234,520.73 ✓ |

355-07 8/03     601 Union Street, Suite 3600   Seattle, Washington 98101  (206) 292-3900  Fax (206) 625-9457

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨<br>**Account number** ⇨ | The Commerce Bank of Washington<br>DIP-O Parcel Timber Proceeds Checking Account #■8919 |

Purpose of this account (select one):
- ❑ General operating account
- ❑ General payroll account
- ❑ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☒ Other (explain) _Segregated A/C for non-collateral timber proceeds_

| | | |
|---|---|---|
| Beginning cash balance | | O |
| Add: Transfers in from other estate bank accounts | | |
| Cash receipts deposited to this account  _Timber Proceeds_ | | 12,716.71 |
| Financing or other loaned funds (identify source) | | |
| Total cash available this month | | 12,716.71 |
| Subtract: Transfers out to other estate bank accounts | | |
| **Cash disbursements** from this account<br>(total checks written plus cash withdrawals, if any) | | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $12,716.71 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☒ | ❑ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☒ | ❑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ❑ | ☒ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❑ | ☒ |

UST-14 CONTINUATION SHEET, Number __5__ of __6__

# THE
# COMMERCE
# BANK
OF WASHINGTON

RECEIVED

JAN 0 6 2010

CASCADIA PROJECT

The Cascadia Project, LLC
C/O Kuo & Co.
0 Parcel Timber Proceeds                    30
11232 NE 15th Street #201                    0
Bellevue WA  98004-3719                      0

=======================================================================

The Commerce Bank of Washington will be closed on Friday, December 25th,
in observance of Christmas Day and Friday, January 1st, in observance of
New Year's Day.
As there will be no regular courier service, please contact Barbara at
(206) 292-3900 the previous business day if you need a special delivery.
Thank you for your continued business.

=======================================================================

## Checking ACCOUNT ▮8919
=======================================================================

|                       |            | LAST STATEMENT 12/15/09 |            .00 |
|-----------------------|------------|-------------------------|----------------|
| MINIMUM BALANCE       | 12,716.71  | 1 CREDITS               | 12,716.71      |
| AVG AVAILABLE BALANCE | 11,529.81  | DEBITS                  | .00            |
| AVERAGE BALANCE       | 12,716.71  | THIS STATEMENT 12/31/09 | 12,716.71      |

- - - - - - - DEPOSITS - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        12/15   12,716.71 ✓

- - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
12/15       12,716.71

355-07 8/03          601 Union Street, Suite 3600  Seattle, Washington 98101  (206) 292-3900  Fax (206) 625-9457

**The Cascadia Project LLC**
O Parcel Timber Proceeds
12/1/09-12/31/09

| | | | | |
|---|---|---|---|---|
| 12/15/09 | Shearer Brother Chipping LLC | Timber harvest 8/17/09-8/21/09#54013 | $ | 211.25 |
| 12/15/09 | Shearer Brother Chipping LLC | Timber harvest 8/3/09-8/7/09#53983 | | 217.50 |
| 12/15/09 | Manke Lumber Company Inc. | Timber 10/19/09-10/23/09#506609 | | 4,509.05 |
| 12/15/09 | Edman Company | Timber 10/19/09-10/23/09#29145 | | 2,636.62 |
| 12/15/09 | Manke Lumber Company Inc. | Timber 10/26/09-10/30/09#506687 | | 500.63 |
| 12/15/09 | Edman Company | Timber 11/26/09-10/30/09#29203 | | 1,510.62 |
| 12/15/09 | Manke Lumber Company Inc. | Timber 11/2/09-11/6/09#506761 | | 2,450.75 |
| 12/15/09 | Edman Company | Timber 11/2/09-11/6/09#29242 | | 680.29 |

TOTAL O Parcel Timber Proceeds 12/1/09-12/31/09 $12,716.71

| Debtor | Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|---|---|---|---|---|
| | | Report Mo/Yr | ⇨ | 12/2009 |

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | KeyBank |
|---|---|
| Account number ⇨ | Money Market Account #████6012 |

Purpose of this account (select one):
- ☑ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | $21.84 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 21.84 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $21.84 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number __6__ of __6__



