The Honorable Karen A. Overstreet
Chapter 11
Hearing Date: September 22, 2010
Hearing Time:
Hearing Location: Courtroom 7206
Response Date: At time of hearing

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>THE CASCADIA PROJECT LLC,<br><br>Debtor. | Case No. 09-20780-KAO<br><br>DECLARATION OF SHAWN I. BUNNEY IN SUPPORT OF THE CASCADIA PROJECT LLC'S MOTION TO REIMPOSE THE AUTOMATIC STAY |

I, Shawn Bunney, hereby declare as follows:

1. I am a member of the Pierce County Council and have represented the First District of Pierce County since January 2002.

2. Prior to my election to the Council, I was employed as staff to the Council and I am therefore very familiar with both the issues and concerns of my District and Pierce County's Comprehensive Land Use Plan. The planned community of Cascadia is within my district and I am very familiar with Cascadia and its impact on land use and job growth in Pierce County. Without Cascadia, densities may have to shift to other areas of the county which may not be able to accommodate that growth. In the past few years, the Pierce County Council moved aggressively to protect farmland and agricultural resources of the County by insuring that growth could go into areas like Cascadia that do not have agricultural lands nor flood lands. If an area the size of Cascadia were to be even partially taken out of the growth boundary, it would

DECLARATION OF PAT MCCARTHY IN SUPPORT OF THE CASCADIA PROJECT
LLC'S MOTION TO REIMPOSE THE AUTOMATIC STAY - 1

SEADOCS:424835.1
552640.0011

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

have many negative impacts for Pierce County. Likewise if the property sits vacant for years while a new owner attempts to recreate the land use entitlements, it will adversely affect Pierce County. Cascadia is a unique "Employment Based Master Planned Community that is critical to Pierce County's jobs growth.

3. The County and Cascadia have collaborated for many years to ensure necessary public infrastructure to support the Cascadia growth plan, including significant county contributions for road and sewer infrastructure. A project the size and concept of Cascadia is vital to the orderly growth of Pierce County, therefore, the County has a vested interest in helping Cascadia develop with the vision and scale that the County and Cascadia spent many years agreeing upon.

4. County and Cascadia collaborations have been documented in various agreements covering land uses, roadway improvements, and the provision of sanitary sewer services.

5. In order to ensure Cascadia's development vision is met, and therefore the County's land use vision is met, I understand that the Executive will recommend to the Council that it reconsider these infrastructure financing agreements with the goal on maintaining the integrity and stability of the Cascadia land use plan.

6. Specifically, the Executive will recommend that Pierce County will pursue revisions to the road improvement agreement for 198th Ave. East. These revisions have the potential for providing up to $15 million of near term financing for the project. Originally, Cascadia was to build the first phase of the project, with the county agreeing to do the second phase as growth increased at Cascadia. However, as County Executive will now recommend to the County Council that Pierce County agree to construct the first phase of 198th Ave East in order to assure that Cascadia continues orderly and timely development. The County Council has shown strong support for the Cascadia project in the past and I believe that the County Council will approve this change.

DECLARATION OF PAT MCCARTHY IN SUPPORT OF THE CASCADIA PROJECT
LLC'S MOTION TO REIMPOSE THE AUTOMATIC STAY - 2
- 2 -

SEADOCS:424835.1
552640.0011

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

7. The County began the 198th Ave East project several years ago by acquiring some of the private property that was necessary for right of way. We have worked with the property owners of the remainder and believe we will have no problem moving this project forward.

8. Pierce County has one of the best bond ratings available and has issued bonds in the last few years at a very attractive rate.

9. I believe a successful restructuring of Cascadia to be in the County's best interest and want the bankruptcy court to be fully aware of my support for a successful restructuring and the avoidance of a foreclosure.

10. Cascadia is important to the County because of the determination of present ownership to create affordable housing important to Pierce County resident's needs.

11. I support the vision for Cascadia's development and believe that the Executive's plan is reasonable would receive favorable attention from the County Council.

Pursuant to 28 U.S.C. §1746, I declare on penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED this 21st day of September, 2010 at  Taccoma, Washington.

*[signature: Shawn Bunney]*

Shawn Bunney, Pierce County Councilmember

DECLARATION OF PAT MCCARTHY IN SUPPORT OF THE CASCADIA PROJECT
LLC'S MOTION TO REIMPOSE THE AUTOMATIC STAY - 3
- 3 -

SEADOCS:424835.1
552640.0011

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352