Honorable Karen A. Overstreet
Chapter 11
Hearing Date: September 22, 2010
Hearing Time: 1:30 p.m.
Response Date: Time of Hearing

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re ) No. 09-20780
)
THE CASCADIA PROJECT LLC, )
) ORDER DENYING DEBTOR'S
Debtor. ) EMERGENCY MOTION TO RE-IMPOSE
) AUTOMATIC STAY
)
)
)

THIS MATTER came on for hearing on September 22, 2010, on the Debtor's Emergency Motion to Reimpose the Automatic stay and for Determination of Debtor's Obligations Under 11 U.S.C. §362(d)(3)(B) (the "Motion"; Dkt. #572). The Court, having considered: the Motion; the Declarations of Pat McCarthy (Dkt. #576), Kevin Padrick (Dkt. #574); Daren Barone (Dkt. #575), and Shawn Bunney (Dkt. #582); the Objection of HomeStreet Bank (Dkt. #580); the Response of the Unsecured Creditors' Committee (Dkt. #579); the files and records herein; the arguments of counsel; and further having found that notice of the hearing on the Motion was adequate under the circumstances, hereby

ORDERS as follows:

1. The Motion is denied.

ORDER DENYING DEBTOR'S MOTION TO
REIMPOSE AUTOMATIC STAY -- 1

No. 09-20780
m41974-1460521.doc

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

2. The Court's findings of fact and conclusions of law are incorporated herein as orally delivered at the hearing on the Motion in open court.

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

SIGNED this _____ day of September, 2010.

_/s/ Karen A. Overstreet_
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

GRAHAM & DUNN PC

By _/s/ Mark D. Northrup_
Mark D. Northrup
WSBA# 16947
Email: mnorthrup@grahamdunn.com
Attorneys for HomeStreet Bank

ORDER DENYING DEBTOR'S MOTION TO
REIMPOSE AUTOMATIC STAY -- 2

No. 09-20780

m41974-1460521.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599