KeyBank
P.O. Box 22114
Albany, NY 12201-2114



‑‑‑‑‑7295

 Illludulldludluuululudlldulludlldludlluuullulli

T  0260 00000 R EM T1

THE CASCADIA PROJECT LLC
11232 NE 15TH ST SUITE 201
BELLEVUE WA 98004-3739

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

## KeyNotes

*Important Notice of Change to your Funds Availability Policy*

*As a result of the Federal Reserve Banks' reduction in the number of locations at which they process checks, effective November 13, 2009, the KeyBank National Association Funds Availability Policy will be revised. The Local Check routing number table in the section titled Other Check Deposits to all other types of Business deposit accounts not listed above in section number 4. in the KeyBank Funds Availability Policy is revised. Checks with the routing numbers listed below that previously would have been treated as non-local check deposits will now be treated as local check deposits. The routing numbers listed below were previously considered local to the states of Alaska, Idaho, Oregon, Utah and Washington. These routing numbers will now also be considered local for all checks deposited in KeyBank branches in Ohio, Kentucky, Michigan, Indiana, Colorado and in the following counties in New York (Allegany, Cattaraugus, Chautauqua, Erie, Genesee, Livingston, Monroe, Niagara, Ontario, Orleans, Steuben, Wayne, Wyoming, Yates):*

*1210*, 1211*, 1212*, 1213*, 1220*, 1221*, 1222*, 1223*, 1224*, 1230*, 1231*, 1232*, 1233*, 1240*, 1241*, 1242*, 1243*, 1250*, 1251*, 1252*, 3210*, 3211*, 3212*, 3213*, 3220*, 3223*, 3224*, 3230*, 3231*, 3232*, 3233*, 3240*, 3241*, 3242*, 3243*, 3250*, 3251*, 3252**

*The routing numbers listed below were previously considered local to the states of Ohio, Kentucky, Michigan, Indiana, Colorado and in the following counties in New York (Allegany, Cattaraugus, Chautauqua, Erie, Genesee, Livingston, Monroe, Niagara, Ontario, Orleans, Steuben, Wayne, Wyoming, Yates). These routing numbers will now also be considered local for all checks deposited in KeyBank branches in Alaska, Idaho, Oregon, Utah and Washington.*

*0220*, 0223*, 0410*, 0412*, 0420*, 0421*, 0422*, 0423*, 0430*, 0432*, 0433*, 0434*, 0440*, 0441*, 0442*, 0515*, 0519*, 0710*, 0711*, 0712*, 0719*, 0720*, 0724*, 0730*, 0739*, 0740*, 0749*, 0750*, 0759*, 0813*, 0830*, 0839*, 0863*, 0910*, 0911*, 0912*, 0913*, 0914*, 0915*, 0918*, 0919*, 0920*, 0921*, 0929*, 0960*, 1010*, 1011*, 1012*, 1019*, 1020*, 1021*, 1022*, 1023*, 1030*, 1031*, 1039*, 1040*, 1041*, 1049*, 1070*, 1110*, 1111*, 1113*, 1119*, 1120*, 1122**

RECEIVED
JAN 1 1 2010
CASCADIA PROJECT

███████7295

## KeyNotes   *(con't)*

*1123\*, 1130\*, 1131\*, 1140\*, 1149\*, 1163\*, 2220\*, 2223\*, 2410\*, 2412\*, 2420\*,
2421\*, 2422\*, 2423\*, 2430\*, 2432\*, 2433\*, 2434\*, 2440\*, 2441\*, 2442\*, 2515\*,
2519\*, 2710\*, 2711\*, 2712\*, 2719\*, 2720\*, 2724\*, 2730\*, 2739\*, 2740\*, 2749\*,
2750\*, 2759\*, 2813\*, 2830\*, 2839\*, 2863\*, 2910\*, 2911\*, 2912\*, 2913\*, 2914\*,
2915\*, 2918\*, 2919\*, 2920\*, 2921\*, 2929\*, 2960\*, 3010\*, 3011\*, 3012\*, 3019\*,
3020\*, 3021\*, 3022\*, 3023\*, 3030\*, 3031\*, 3039\*, 3040\*, 3041\*, 3049\*, 3070\*,
3110\*, 3111\*, 3113\*, 3119\*, 3120\*, 3122\*, 3123\*, 3130\*, 3131\*, 3140\*, 3149\*,
3163\**

*Funds from deposits of local checks will be available on the first business day
after the day of your deposit unless the routing number listed above is denoted
with an asterisk (\*). If the routing number is denoted with an asterisk (\*),
then the first $100 of your deposit will be available on the first business day
after the day of your deposit, and the remaining funds will be available on the
second business day after the day of deposit. The rest of the Funds Availability
Policy remains unchanged.*

*Please retain this important information for your records. A complete copy of
the revised Funds Availability Policy is available at any KeyBank branch.*

*Save time and money in 2010 by outsourcing your business' payroll and tax filing
responsibilities. Contact us today at 1-888-KEY4BIZ for a complimentary quote
for KeyBank Payroll Services, Powered by CompuPay.*

*KeyBank is Member FDIC.*

---

**Key Business Gold Money Market Svgs** ████████7295
THE CASCADIA PROJECT LLC

| | |
|---|---|
| Beginning balance 11-30-09 | $21.84 |
| **Ending balance 12-31-09** | **$21.84** |

**Interest
earned**

| | |
|---|---|
| Current Interest Rate | variable |
| Number of days this statement period | 31 |
| Interest paid year-to-date | $5,009.41 |

████████7295 - 04731
4033

## UST-14, SUMMARY OF DISBURSEMENTS (contd.)

### Payments on Pre-Petition Unsecured Debt (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?     Yes ☐ No ☑     If "Yes", list each payment.

| Payee's name | Nature of payment | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to Attorneys and Other Professionals (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?     Yes ☐ No ☑
If "Yes", list each payment.

| Professional's name | Type of work performed | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to an Officer, Director, Partner, or Other Insider of The Debtor

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?     Yes ☑ No ☐     If "Yes", list each payment.

| Payee's name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|---|---|---|---|---|
| Patrick Kuo | Managing Member | 12/16/09 | 5,000 | Salary |
| Patrick Kuo | Managing Member | 12/31/09 | 5,000 | Salary |
| Steven Ahrens | CFO | 12/16/09 | 6,250 | Salary |
| Steven Ahrens | CFO | 12/31/09 | 6,250 | Salary |
| John Ladenburg | COO | 12/16/09 | 5,025 | Salary |
| John Ladenburg | COO | 12/31/09 | 4,379 | Salary |
| | | | | |

**INSTRUCTIONS:** Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment(explain).

Case 09-20780-KAO   Doc 179   Filed 01/21/10   Entered 01/21/10 10:04:21   Page 26 of 34

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1) At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition and post-petition accounts receivable; and,

2) During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☐ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition receivables | 3,817,170 | 3,719,067 | | | 98,103 | 98,103 * |
| Post-petition receivables | 9,285 | 9,285 | | | | |
| TOTALS | 3,826,455 | 3.728.352 | | | 98,103 | 98,103 |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

  *These Pre-petition receivables are presently uncollectible

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor? **If yes, explain.**

  No

### Accounts Receivable Reconciliation

| | |
|---|---|
| Closing balance from prior month | 3,823,893 |
| New accounts receivable added this month | 2,562 |
| Subtotal | 3,826,455 |
| Less accounts receivable collected | |
| Closing balance for current month | 3,826,455 |

| Debtor | Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|---|---|---|---|---|
| | | Report Mo/Yr | ⇨ | 12/2009 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES

INSTRUCTIONS:   Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor did not have any unpaid post-petition taxes which includes both current and delinquent tax obligations.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 10.

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1)<br>Unpaid post-petition taxes from prior reporting month | (2)<br>Post-petition taxes accrued this month (new obligations) | (3)<br>Post-petition tax payments made this reporting month | (4)<br>Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| Federal Taxes | | | | |
| Employee withholding taxes | 5,216.76 | 5,765.38 | 8,203.78 | 2,778.36 |
| FICA/Medicare--Employee | 1,426.94 | 1,638.47 | 2,282.89 | 782.52 |
| FICA/Medicare--Employer | 1,426.94 | 1,638.47 | 2,282.89 | 782.52 |
| Unemployment | 83.08 | 15.61 | | 98.69 |
| State Taxes | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | 55.06 | 39.74 | | 94.80 |
| Empl. Security Dept. | 147.47 | 96.54 | | 244.01 |
| Other Taxes | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | | | | |
| Other | | | | |
| Total Unpaid Post-Petition Taxes | | | | $ 4,780.90 |

Case 09-20780-KAO   Doc 179   Filed 01/21/10   Entered 01/21/10 10:04:21   Page 28 of 34

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES (contd.)

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

| Debtor | Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|---|---|---|---|---|
| | | Report Mo/Yr | ⇨ | 12/2009 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES

**INSTRUCTIONS:** Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART C - ESTIMATED PROFESSIONAL FEES on Page 12.

**Reconciliation of Post-Petition Payables** (excluding taxes and professional fees)

| | |
|---|---|
| Closing balance from prior month | 47,641.00 |
| New payables added this month | 76,782.00 |
| Subtotal | 124,423.00 |
| Less payments made this month | 115,437.00 |
| Closing balance for this reporting month | $  8,986.00 |

**Breakdown of Closing Balance by Age**

| | |
|---|---|
| Current portion | 8,986.00 |
| Past due 1-30 days | |
| Past due 31-60 days | |
| Past due 61-90 days | |
| Past due over 90 days | |
| Total | $ |

For accounts payable more than 30 days past due, explain why payment has not been made:

Case 09-20780-KAO    Doc 179    Filed 01/21/10    Entered 01/21/10 10:04:21    Page 30 of 34

| Debtor | Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|---|---|---|---|---|
| | | Report Mo/Yr | ⇨ | 12/2009 |

**INSTRUCTIONS:** List each post-petition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre-and post-petition accounts payable, and, 2) identifies each delinquent payable by vendor's name, invoice date, invoice amount, and payment due date.

## Delinquent Post-Petition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Case 09-20780-KAO   Doc 179   Filed 01/21/10   Entered 01/21/10 10:04:21   Page 31 of 34

| Debtor | Cascadia Project LLC | Case Number | 09-20780 |
|---|---|---|---|
| | | Report Mo/Yr | 12/2009 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:** Report only <u>post-petition</u> professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Estimated Fees and expenses from prior months | Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | 125,000 | 30,380 | 73,941.02 | 104,321.02 |
| Debtor's accountant | | 4,100 | | 4,100.— |
| Debtor's other professional (explain) | | 33,647.25 | 36,449 * | 70,096.— |
| Trustee's counsel | | | | — |
| Creditors' Committee Counsel | | 22,600.15 | 14,592.23 | 37,192.38 |
| Creditors' Committee other | | | | — |
| Total estimated post-petition professional fees and costs | | | | $ 215,709 |

\* Legal ~ land use services    \* 1,740
Engineering services         14,709
Financial advisor (estimate
  at 50% of standard rates) 20,000

| | | | |
|---|---|---|---|
| Debtor | Cascadia Project LLC | Case Number ⇨ | 09-20780 |
| | | Report Mo/Yr ⇨ | 12/2009 |

### UST-17, OTHER INFORMATION

INSTRUCTIONS: Answer each question fully and attach additional sheets if necessary to provide a complete response.    **Yes**    **No**

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.*    ☐    ☒

| | Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioners Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| | | | | Total _____ | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source?    ☐    ☒

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

**Question 3 - Insider Loans/Capital Contributions.** During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor?    ☒    ☐

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| 12/1/09 | 20,000 | Y.K. Chen | 12/4/09 |
| ✓ | 75,000 | ✓ | 12/16/09 |
| ✓ | 10,000 | ✓ | 12/23/09 |
| ✓ | 60,000 | ✓ | 12/31/09 |
| | Total 115,000 | | |

---

Monthly Financial Report - Corporate or Partnership Debtor
United States Trustee - Western District of Washington

Page 14 of 15
(January 2008)

Case 09-20780-KAO   Doc 179   Filed 01/21/10   Entered 01/21/10 10:04:21   Page 33 of 34

### UST-17, OTHER INFORMATION

| | | Yes | No |
|---|---|---|---|
| **Question 4 - Insurance and Bond Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | | ☐ | ☑ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

| | | Yes | No |
|---|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain. | | ☐ | ☑ |
| Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond. If yes, explain. | | ☐ | ☑ |

**Question 5 - Personnel Changes.** Complete the following:

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 5 | 1 |
| Employees added | | |
| Employees resigned/terminated | | |
| Number employees at end of month | 5 | 1 |
| **Gross Monthly Payroll and Taxes** | $ 48,422.22 | |

**Question 6 - Significant Events.** Explain any significant new developments during the reporting month.
12/1/09 Interim order approving post petition secured financing.
12/18/09 Order determining that debtor's real property is S.A.R.E.
12/18/09 HomeStreet Bank filed motion for relief from stay.

**Question 7 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.
Meeting and preparation of supporting information, towards development of a financial model, with Obsidian Finance Group. Finalization of terms for sale of a utility easement to PSE. Negotiations with 2 builders for the purchase of lots; discussions with school district for purchase of a 25 acre site; finalization of terms of a ground lease; discussions with a sand & gravel operator and a potential commercial acreage purchaser.

Case 09-20780-KAO    Doc 179    Filed 01/21/10    Entered 01/21/10 10:04:21    Page 34 of 34